| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Firstbase.io, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  36-4882796

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 26 Mercer, 3rd Floor<br>New York, NY 10013<br>*Number, Street, City, State & ZIP Code* | Unit 187, Floor 2, 447 Broadway,<br>New York, NY 10013<br>*P.O. Box, Number, Street, City, State & ZIP Code* |
| New York<br>*County* | **Location of principal assets, if different from principal place of business**<br>_____<br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Firstbase.io, Inc. _____   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  Firstbase.io, Inc.                                                                                       Case number (*if known*)
        Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | | ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  Firstbase.io, Inc.  Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 25, 2024
                    MM / DD / YYYY

**X** /s/ Mark Milastsivy            Mark Milastsivy
    Signature of authorized representative of debtor     Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Dawn Kirby              Date   September 25, 2024
    Signature of attorney for debtor                             MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone   (914) 401-9500     Email address   dkirby@kacllp.com

2733004 NY
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re  Firstbase.io, Inc.

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mark Milastsivy<br>26 Mercer, 3rd Floor<br>New York, NY 10013 | | | Majority Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  September 25, 2024

Signature  /s/ Mark Milastsivy
Mark Milastsivy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of New York**

In re   Firstbase.io, Inc.
Debtor(s)

Case No.
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mark Milastsivy , declare under penalty of perjury that I am the Chief Executive Officer of Firstbase.io, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of September, 2024 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark Milastsivy , Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mark Milastsivy , Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mark Milastsivy , Chief Executive Officer of this Corporation is authorized and directed to employ Dawn Kirby , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date   September 25, 2024          Signed   /s/ Mark Milastsivy
                                            Mark Milastsivy

Resolution of Board of Directors
of
Firstbase.io, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark Milastsivy , Chief Executive Officer  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mark Milastsivy , Chief Executive Officer   of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mark Milastsivy , Chief Executive Officer  of this Corporation is authorized and directed to employ Dawn Kirby , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date   September 25, 2024                    Signed   /s/ Mark Milastsivy

Date   September 25, 2024                    Signed   /s/ Mark Milastsivy

# United States Bankruptcy Court
## Southern District of New York

In re  Firstbase.io, Inc.                                                       Case No.
                           Debtor(s)                                            Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 25, 2024              /s/ Mark Milastsivy
                                        Mark Milastsivy /Chief Executive Officer
                                        Signer/Title

415x Trust
340 S Lemon Ave 2415
Walnut, CA 91789


449 Broadway LLC
73 Spring Street, 6th Floor
New York, NY 10012


8796041 Canada Inc. DBA Granicus Grp.
5369 Boul Saint Laurent, Montreal QC Can


Adam Wiggins
382 NE 191st #30776
Miami, FL 33179


AMINO Capital III, LP
2991 Alexis Dr.,
Palo Alto, CA 94304


AMINO Capital III, LP
346 Emerson Street
Palo Alto, CA 94301


AN Investment Co., Ltd.
28, Digital-ro 33-gil, Suite 1113, Guro-


Andy Louis- Charles
11232 Sorrel Ridge Lane
Oakton, VA 22124


Arc Technologies Inc.
30 Broad Street, 29th Floor
New York, NY 10004


Benjamin Spiro
2020 N Bayshore Dr. Apt 3608
Miami, FL 33137


Benjamin W21 Demo Day Fund
PO Box 3217
Seattle, WA 98114


Bookmate Corporation
8 The Grn
Dover, DE 19901


Bradley A. Peters
239 Black Oak Circle
Coppell, TX 75019


Cedric Dussud
80 N Moore St., Apt 17B
New York, NY 10013

CFT Clear Finance Technology Corp.
33 Yonge Street, Suite 1302, Toronto, On


Cmprssr LLC
2650 NE Alameda St.
Portland, OR 97212


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Crystal Towers Capital II, LP
144 Pacchetti Way
Mountain View, CA 94040


CT Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd., Suite 700
Glendale, CA 91203


Daniel Olinsky
2140 Fell St., Apt. 301
San Francisco, CA 94117


David Dat Nguyen
3850 W Nevso Drive, Unit 434
Las Vegas, NV 89103


Deel Inc. (Capbase, Inc.)
584 Castro Street, Suite 3096
San Francisco, CA 94114


Dilworth Paxson LLP
PO Box 825921
Philadelphia, PA 19182-5921


DMRUS pty Ltd.
2 Waratah Street, Balgowlah, NSW 2093


Doyoon Kim
309, Apgujeong-ro APT. 91-901 Gangnam-gu


eShares Inc. DBA Carta
333 Bush Street, Suit 2300
San Francisco, CA 94104


eShares, Inc. DBA Carta Inc.
333 Bush St., Floor 23, Ste. 2300, San F
San Francisco, CA 94104


FBRA LLC
1023 E Lincolnway
Cheyenne, WY 82001

```
Firstbase Agent LLC
1007 N Orange Street, 4th Floor, Suit 13
Wilmington, DE 19801


Firstbase Registered Agent Inc.
1007 N Orange St. 4th Floor STE 1382
Wilmington, DE 19801


Flicker Two LLC
c/o Jordan Park, 100 Pine St., 26th Floo
San Francisco, CA 94111


Founder Institute, Incorporated
265 Cambridge Avenue, #60417
Palo Alto, CA 94306


Glen Ridge Ventures LLC
16192 Costal Highway
Lewes, DE 19958


Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


Graphene Ventures III, LP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301


Harbor Business Compliance Corp.
c/o Royer Cooper Cohen Braunfield, LLP,
Philadelphia, PA 19103


Hib Girsim Sermayesi Yatirim Ortakligi
Esentepe Mahallesi Buyukdere Cad. No.: 2


Impact Ventures LLC
1861 Santa Barbara Drive
Lancaster, PA 17601


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jeff Chen
15 Renwick St. #202
New York, NY 10013


John Wallace
365 Day St.
San Francisco, CA 94131


Jonathan Matthew Long
4658 18th Street
San Francisco, CA 94114
```

Juris Logic LLC
25 NW 23rd Place, Suite 6 PMB 169
Portland, OR 97210


KL Discovery Ontrack LLC
9023 Columbine Road
Eden Prairie, MN 55347


Laura Allen
4658 18th Street
San Francisco, CA 94114


Law Office of Christine Hanley
2041 A NW 60th Street
Seattle, WA 98107


Li Family Trust
3157 Steiner St.
San Francisco, CA 94123


Mark Milastsivy
26 Mercer, 3rd Floor
New York, NY 10013


Nakhla Ventures Ltd.
2 Apostolos Varnavas, Centaur House, Nis


Nakhla Ventures Ltd.
2 Apostolos Varnavas, Centaur House, Nis


Nikita Kozlovskij
13074 La Cresta Dr,
Los Altos, CA 94022


Nkechi Temilola Iregbulem
4210 Mesa Street
Torrance, CA 90505


Novel Growth Partners Cali Investments
6701 W 64th Street, Suite 300
Mission, KS 66202


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


Ola Oyetayo
Flat 14, Wheat House, 4 Peacock Close, L


OU Notorious
Toostuse 47d-69, 10416 Tallinn, Estonia

```
OU Notorious
Toostuse 47d- 69, 10416 Tallinn, Estonia


OU Notrorious
Toostuse 47d-69, 10416 Tallin, Estonia


Oyster Utopian Fund I, Ltd.
1887 Whitney Mesa Dr. #7139
Henderson, NV 89014


Payoneer Inc.
195 Broadway, 27th Floor
New York, NY 10007


Pearmill Inc,
169 Madison Ave #2020
New York, NY 10016


Pipe Advance LLC
548 Market St. PMB 93796
San Francisco, CA 94104-5401


Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017


Ramon Recuero
1 Henry Adams N608
San Francisco, CA 94103


Raphael Shorser
1248 Bates Rd.
Oakland, CA 94610


Scieniti LLC
1104 Linnea Lane
Southlake, TX 76092


Share Capital LLC
341 Filbert St.
San Francisco, CA 94133


Snowy Maple Ventures LLC
101A Clay Street #105
San Francisco, CA 94111


Software Holdings Pty Ltd.
ATF Software Holdings Unit Trust
38 Murranar Road, Towradgi, NSW 2518, Au


Spano Angel LLC
2 Calle Nairn, San Juan, 00907, Puerto R
```

Sphere 5200, Inc.
230 California Ave, Suite 212
Palo Alto, CA 94306


Stenn Assets USA
1201 Peachtree St. NE Bldg. 400 STE 300
Atlanta, GA 30361-3507


Stephen Hopkins
561 Pacific St., Apt 703
Brooklyn, NY 11213


Stripe Servicing Inc.
199 Water St., Floor 30
New York, NY 10038


Tarraganda Holdings ATF
48 Moore Wren Road, Tarraganda NSW 2550,


Tarraganda Holdings Pty Ltd.
ATF Tarraganda Superannuation Fund
48 Moore Wren Road, Tarraganda NSW 2550,


Wang Capital Ltd.
61 St. Vincent Ave, Remuera, Auckland, N


Yan Biao Boey
219 Kingford Ln
Redwood City, CA 94061

# United States Bankruptcy Court
## Southern District of New York

In re   Firstbase.io, Inc.   Case No.
Debtor(s)   Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Firstbase.io, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Mark Milastsivy
26 Mercer, 3rd Floor
New York, NY 10013

☐ None [*Check if applicable*]

September 25, 2024
Date

/s/ Dawn Kirby
Dawn Kirby
Signature of Attorney or Litigant
Counsel for   Firstbase.io, Inc.
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500  Fax:
dkirby@kacllp.com