**KIRBY AISNER & CURLEY LLP**
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica Aisner, Esq.
eaisner@kacllp.com
Dawn Kirby, Esq.
dkirby@kacllp.com
Dana Brescia, Esq.
dbrescia@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

          Chapter 11

FIRSTBASE.IO, INC.       Case No. 24-11647 (LGB)

      Debtor.

---------------------------------------------------------X

<u>**CERTIFICATE OF SERVICE**</u>

   I, Bryn A. Leonardo, do hereby affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

   On the 2nd day of October, 2024, I served a true and correct copy of the following upon the parties listed on the annexed Service List, by enclosing documents in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of either the UPS by Overnight Mail delivery or by electronic mail where indicated.

1. Notice of Hearing on First Day Motions;

2. Motion For An Order Authorizing the Debtor to (1) Pay And Honor Certain Prepetition Claims For Wages, Salaries, Employee Benefits and Withholdings And Deductions; (2) Continue To Provide Employee Benefits In The Ordinary Course Of Business; and (3) Pay All Related Costs And Expenses together with exhibits; and

3. Debtor's Motion for an Order (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. section 363(c)(2) and Bankruptcy Rule 4001, on and Interim Basis and Providing Adequate Protection therefor Pursuant to 11 U.S.C. Sections 361 and 362 and (III) Scheduling Final Hearing together with exhibits;

             */s/ Bryn A. Leonardo*
              Bryn A. Leonardo

## **SERVICE LIST**

First Corporate Solutions,
as Representative
914 S. Street
Sacramento, CA 95811
sprs@ficso.com

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004
Andy.velez-rivera@usdoj.gov

Efficient Capital Labs, Inc.
205 W. 54th Street, Apt 6E
New York, New York 10019
contact@ecaplabs.com

Corporation Service Company
PO Box 2576
Springfield, IL 62708
filingdept@cscinfo.com
uccsprep@cscinfor.com

CT Corporation System, as Representative
330 N Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203
Uccfilingreturn@wolterskluwer.com

Novel Growth Partners Cali Investments
6701 W 64th Street, Suite 300
Mission, KS 66202
admin@novelcapital.com.

Stripe Servicing Inc.
199 Water St., Floor 30
New York, New York 10038
sales@stripe.com
info@stripes.co

AMINO Capital III, LP
346 Emerson Street
Palo Alto, CA 94301
bp@aminocapital.com

AMINO Capital III, LP
2991 Alexis Drive
Palo Alto, CA 94304
bp@aminocapital.com

CFT Clear Finance Technology Corp.
33 Yonge Street, Suite 1302, Toronto,
Ontario M5E 0A9, Canada
payments@clear.co

Crystal Towers Capital II, LP
144 Pacchetti Way,
Mountain View, CA 94040
Client_Operations@capgroup.com

Dilworth Paxson LLP
PO Box 825921
Philadelphia, PA 19182-5921
drodkey@dilworth.com

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, New York 12205-0300
Leo.Gagion@ag.ny.gov
Enid.Stuart@ag.ny.gov

Graphene Ventures III, LP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
nabil@graphenevc.com

Harbor Business Compliance Corp.
c/o Royer Cooper Cohen Braunfield, LLP,
Two Logan Square,
100 N. 18th Street, Suite 710
Philadelphia, PA 19103
mskapof@rccblaw.com

Juris Logic LLC
25 NW 23rd Place, Suite 6 PMB 169,
Portland, OR 97210
**info@jurislogic.com**

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201
bbrennan@law.nyc.gov

Marc F. Skapof
Matthew Faranda-Diedrich
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas 4th Floor
New York, NY 11102
mskapof@rccblaw.com
mfd@rccblaw.com

Law Office of Christine Hanley
2041 A NW 60th Street
Seattle, WA 98107
chanley@cdhanley.com

Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street, 10th Floor Los
Angeles,90017
derekshaffer@quinnemanuel.com

Share Capital LLC
341 Filbert Street
San Francisco, CA 94133
Client_Operations@capgroup.com.
info@ensemblecapital.com

KL Discovery Ontrack LLC
9023 Columbine Road
Eden Prairie, MN 55347
Christopher.Wheeler@kldiscovery.com

Stenn Assets USA
1201 Peachtree St. NE Bldg. 400 STE 300 ,
Atlanta, GA 30361-3507
Welcome@stenn.com

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Stanley.s.cheung@irs.gov
Samantha.s.ricca@irs.gov

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

NYC Corporation Counsel
Attn: Bankruptcy Dept.
100 Church Street, RM 5-240
New York, NY 10007

PIPE Advance LLC
548 Market St. PMB 93796
San Francisco, CA 94104-5401

449 Broadway LLC
449 Broadway, 6th Floor
New York, New York 10012