**Fill in this information to identify the case:**

Debtor name    Firstbase.io, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   24-11647

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 10, 2024     **X** /s/ Mark Milastsivy
                                         Signature of individual signing on behalf of debtor

                                         Mark Milastsivy
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Firstbase.io, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 24-11647 |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 449 Broadway LLC 73 Spring Street, 6th Floor New York, NY 10012 | | Rent Arrears | | | | $119,066.66 |
| Arc Technologies Inc. 325 9th St. San Francisco, CA 94103 | | Partner Refund | | | | $55,709.80 |
| Dilworth Paxson LLP PO Box 825921 Philadelphia, PA 19182-5921 | | Legal Bills | | | | $525,755.17 |
| Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043 | | Vendor | | | | $253,171.58 |
| Google LLC (Looker) 1600 Amphitheatre Parkway Mountain View, CA 94043 | | Vendor | | | | $24,349.89 |
| Graphene Ventures III, LP 530 Lytton Avenue, 2nd Floor Palo Alto, CA 94301 | nabil@graphenevc.com | Unsecured Note | Contingent | | | $1,500,000.00 |
| Harbor Business Compliance Corp. c/o Royer Cooper Cohen Braunfield, LLP, Two Logan Square, 100 N. 18th Street, Suite 710 Philadelphia, PA 19103 | | Judgment | Unliquidated Disputed | | | $27,915,714.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Firstbase.io, Inc. | Case number *(if known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HubSpot Inc. 2 Canal Park Cambridge, MA 02141 | | Vendor | | | | $15,163.57 |
| Hurdlr Inc. 5511 Cornish Road Bethesda, MD 20814 | | Vendor | | | | $12,080.00 |
| Influx Inc. 8605 Santa Monica Blvd #63484 West Hollywood, CA 90069 | | Services | | | | $52,968.00 |
| Juris Logic LLC 25 NW 23rd Place, Suite 6 PMB 169 Portland, OR 97210 | | Legal Bills | | | | $244,913.05 |
| KL Discovery Ontrack LLC 9023 Columbine Road Eden Prairie, MN 55347 | | Vendor | | | | $45,745.00 |
| Law Office of Christine Hanley 2041 A NW 60th Street Seattle, WA 98107 | | Legal Bills | | | | $20,000.00 |
| Open Corporates Ltd. Aston House, Cornwall Avenue, London, N3 1LF, United Kingdom | | Vendor | | | | $55,700.00 |
| PartnerStack, Inc. 111 Peter St. Floor 9, Toronto, ON M5V 2G9, Canada | | Vendor | | | | $22,960.70 |
| Pearmill Inc. 169 Madison Ave #2020 New York, NY 10016 | | Vendor | | | | $49,345.16 |
| Pipe Advance LLC 548 Market St. PMB 93796 San Francisco, CA 94104-5401 | | Sale and Purchase Transaction | | | | $44,891.91 |
| Quinn Emanuel Urquhart & Sullivan 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 | | Legal Bills | | | | $191,364.90 |

| Debtor | Firstbase.io, Inc. | Case number *(if known)* | 24-11647 |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| --- | --- | --- | --- | --- | --- | --- |
| Stenn Assets USA 1201 Peachtree St. NE Bldg. 400 STE 300 Atlanta, GA 30361-3507 | | Future Receipts Purchase Agreement | | | | $295,211.69 |
| Zendesk 989 Market St. San Francisco, CA 94103 | | Vendor | | | | $20,505.52 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Firstbase.io, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-11647

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      567,673.80

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      567,673.80

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      1,406,494.75

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$      31,568,554.32

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $      32,975,049.07

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Firstbase.io, Inc.__

United States Bankruptcy Court for the:   __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known)   __24-11647__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | J.P Morgan Chase Bank N.A | Checking | 0008 | $1,721.76 |
| 3.2. | J.P Morgan Chase Bank N.A | Checking | 3638 | $98,454.59 |
| 3.3. | Arc Business Banking | Other financial account | 0916 | $654.41 |
| 3.4. | Arc Business Wallet | Other financial account | 8901 | $47.57 |
| 3.5. | Mercury Bank | Other financial account | 8339 | $3.03 |
| 3.6. | PayPal | Other financial account | NNZ8 | $0.00 |
| 3.7. | Pipe Financial Clearing | Other financial account | | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Firstbase.io, Inc.    Case number *(If known)*  24-11647
                Name

| | | | | |
|---|---|---|---|---|
| 3.8. | Stripe Servicing Inc. | Other financial account | RH25 | $250,142.44 |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $351,023.80

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

       7.1.   Security Deposit for Office Space located at 26 Mercer, 3rd Floor, New York, NY 10013      $84,000.00

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**      **Total of Part 2.**

          Add lines 7 through 8. Copy the total to line 81.      $84,000.00

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**      **Accounts receivable**

       11a. 90 days old or less:      32,650.00    -      0.00   = ....      $32,650.00
                            face amount             doubtful or uncollectible accounts

**12.**      **Total of Part 3.**

          Current value on lines 11a + 11b = line 12.    Copy the total to line 82.      $32,650.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**   **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| **15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   Firstbase.io, Inc.                                    Case number *(If known)*   24-11647
         Name

Name of entity:                                    % of ownership

15.1.   FBRA LLC                                    100      %                                    Unknown

15.2.   Firstbase Agent LLC                         100      %                                    Unknown

15.3.   Firstbase Registered Agent Inc.             100      %                                    Unknown

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                          | $0.00 |

      Add lines 14 through 16.   Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Firstbase.io, Inc. | Case number *(If known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| available. | | | | |
| 55.1. | Lease with 449 Broadway LLC for premises located at 26 Mercer, 3rd Floor, New York, NY 10013 | Tenant | Unknown | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademark- FIRSTBASE. Registration Number:6487908 | | Unknown | Unknown |
| | Trademark- The mark consists of a circle design, with a blocked out filled in square overlapping the bottom left side of the design and sticking out of the circle outline towards the bottom left to create a point. Registration Number: 6937227 | | Unknown | Unknown |
| 61. | **Internet domain names and websites** | | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Firstbase.io, Inc.                                    Case number *(If known)*  24-11647
          Name

Domain Names-
activewithfirstbase.app;
activewithfirstbase.co;
activewithfirstbase.tech;
activewithfirstbase.us;
activewithfirstbase.world;
activewithfirstbase.xyz;
beginwithfirstbase.app;
beginwithfirstbase.co;
beginwithfirstbase.io;
beginwithfirstbase.us;
beginwithfirstbase.xyz;
firstbaseaccounting.co;
firstbaseaccounting.io;
firstbasebanking.co;
firstbasebanking.io;
firstbaseglobal.co;
firstbaseglobal.io;
firstbasegrow.app;
firstbasegrow.co;
firstbasegrow.io;
firstbasegrow.tech;
firstbasegrow.us;
firstbasegrow.xyz;
firstbaselabs.app;
firstbaselabs.co;
firstbaselabs.io;
firstbaselabs.tech;
firstbaselabs.xyz;
firstbasepayroll.co;
firstbasepayroll.io;
firstbaseraise.co;
firstbaseraise.io;
firstbasestart.co;
firstbasestart.io;
firstbasetax.co;
firstbasetax.io;
getfirstbase.app;
getfirstbase.co;
getfirstbase.io;
getfirstbase.tech;
getfirstbase.us;
getfirstbase.xyz;
gofirstbase.app;
gofirstbase.co;
gofirstbase.io;
gofirstbase.tech;
gofirstbase.us;
gofirstbase.xyz;
launchwithfirstbase.app;
launchwithfirstbase.co;
launchwithfirstbase.io;
launchwithfirstbase.tech;                          Unknown                          Unknown

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    Firstbase.io, Inc.                                                    Case number *(If known)*  24-11647
     Name

Domain Names-
firstbase.io;
launchwithfirstbase.us;
launchwithfirstbase.xyz;
setupwithfirstbase.app;
setupwithfirstbase.co;
setupwithfirstbase.io;
setupwithfirstbase.us;
setupwithfirstbase.xyz;
startwithfirstbase.app;
startwithfirstbase.biz;
startwithfirstbase.club;
startwithfirstbase.co;
startwithfirstbase.io;
startwithfirstbase.tech;
startwithfirstbase.us;
startwithfirstbase.xyz;
tryfirstbase.app;
tryfirstbase.co;
tryfirstbase.io;
tryfirstbase.tech;
tryfirstbase.us;
tryfirstbase.xyz;
withfirstbase.app;
withfirstbase.co;
withfirstbase.io;
withfirstbase.tech;
withfirstbase.us;
withfirstbase.xyz                                        Unknown                                          Unknown

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| | Software- Firstbase Start | Unknown | Unknown |
| | Software- Firstbase Mailroom | Unknown | Unknown |
| | Software- Firstbase Agent | Unknown | Unknown |
| | Software- Firstbase Loop | Unknown | Unknown |
| | Software- Firstbase Accounting | Unknown | Unknown |
| | Software- Firstbase Tax Filing | Unknown | Unknown |
| 65. | **Goodwill** | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

                                                                               $0.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Firstbase.io, Inc. | Case number *(If known)* | 24-11647 |
|--------|-------------------|------------------------|----------|
|        | Name |  |  |

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Loan to Filipe Senna Business Consulting LTDA |  | $100,000.00 |
|---|---|---|
| Nature of claim | Loan |  |
| Amount requested | $100,000.00 |  |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $100,000.00 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Firstbase.io, Inc. _____    Case number *(If known)*  24-11647
           Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $351,023.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $84,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,650.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $567,673.80 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $567,673.80 |

**Fill in this information to identify the case:**

Debtor name __Firstbase.io, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __24-11647__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** CFT Clear Finance Technology Corp.<br>Creditor's Name<br>33 Yonge Street, Suite 1302,<br>Toronto, Ontario M5E 0A9,<br>Canada<br>Creditor's mailing address<br><br>payments@clear.co<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>September 4, 2024<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. CFT Clear Finance Technology Corp.<br>2. Novel Growth Partners Cali Investments | **Describe debtor's property that is subject to a lien**<br>Lien on Specified Amount of Future Receivables<br>Delaware UCC #202-5856107<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $230,494.75 | $32,650.00 |
| **2.2** Corporation Service Company<br>Creditor's Name<br><br>PO Box 2576<br>Springfield, IL 62708<br>Creditor's mailing address<br><br>uccsprep@cscinfo.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>April 23, 2023<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>NYS UCC # 202304275587164<br>Delaware UCC #2023-3035150<br>This is believed to be filed by a lender who cannot be identified at this time.<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Firstbase.io, Inc. | | Case number (if known) | 24-11647 |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.3 | Corporation Service Company | | | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

uccsprep@cscinfo.com

Creditor's email address, if known

**Date debt was incurred**
May 1, 2023
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
NYS UCC # 202305015606811
Delaware UCC # 2023-3235750
This is believed to be filed by a lender who cannot be identified at this time.

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | CT Corporation System, as Representative | | | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

330 N Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

uccfilingreturn@wolterskluwer.com

Creditor's email address, if known

**Date debt was incurred**
November 6, 2023
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
NYS UCC # 202311060415395
Delaware UCC # 203-7498446
This is believed to be filed by a lender who cannot be identified at this time.

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | Efficient Capital Labs. Inc. | | | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

205 W 54th St., Apt 6E
New York, NY 10019

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Delaware UCC # 2024-0683316
ECL Loan # 202211140001, 202212060001

**Describe the lien**
UCC-1

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

| Debtor | Firstbase.io, Inc. | | Case number (if known) | 24-11647 |
|---|---|---|---|---|
| | Name | | | |

filingdept@cscinfo.com

Creditor's email address, if known

**Date debt was incurred**
February 1, 2024

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | First Corporate Solutions | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Delaware UCC # 2023-2455813 | | |

Collateral- All present and future assets of the Debtor

914 S Street
Sacramento, CA 95811

Creditor's mailing address

**Describe the lien**
UCC-1

sprs@ficoso.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Novel Growth Partners Cali Investments | **Describe debtor's property that is subject to a lien** | $1,176,000.00 | $32,650.00 |
|---|---|---|---|---|
| | Creditor's Name | Financing Agreement | | |

6701 W 64th Street, Suite 300
Mission, KS 66202

Creditor's mailing address

**Describe the lien**

mike.luebbers@novelcapital.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
June 28, 2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.8 | Stripe Servicing Inc. | **Describe debtor's property that is subject to a lien** | Unknown | $250,142.44 |
|---|---|---|---|---|
| | Creditor's Name | UCC # 202207296244460 | | |

---

| Debtor | Firstbase.io, Inc. | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

199 Water St., Floor 30
New York, NY 10038

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

uccfilingreturn@wolterskluwe
r.com

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
July 29, 2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,406,494.75 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Efficient Capital Labs, Inc.<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | Line  2.5 | |
| John James<br>2929 Allen Parkway, Ste 3300<br>Houston, TX 77019 | Line  2.8 | |
| Lien Solutions<br>P.O Box 290171<br>Glendale, CA 91209-9071 | Line  2.4 | |

**Fill in this information to identify the case:**

Debtor name      Firstbase.io, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-11647

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Total claim: **Unknown**   Priority amount: **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures
Section
PO Box 5300
Albany, NY 12205-0300

Total claim: **Unknown**   Priority amount: **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
449 Broadway LLC
73 Spring Street, 6th Floor
New York, NY 10012

Amount of claim: **$119,066.66**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred    July 24, 2022

Basis for the claim:    Rent Arrears

Last 4 digits of account number

Is the claim subject to offset?    ☐ No    ☒ Yes

| Debtor | Firstbase.io, Inc. | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address
Amazon Web Services Inc.
410 Terry Ave
Seattle, WA 98109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

$5,256.80

---

**3.3** | Nonpriority creditor's name and mailing address
Arc Technologies Inc.
325 9th St.
San Francisco, CA 94103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Partner Refund_

Is the claim subject to offset? ☒ No ☐ Yes

$55,709.80

---

**3.4** | Nonpriority creditor's name and mailing address
Ashby Inc.
49 Geary Street, Suite 411
San Francisco, CA 94108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

$1,200.00

---

**3.5** | Nonpriority creditor's name and mailing address
Dilworth Paxson LLP
PO Box 825921
Philadelphia, PA 19182-5921

**Date(s) debt was incurred** _July 31 2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Legal Bills_

Is the claim subject to offset? ☒ No ☐ Yes

$525,755.17

---

**3.6** | Nonpriority creditor's name and mailing address
Filipe Senna Business Consulting LTDA
Avenida Paulista 771 Andar 15
Conjunto 15 / Sala 328,
S?o Paulo, 01311100, SP, Brazil

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Payment for Consultancy Services_

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

**3.7** | Nonpriority creditor's name and mailing address
Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Legal Fees_

Is the claim subject to offset? ☒ No ☐ Yes

$5,000.00

---

**3.8** | Nonpriority creditor's name and mailing address
Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**Date(s) debt was incurred** _09/07/2022_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

$253,171.58

---

**3.9** | Nonpriority creditor's name and mailing address
Google LLC (Google Cloud)
1600 Amphitheatre Parkway
Mountain View, CA 94043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

$5,561.73

---

| Debtor | Firstbase.io, Inc. | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**
Google LLC (Looker)
1600 Amphitheatre Parkway
Mountain View, CA 94043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$24,349.89

---

**3.11**

**Nonpriority creditor's name and mailing address**
Google Workspace Business Standard
1600 Amphitheatre Parkway
Mountain View, CA 94043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$4,420.45

---

**3.12**

**Nonpriority creditor's name and mailing address**
Graphene Ventures III, LP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Note

Is the claim subject to offset? ☒ No ☐ Yes

$1,500,000.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Harbor Business Compliance Corp.
c/o Royer Cooper Cohen Braunfield, LLP, Two
Logan Square, 100 N. 18th Street, Suite 710
Philadelphia, PA 19103

**Date(s) debt was incurred** April 23, 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ☒ No ☐ Yes

$27,915,714.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Hi Bob Inc.
275 7th Ave R, 1705
New York, NY 10001-8403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$1,127.97

---

**3.15**

**Nonpriority creditor's name and mailing address**
HubSpot Inc.
2 Canal Park
Cambridge, MA 02141

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$15,163.57

---

**3.16**

**Nonpriority creditor's name and mailing address**
Hurdlr Inc.
5511 Cornish Road
Bethesda, MD 20814

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$12,080.00

---

**3.17**

**Nonpriority creditor's name and mailing address**
Influx Inc.
8605 Santa Monica Blvd #63484
West Hollywood, CA 90069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ☒ No ☐ Yes

$52,968.00

---

| Debtor | Firstbase.io, Inc. | | Case number (if known) | 24-11647 |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $244,913.05

Juris Logic LLC
25 NW 23rd Place, Suite 6 PMB 169
Portland, OR 97210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 7, 2024

**Basis for the claim:** Legal Bills

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,745.00

KL Discovery Ontrack LLC
9023 Columbine Road
Eden Prairie, MN 55347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** November 17, 2023

**Basis for the claim:** Vendor

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,000.00

Law Office of Christine Hanley
2041 A NW 60th Street
Seattle, WA 98107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 29, 2024

**Basis for the claim:** Legal Bills

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,015.77

Linkedin Corporation
350 5th Ave
New York, NY 10118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Vendor

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,500.00

Mozart Data, Inc.
250 King St.
San Francisco, CA 94107-5456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Vendor

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55,700.00

Open Corporates Ltd.
Aston House, Cornwall Avenue,
London, N3 1LF, United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Vendor

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,960.70

PartnerStack, Inc.
111 Peter St. Floor 9, Toronto, ON M5V 2G9,
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Vendor

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $49,345.16

Pearmill Inc.
169 Madison Ave #2020
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Vendor

**Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Firstbase.io, Inc. | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,891.91 |
| | Pipe Advance LLC | ☐ Contingent | |
| | 548 Market St. PMB 93796 | ☐ Unliquidated | |
| | San Francisco, CA 94104-5401 | ☐ Disputed | |
| | **Date(s) debt was incurred** _July 31, 2024_ | **Basis for the claim:** _Sale and Purchase Transaction_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,000.00 |
| | Plaid Inc. | ☐ Contingent | |
| | 1098 Harrison Street | ☐ Unliquidated | |
| | San Francisco, CA 94103 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $191,364.90 |
| | Quinn Emanuel Urquhart & Sullivan | ☐ Contingent | |
| | 865 S. Figueroa Street, 10th Floor | ☐ Unliquidated | |
| | Los Angeles, CA 90017 | ☐ Disputed | |
| | **Date(s) debt was incurred** _August 31, 2024_ | **Basis for the claim:** _Legal Bills_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,500.00 |
| | Sola Solutions Inc. | ☐ Contingent | |
| | 111 Town Square Pl. | ☐ Unliquidated | |
| | Suite 103 | ☐ Disputed | |
| | Jersey City, NJ 07310 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $295,211.69 |
| | Stenn Assets USA | ☐ Contingent | |
| | 1201 Peachtree St. NE Bldg. 400 STE 300 | ☐ Unliquidated | |
| | Atlanta, GA 30361-3507 | ☐ Disputed | |
| | **Date(s) debt was incurred** _April 30, 2024_ | **Basis for the claim:** _Future Receipts Purchase Agreement_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,355.00 |
| | Twilio Inc. | ☐ Contingent | |
| | 101 Spear St., Ste 500 | ☐ Unliquidated | |
| | San Francisco, CA 94105-1580 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,505.52 |
| | Zendesk | ☐ Contingent | |
| | 989 Market St. | ☐ Unliquidated | |
| | San Francisco, CA 94103 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | | |
|---|---|---|
| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 5 of 6 |
| Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | Firstbase.io, Inc. | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 31,568,554.32 |
| | | | | |
| **5c. Total of Parts 1 and 2** | | | | |
| Lines 5a + 5b = 5c. | | 5c. | $ | 31,568,554.32 |

**Fill in this information to identify the case:**

Debtor name __Firstbase.io, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __24-11647__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    Simple Agreement for Future Equity<br><br>State the term remaining<br><br>List the contract number of any government contract | 415x Trust<br>340 S Lemon Ave 2415<br>Walnut, CA 91789 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    Rental Agreement for Office located at 26 Mercer, 3rd Floor, New York, NY 10013<br>State the term remaining    4 Months<br><br>List the contract number of any government contract | 449 Broadway LLC<br>73 Spring Street, 6th Floor<br>New York, NY 10012 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    Simple Agreement for Future Equity<br><br>State the term remaining<br><br>List the contract number of any government contract | 8796041 Canada Inc. DBA Granicus Grp.<br>5369 Boul Saint Laurent,<br>Montreal QC Canada |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    Simple Agreement for Future Equity<br><br>State the term remaining<br><br>List the contract number of any government contract | Adam Wiggins<br>382 NE 191st #30776<br>Miami, FL 33179 |

| Debtor 1 | Firstbase.io, Inc. | | | Case number *(if known)* | 24-11647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Contractor Agreement

State the term remaining

List the contract number of any government contract

Alexey Piskunov
Kalinovskogo 5-4 Minsk Belarus 220090

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Contractor Agreement

State the term remaining

List the contract number of any government contract

Allison Sarah Marie Thwaites
Lot 4 Hillsview Crescent, Irwindale
Montego Bay, Jamaica, JMCJS12

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

AMINO Capital III, LP
346 Emerson Street
Palo Alto, CA 94301

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

AN Investment Co., Ltd.
28, Digital-ro 33-gil, Suite 1113,
Guro-gu, Seoul Republic of Korea 08377

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

Andy Louis- Charles
11232 Sorrel Ridge Lane
Oakton, VA 22124

---

Debtor 1    Firstbase.io, Inc.                                                                    Case number (*if known*)    24-11647
              First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Master Partnership Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Arc Technologies Inc.<br>30 Broad Street, 29th Floor<br>New York, NY 10004 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Augusto Barbosa<br>Rua Piaui, 1981, Belo Horizonte<br>Brazil, 30150321 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Benjamin Spiro<br>2020 N Bayshore Dr. Apt 3608<br>Miami, FL 33137 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Benjamin W21 Demo Day Fund<br>PO Box 3217<br>Seattle, WA 98114 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Tax Services to Debtor's Customers | |
|---|---|---|---|
| | State the term remaining | 7 Months | |
| | List the contract number of any government contract | | Bookmate Corporation<br>8 The Grn<br>Dover, DE 19901 |

| Debtor 1 | Firstbase.io, Inc. | | | Case number *(if known)* | 24-11647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Bradley A. Peters<br>239 Black Oak Circle<br>Coppell, TX 75019 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Cedric Dussud<br>80 N Moore St., Apt 17B<br>New York, NY 10013 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Cicero Melo IT Solutions LTDA<br>BC Souza Costa Porta Alegre,<br>Brazil, 91450-140 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Cmprssr LLC<br>2650 NE Alameda St.<br>Portland, OR 97212 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Crystal Towers Capital II, LP<br>144 Pacchetti Way<br>Mountain View, CA 94040 |

Debtor 1    Firstbase.io, Inc.                                                    Case number (*if known*)    24-11647
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Daniel Carrijo |
| | List the contract number of any government contract | | Rua 3130, Catalao GO, Brazil 75711626 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Daniel Olinsky |
| | List the contract number of any government contract | | 2140 Fell St., Apt. 301 San Francisco, CA 94117 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | David Dat Nguyen |
| | List the contract number of any government contract | | 3850 W Nevso Drive, Unit 434 Las Vegas, NV 89103 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Referral and Revenue Share Agreement | |
|---|---|---|---|
| | State the term remaining | 4 Years | Deel Inc. (Capbase, Inc.) |
| | List the contract number of any government contract | | 584 Castro Street, Suite 3096 San Francisco, CA 94114 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Diney Luiz Antunes |
| | List the contract number of any government contract | | Rua Amelia Marques De Oliveira, 11, Carapiculba, Brazil, 06365370 |

| Debtor 1 | Firstbase.io, Inc. | | | Case number (*if known*) | 24-11647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | DMRUS pty Ltd.<br>2 Waratah Street, Balgowlah, NSW 2093 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Douglas Soriano<br>Rua Joao Wagner Way,<br>1565- BL7 AP504,<br>Sorocaba, Brazil 18046695 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Doyoon Kim<br>309, Apgujeong-ro APT. 91-901<br>Gangnam-gu, Seoul, Rep. of Korea 06006 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Eduardo Alejandro Garza Sanchez<br>Loma Florida 2185, Monterrey,<br> Mexico, 64710 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Elian Ostos Macias<br>Rio Tamazunchale Norte,<br>San Pedro Garza Garcia,<br>Mexico, 66220 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Firstbase.io, Inc.                                                      Case number (*if known*)    24-11647
     First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | eShares Inc. DBA Carta<br>333 Bush Street, Suit 2300<br>San Francisco, CA 94104 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Evonne Jane Mijares<br>26J-T4 SLP Condos Chino Roces<br>Ave cor EDSA Magallanes,<br>Makati, Philippines 1231 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Flicker Two LLC<br>c/o Jordan Park, 100 Pine St., 26th Floor<br>San Francisco, CA 94111 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Brand Partnership | |
|---|---|---|---|
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | Founder Institute, Incorporated<br>265 Cambridge Avenue, #60417<br>Palo Alto, CA 94306 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Giovanna Fiorito<br>Soberana 49, Apt 193, Sao Paulo,<br>Brazil 04570020 |

Debtor 1  Firstbase.io, Inc.

First Name          Middle Name          Last Name

Case number (*if known*)   24-11647

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Glen Ridge Ventures LLC<br>16192 Costal Highway<br>Lewes, DE 19958 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Graphene Ventures III, LP<br>530 Lytton Avenue, 2nd Floor<br>Palo Alto, CA 94301 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gustavo Reis Servicos De Informatica LTD<br>Rua Coronel Goulart, 33,<br>Itajuba, Brazil 36505-022 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Henrique Marley Hahn De Assis<br>Rua Waldemar Ouriques, 895,<br>Florianopolis, Brazil, 88090-050 |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Hib Girsim Sermayesi Yatirim Ortakligi<br>Esentepe Mahallesi Buyukdere<br>Cad. No.: 201 Sisili/ Istanbul, Turkiye |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Firstbase.io, Inc.                                                   Case number (*if known*)   24-11647
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Impact Ventures LLC<br>1861 Santa Barbara Drive<br>Lancaster, PA 17601 |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jean Mellao<br>Rua Conselheiro<br>Moreira de Barros 412,<br>Sao Paulo, Brazil, 02018-011 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jeff Chen<br>15 Renwick St. #202<br>New York, NY 10013 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | John Arvin Artillero Santos<br>96 Obein, Tabayas,<br>Philippines, 4327 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | John Wallace<br>365 Day St.<br>San Francisco, CA 94131 |

| Debtor 1 | Firstbase.io, Inc. | | | Case number *(if known)* | 24-11647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Joice Hashimoto Garcia |
| | List the contract number of any government contract | | 150, Servidao Iriar, Florianopolis, Brazil, 88063-480 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Jonathan Matthew Long |
| | List the contract number of any government contract | | 4658 18th Street San Francisco, CA 94114 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Jose Antonio Marron Aguirre |
| | List the contract number of any government contract | | Cerro de tequila 1065, Guadalajara, Mexico, 44350 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | Jose Henrique Reis De Holanda c/o Jose Henrique Reis De Holanda Consultoria Em Tecnologia Da Informacao LTDA |
|---|---|---|---|
| | State the term remaining | | Avenida Dos Autonomistas, 896- Sala 1211 PAVMTO12 |
| | List the contract number of any government contract | | Santorini Anexo 900, Osasco, Brazil, 06020-010 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Laura Allen |
| | List the contract number of any government contract | | 4658 18th Street San Francisco, CA 94114 |

Debtor 1  Firstbase.io, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*   24-11647

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Leonardo Biffi Dos Santos |
| | List the contract number of any government contract | | Tucunare, Dourados, Brazil, 79831514 |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Leonardo Leal Software e Informatica LTD |
| | List the contract number of any government contract | | Rua dos Bandeirantes, Joinville, Brazil, 89217-230 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Li Family Trust |
| | List the contract number of any government contract | | 3157 Steiner St. San Francisco, CA 94123 |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Maximiliano Albino de Melo |
| | List the contract number of any government contract | | Rua Jose Antonio Scheffer, Passo de Torres, Brazil 88980-000 |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Milena Pereira |
| | List the contract number of any government contract | | 1337 Juvencio Alves de Oliveira, Quixada, Brazil, 63905 |

| Debtor 1 | Firstbase.io, Inc. | | | Case number *(if known)* | 24-11647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Murillo Freitas |
| | List the contract number of any government contract | _____ | Serafim Lucca, 333, Curitiba, Brazil 82320-400 |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Musleh Khan |
| | List the contract number of any government contract | _____ | 57 Farmway, London, United Kingdom, RM82SP |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Nakhla Ventures Ltd. |
| | List the contract number of any government contract | _____ | 2 Apostolos Varnavas, Centaur House, Nisou, 2571, Nicosia, Cyprus |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Nikita Kozlovskij |
| | List the contract number of any government contract | _____ | 13074 La Cresta Dr, Los Altos, CA 94022 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Nkechi Temilola Iregbulem |
| | List the contract number of any government contract | _____ | 4210 Mesa Street Torrance, CA 90505 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor 1   Firstbase.io, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*   24-11647

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — Contractor Agreement

State the term remaining

List the contract number of any government contract

Nomemarcones De Oliveira Junior
Rua Epifanio Sobreira, N 58,
Cajazeiras, Brazil, 58900000

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

Ola Oyetayo
Flat 14, Wheat House, 4 Peacock Close,
 London UK NW7 1LF

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

OU Notorious
Toostuse 47d- 69, 10416 Tallinn, Estonia

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

Oyster Utopian Fund I, Ltd.
1887 Whitney Mesa Dr. #7139
Henderson, NV 89014

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

Pearmill Inc,
169 Madison Ave #2020
New York, NY 10016

Debtor 1   Firstbase.io, Inc.                                                    Case number (*if known*)   24-11647
_____
First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.65.**   State what the contract or lease is for and the nature of the debtor's interest — Sale and Purchase Transaction

State the term remaining

List the contract number of any government contract

Pipe Advance LLC
548 Market St. PMB 93796
San Francisco, CA 94104-5401

**2.66.**   State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

Ramon Recuero
1 Henry Adams N608
San Francisco, CA 94103

**2.67.**   State what the contract or lease is for and the nature of the debtor's interest — Simple Agreement for Future Equity

State the term remaining

List the contract number of any government contract

Raphael Shorser
1248 Bates Rd.
Oakland, CA 94610

**2.68.**   State what the contract or lease is for and the nature of the debtor's interest — Contractor Agreement

State the term remaining

List the contract number of any government contract

Rodrigo Vicosa Bauermann
Avenida Doutor Cardoso de Melo 674,
Unit 75, Sao Paulo, Brazil 04548-003

**2.69.**   State what the contract or lease is for and the nature of the debtor's interest — Contractor Agreement

State the term remaining

List the contract number of any government contract

Sabino Orlando Frelie Torres
Baquedano 2020,
Coyhaique, Chile 5950000

Debtor 1    Firstbase.io, Inc.                                                    Case number (*if known*)    24-11647
              First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Scieniti LLC<br>1104 Linnea Lane<br>Southlake, TX 76092 |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Share Capital LLC<br>341 Filbert St.<br>San Francisco, CA 94133 |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Snowy Maple Ventures LLC<br>101A Clay Street #105<br>San Francisco, CA 94111 |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Software Holdings Pty Ltd.<br>ATF Software Holdings Unit Trust<br>38 Murranar Road, Towradgi, NSW 2518, Australia |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Spano Angel LLC<br>2 Calle Nairn,<br>San Juan, 00907, Puerto Rico |

Debtor 1   Firstbase.io, Inc.

First Name          Middle Name          Last Name

Case number (*if known*)   24-11647

---

<div style="background:purple; padding:5px"></div>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Sphere 5200, Inc.<br>230 California Ave, Suite 212<br>Palo Alto, CA 94306 |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Stephen Hopkins<br>561 Pacific St., Apt 703<br>Brooklyn, NY 11213 |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Tarraganda Holdings ATF<br>48 Moore Wren Road,<br>Tarraganda NSW 2550, Australia |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Valentina Lugo Lunar<br>Calle 142 #11-50, Bogota,<br>Colombia, 110111 |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Virginia de Carvalho Feitosa<br>Av Miguel Yunes, 540- ap 183i,<br>Sao Paulo, Brazil 04444000 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor 1 | Firstbase.io, Inc. | | | Case number (*if known*) | 24-11647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Wang Capital Ltd. |
| | List the contract number of any government contract | | 61 St. Vincent Ave, Remuera, Auckland, New Zealand |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Simple Agreement for Future Equity | |
|---|---|---|---|
| | State the term remaining | | Yan Biao Boey |
| | List the contract number of any government contract | | 219 Kingford Ln Redwood City, CA 94061 |

**Fill in this information to identify the case:**

Debtor name ___Firstbase.io, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___24-11647___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.82 | FBRA LLC | 1023 E Lincolnway<br>Cheyenne, WY 82001 | Novel Growth Partners<br>Cali Investments | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.83 | Firstbase Agent LLC | 2501 Chatham Road Ste N, C/O Northwest Registered Agent, Service, Inc.<br>Springfield, IL 62704 | CT Corporation System, as Representative | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.84 | Firstbase Agent LLC | 110 Main Street, C/O Northwest Registered Agent LLC<br>Beckley, WV 25801 | CT Corporation System, as Representative | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.85 | Firstbase Agent LLC | 1007 N Orange Street, 4th Floor, Suit 1382<br>Wilmington, DE 19801 | Novel Growth Partners<br>Cali Investments | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.86 | Firstbase Agent LLC (Florida Branch) | 7901 4th Street North Ste 300 St.<br>Saint Petersburg, FL 33702 | CT Corporation System, as Representative | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.87 | Firstbase Inc. | 251 Little Falls Drive, C/O The Company Corporation<br>Wilmington, DE 19808 | CT Corporation System, as Representative | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Firstbase.io, Inc. | Case number (if known) | 24-11647 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.88 | Firstbase Registered Agent Inc. | 1007 N Orange St. 4th Floor STE 1382 Wilmington, DE 19801 | Novel Growth Partners Cali Investments | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.89 | Firstbase Registered Agent, Inc. | 2131 West Republic Road Springfield, MO 65807 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.90 | Firstbase Registered Agent, Inc. | 2201 Menaul Boulevard Northeast Ste A, C/O Northwest, Registered Agent Inc. Albuquerque, NM 87107 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.91 | Firstbase Registered Agent, Inc. | 82 Wendell Avenue, C/O Northwest Registered Agent Service, Inc. Pittsfield, MA 01201 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.92 | Firstbase.io, Inc (Iowa Branch) | 47 Broadway, 2nd Floor, Ste 187 New York, NY 10013 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.93 | Firstbase.io, Inc. | 1209 Orange Street, C/O The Corporation Trust Company Wilmington, DE 19801 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.94 | Firstbase.io, Inc. (California) | 1401 21st Street, Ste R, C/O Registered Agents Inc. Sacramento, CA 95811 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.95 | Firstbase.io, Inc. (Colorado Branch) | 1942 Broadway Ste 314C, C/o Registered Agents Inc. Boulder, CO 80302 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.96 | Firstbase.io, Inc. (Oregon Branch) | 2355 State Street STE 101, C/O Northwest Registered Agent LLC Salem, OR 97301 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |

Debtor   Firstbase.io, Inc.   Case number *(if known)*   24-11647

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.97 | Firstbase.io, Inc. (Texas Branch) | 9337 Katy Freeway Ste B-8006, C/O Firstbase Agent LLC Houston, TX 77079 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.98 | Firstbase.io, Inc. (Utah Branch) | 47 Broadway, 2nd Floor, Ste 187 New York, NY 10013 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.99 | Firstbase.io., Inc. (NY Branch) | 418 Broadway Ste. R, C/O Registered Agents Inc. Albany, NY 12207 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.100 | Staytuned LC | 9337 Katy Freeway Ste B-8006 Houston, TX 77079 | CT Corporation System, as Representative | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Firstbase.io, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>24-11647</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $5,900,000.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $9,169,236.84 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $5,528,490.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor___Firstbase.io, Inc._____    Case number *(if known)*___24-11647_____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | June 28, 2024; July 29, 2024 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.2. | Dilworth Paxson LLP<br>PO Box 825921<br>Philadelphia, PA 19182-5921 | July 2, 2024; August 2, 2024 | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. | Quinn Emanuel Urquhart & Sullivan<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | July 2, 2024 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.4. | Novel Growth Partners Cali Investments<br>6701 W 64th Street, Suite 300<br>Mission, KS 66202 | July 23, 2024; September 5, 2024 | $84,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | CFT Clear Finance Technology Corp.<br>33 Yonge Street, Suite 1302, Toronto,<br>Ontario M5E 0A9, Canada | June 6, 2024-September 22, 2024 | $134,121.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Stenn Assets USA<br>1201 Peachtree St. NE Bldg. 400 STE 300<br>Atlanta, GA 30361-3507 | June 7, 2024; July 11, 2024; August 15, 2024 | $280,343.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Law Office of Christine Hanley<br>2041 A NW 60th Street<br>Seattle, WA 98107 | July 2, 2024; August 1, 2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.8. | Pipe Advance LLC<br>548 Market St. PMB 93796<br>San Francisco, CA 94104-5401 | June 6, 2024-September 6, 2024 | $36,071.40 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | 449 Broadway LLC<br>73 Spring Street, 6th Floor<br>New York, NY 10012 | June 3, 2024; July 2, 2024; August 5, 2024 | $87,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Firstbase.io, Inc. | | | Case number *(if known)* 24-11647 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. Amazon Web Services Inc.<br>410 Terry Ave<br>Seattle, WA 98109 | July 12, 2024 and August 12, 2024 | $9,318.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.11. Open Corporates Ltd.<br>Aston House, Cornwall Avenue, London, N3 1LF, United Kingdom | July 2, 2024 | $55,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Influx Inc.<br>8605 Santa Monica Blvd #63484<br>West Hollywood, CA 90069 | July 25, 2024; July 16, 2024 ; July 3, 2024 | $65,043.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Arc Technologies, Inc.<br>325 9th St<br>San Francisco, CA 94103 | August 15, 2024 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. Zendesk<br>989 Market St.<br>San Francisco, CA 94103 | August 20, 2024 for 10,252.76July 2, 2024 for 10,252.76 | $20,505.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Pearmill Inc,<br>169 Madison Ave #2020<br>New York, NY 10016 | August 2, 2024; August 2, 2024; July 2, 2024 | $44,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. Plaid Inc.<br>1098 Harrison Street<br>San Francisco, CA 94103 | August 7, 2024 ; July 17, 2024 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. PartnerStack Inc.<br>111 Peter St Floor 9, Toronto, ON M5V 2G9, Canada | July 8, 2024 and Aug 8, 2024 | $22,629.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. Hurdlr Inc.<br>5511 Cornish Road<br>Bethesda, MD 20814 | July 8, 2024 for 12,136.00August 6, 2024 for 12,040.00 | $24,176.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Firstbase.io, Inc. | Case number *(if known)* | 24-11647 |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Harbor Compliance Corp. v. Firstbase.io, Inc. 5:23-cv-0802 | Civil | United States District Court Eastern District of Pennsylvania James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. Harbor Business Compliance Corporation v. Firstbase.io, Inc. 157580/2024 | Domestication of the Pennsylvania Judgment | Supreme Court of the State of New York, County of New York 60 Centre St New York, NY 10007 | ☐ Pending ☐ On appeal ☒ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | Firstbase.io, Inc. | Case number *(if known)* | 24-11647 |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | | September 25, 2024 | $41,200.00 |
| | **Email or website address**<br>dkirby@kacllp.com | | | |
| | **Who made the payment, if not debtor?**<br>Filipe Senna | | | |
| 11.2. | Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | | September 25, 2024 | $4,363.08 |
| | **Email or website address**<br>dkirby@kacllp.com | | | |
| | **Who made the payment, if not debtor?**<br>Mark Milastsivy | | | |
| 11.3. | Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | | September 23, 2024 | $5,150.00 |
| | **Email or website address**<br>dkirby@kacllp.com | | | |
| | **Who made the payment, if not debtor?**<br>Filipe Senna | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  Firstbase.io, Inc.                                                    Case number (if known)  24-11647

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Firstbase.io, Inc. | Case number *(if known)* | 24-11647 |
|--------|--------------------|--------------------------|----------|

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|-------------------------------------------|------------------------------|-----------------------------|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|----------------------------|------------------------------------|------------------------------|-----------------------------|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|-------------------------|----------------------------------|---------------------|-----------------|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|------------------------------------|------------------------------|-----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|------------------------------------|------------------------------|-----------------|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | Firstbase.io, Inc. | Case number *(if known)* | 24-11647 |

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. FBRA LLC<br>1023 E Lincolnway<br>Cheyenne, WY 82001 | Affiliate | EIN:   884307161<br><br>From-To   11/17/2022- Current |
| 25.2. Firstbase Agent LLC<br>1007 N Orange Street, 4th<br>Floor, Suite 1382<br>Wilmington, DE 19801 | Affiliate | EIN:   920957874<br><br>From-To   11/7/2022- Current |
| 25.3. Firstbase Registered Agent Inc.<br>1007 N Orange Street, 4th<br>Floor, Suite 1382<br>Wilmington, DE 19801 | Affiliate | EIN:   921421196<br><br>From-To   12/16/2022- Current |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Liberating Wealth, LLC<br>3520 Mac Duff Circle Billings<br>Billings, MT 59101 | 2022- Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Firstbase.io, Inc.                                                       Case number *(if known)*   24-11647

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Mark Milastsivy | 26 Mercer, 3rd Floor New York, NY 10013 | Chief Executive Officer | 93.19% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Filipe Alberto Aranha Senna | 26 Mercer, 3rd Floor New York, NY 10013 | Chief Operating Officer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Rameel Shiekh | 2959 Northern Blvd, Apt 58T Long Island City, NY 11101 | Former COO | 01/10/2022-09/29/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Filipe Alberto Aranha Senna 26 Mercer, 3rd Floor New York, NY 10013 | To be Provided | September 30, 2023- August 15, 2024 | |
| | **Relationship to debtor** COO | | | |
| 30.2. | Mark Milastsivy 26 Mercer, 3rd Floor New York, NY 10013 | To be Provided | September 30, 2023- August 15, 2024 | |
| | **Relationship to debtor** CEO | | | |
| 30.3. | Filipe Senna Business Consulting LTDA Avenida Paulista 771 Andar 15 / Conjunto 15 / Sala 328, S?o Paulo, 01311100, SP, Brazil | 100,000.00 | May 2, 2024 | Loan by Debtor |
| | **Relationship to debtor** Filipe Senna's (COO) consulting business | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

Debtor    Firstbase.io, Inc.                                                                    Case number *(if known)*    24-11647

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 10, 2024

/s/ Mark Milastsivy                                                    Mark Milastsivy
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    Firstbase.io, Inc. _____    Case No.    24-11647 _____
_____    Chapter    11 _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

For legal services, I have agreed to accept ........................................................    $    _____

Prior to the filing of this statement I have received .......................................    $    _____

Balance Due ........................................................................................................    $    _____

☒    **RETAINER**

For legal services, I have agreed to accept and received a retainer of.........................    $    45,563.08

The undersigned shall bill against the retainer at an hourly rate of...............................    $    575.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☐ Debtor    ☒ Other (specify):    Filipe Senna ($41,200.00) and Mark Milastsivy ($4,363.08)

3.    The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
   a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
   b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
   c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
   d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
   e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
   f. To advise the Debtor in connection with any potential sale of the business.
   g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
   h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
   i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtors estate and to promote the best interests of the Debtor and its creditors.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation in an Adversary Proceeding or an Appeal, subject to further agreement with the Debtor.

In re   Firstbase.io, Inc.                                         Case No.   24-11647
_____                              _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 10, 2024 | /s/ Dawn Kirby |
| *Date* | Dawn Kirby |
| | *Signature of Attorney* |
| | Kirby Aisner & Curley LLP |
| | 700 Post Road |
| | Suite 237 |
| | Scarsdale, NY 10583 |
| | (914) 401-9500   Fax: |
| | dkirby@kacllp.com |
| | *Name of law firm* |

---