| Category | Item | Nov 11 | Nov 18 | Nov 25 | Dec 2 | Dec 9 | Dec 16 | Dec 23 | Dec 30 |
|---|---|---|---|---|---|---|---|---|---|
| | **Opening balance** | $ 150,000.00 | $ 134,795.62 | $ 240,545.62 | $ 9,095.62 | $ 44,950.88 | $ 94,956.15 | $ 192,561.41 | $ 21,966.67 |
| **Cash inflow** | **Total** | $ 168,250.00 | $ 168,250.00 | $ 168,250.00 | $ 177,105.26 | $ 177,105.26 | $ 177,105.26 | $ 177,105.26 | $ 177,105.26 |
| **Cash outflow / Cost of Goods Sold** | Filing fees | $ (25,000.00) | (25,000.00) | (25,000.00) | (25,000.00) | (25,000.00) | (25,000.00) | (25,000.00) | (27,500.00) |
| | Mailroom Vendor | | | | $ (40,000.00) | | | | (40,000.00) |
| | Tax filing vendor | | | | $ (15,000.00) | | | | (25,000.00) |
| | **Total** | $ (25,000.00) | (25,000.00) | (25,000.00) | (80,000.00) | (25,000.00) | (25,000.00) | (25,000.00) | (92,500.00) |
| **Cash outflow / Operating Expenses** | Accounting | | | | $ (1,250.00) | | | | |
| | Domain & Hosting | | | $ (5,500.00) | | | | (5,500.00) | |
| | Insurance | | | $ (2,500.00) | | | | (2,500.00) | |
| | Office Rent | | | $ (29,000.00) | | | | | (29,000.00) |
| | Professional Services - Agencies | | | $ (29,000.00) | | | | | (29,000.00) |
| | Escrow for accruing legal fee and expenses subject to court approval | | | | | | | | |
| | *Dilworth Paxson LLP* | | | | | | $ (3,000.00) | | |
| | *Quinn Emanuel Urquhart & Sullivan LLP* | | | | | | $ (9,000.00) | | |
| | *Kirby Aisner & Curley LLP* | | | | | | $ (5,000.00) | | |
| | Clear.co repayment | $ (20,000.00) | | | $ (20,000.00) | | | | |
| | Sales Commissions | $ (28,000.00) | | $ (25,000.00) | | | | (25,000.00) | |
| | Sales Tax Expense | | | | $ (2,500.00) | | | | |
| | Software Subscription | $ (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) |
| | Stripe Fees | $ (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (8,000.00) |
| | Subcontractors and international team | | | $ (160,000.00) | | | | (160,000.00) | |
| | Wages & Salaries | $ (48,000.00) | | $ (58,000.00) | | $ (58,000.00) | | (64,000.00) | |
| | Filipe Senna | | | $ (21,600.00) | | | | (21,600.00) | |
| | Mark Milastsivy | $ (6,600.00) | | $ (6,600.00) | | $ (6,600.00) | | (6,600.00) | |
| | Mark Milastsivy Reimbursement for Business expenses | $ (18,354.38) | | | | | | | |
| | Misc | $ (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) |
| | **Total** | $ (158,454.38) | (37,500.00) | (374,700.00) | (61,250.00) | (102,100.00) | (54,500.00) | (322,700.00) | (96,000.00) |
| | **Ending balance** | $ 134,795.62 | 240,545.62 | 9,095.62 | 44,950.88 | 94,956.15 | 192,561.41 | 21,966.67 | 10,571.94 |

| | | Jan 6 | Jan 13 | Jan 20 | Jan 27 | Feb 3 | Feb 10 | Feb 17 | Feb 24 |
|---|---|---|---|---|---|---|---|---|---|
| | **Opening balance** | $ 10,571.94 | $ 107,649.42 | $ 158,376.91 | $ 262,704.39 | $ 15,831.88 | $ 81,250.74 | $ 140,319.60 | $ 252,988.46 |
| **Cash inflow** | **Total** | $ 186,827.49 | 186,827.49 | 186,827.49 | 186,827.49 | 196,168.86 | 196,168.86 | 196,168.86 | 196,168.86 |
| **Cash outflow** / **Cost of Goods Sold** | Filing fees | $ (27,500.00) | (27,500.00) | (27,500.00) | (27,500.00) | (28,500.00) | (28,500.00) | (28,500.00) | (28,500.00) |
| | Mailroom Vendor | | | | | $ (40,000.00) | | | |
| | Tax filing vendor | | | | $ (25,000.00) | | | | |
| | **Total** | $ (27,500.00) | (27,500.00) | (27,500.00) | (52,500.00) | (68,500.00) | (28,500.00) | (28,500.00) | (28,500.00) |
| **Cash outflow** / **Operating Expenses** | Accounting | $ (1,250.00) | | | | (1,250.00) | | | |
| | Domain & Hosting | | | $ (5,500.00) | | | | $ (5,500.00) | |
| | Insurance | | | $ (2,500.00) | | | | $ (2,500.00) | |
| | Office Rent | | | $ (29,000.00) | | | | $ (29,000.00) | |
| | Professional Services - Agencies | | | $ (29,000.00) | | | | $ (29,000.00) | |
| | Escrow for accruing legal fee and expenses subject to court approval | | | | | | | | |
| | *Dilworth Paxson LLP* | | $ (3,000.00) | | | | $ (3,000.00) | | |
| | *Quinn Emanuel Urquhart & Sullivan LLP* | | $ (9,000.00) | | | | $ (9,000.00) | | |
| | *Kirby Aisner & Curley LLP* | | $ (5,000.00) | | | | $ (5,000.00) | | |
| | Clear.co repayment | $ (20,000.00) | | | $ (20,000.00) | | | | |
| | Sales Commissions | | | | $ (25,000.00) | | | $ (30,000.00) | |
| | Sales Tax Expense | $ (3,000.00) | | | | $ (3,000.00) | | | |
| | Software Subscription | $ (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) | (22,500.00) |
| | Stripe Fees | $ (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) |
| | Subcontractors and international team | | | | $ (160,000.00) | | | $ (160,000.00) | |
| | Wages & Salaries | | $ (64,000.00) | | $ (64,000.00) | | $ (64,000.00) | $ (64,000.00) | |
| | Filipe Senna | | | | $ (21,600.00) | | | $ (21,600.00) | |
| | Mark Milastsivy | | $ (6,600.00) | | $ (6,600.00) | $ (6,600.00) | | $ (6,600.00) | |
| | Mark Milastsivy Reimbursement for Business expenses | | | | | | | | |
| | Misc | $ (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) |
| | **Total** | $ (62,250.00) | (108,600.00) | (55,000.00) | (381,200.00) | (62,250.00) | (108,600.00) | (55,000.00) | (386,200.00) |
| | **Ending balance** | $ 107,649.42 | 158,376.91 | 262,704.39 | 15,831.88 | 81,250.74 | 140,319.60 | 252,988.46 | 34,457.32 |

## AMEX CREDIT CARD — $9,660.40 Category:

| Date | Description | Amount | Category |
|---|---|---|---|
| 09/25/2024 | WEBFLOW.COM  SAN FRANCISCO  CA | 30.49 | Software |
| 09/24/2024 | EVERSIGN* XODO SIGN VIENNA  AT | 39.99 | Software |
| 09/24/2024 | YSI*PREMIER WORKSPACFRISCO TX | 25.63 | Mailroom Operator |
| 09/23/2024 | UPWORK * -736875067 SAN FRANCISCO  CA | 406.88 | Bookkeeper expense |
| 09/22/2024 | AIRCALL* AIRCALL INVNEW YORK CITY  NY | 932.18 | Software |
| 09/22/2024 | CALLENQ ITS  THE WOODLANDS  TX | 1531.15 | Software |
| 09/22/2024 | DBT CLOUD SUBSCRIPTIPHILADELPHIA  PA | 108.88 | Software |
| 09/22/2024 | WEBFLOW.COM  SAN FRANCISCO  CA | 53.35 | Software |
| 09/20/2024 | FIGMA  SAN FRANCISCO  CA | 150 | Software |
| 09/20/2024 | FLOWOUT.CO +38640893977 CO | 3750 | Agency expense |
| 09/20/2024 | SLACK TBYMGBQ6A  SAN FRANCISCO  CA | 363.85 | Software |
| 09/20/2024 | UPWORK * -735537961 SAN FRANCISCO  CA | 2268 | Bookkeeper expense |

## CHASE CREDIT CARD — $3,693.98 Category:

| Date initiated | Posted date | Description | Amount | Category |
|---|---|---|---|---|
| | | | | Software |
| 09/24/2024 | 09/27/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/24/2024 | 09/27/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/24/2024 | 09/27/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/23/2024 | 09/26/2024 | WYOMING SECRE | -103.75 | Filing Fee |
| 09/24/2024 | 09/25/2024 | SUPABASE | -25 | Software |
| 09/24/2024 | 09/25/2024 | CALENDLY | -65.33 | Software |
| 09/24/2024 | 09/25/2024 | VOYANT/PHAXIO | -200 | Software |
| 09/24/2024 | 09/25/2024 | NEXTIVA*VOIP S | -87.4 | Software |
| 09/24/2024 | 09/25/2024 | DOCUPOST.COM | -100 | Software |

## BANK OF AMERICA CHECK

9/25/2024 PAYMENT TO DELAWARE SECRETARY OF STATE

$5,000.00  Filing Fee