| | | | Mar 3 | Mar 10 | Mar 17 | Mar 24 | Mar 31 |
|---|---|---|---|---|---|---|---|
| | | Opening balance | $ 600,000.00 | $ 352,250.00 | $ 466,150.00 | $ 593,650.00 | $ 413,450.00 |
| Cash inflow | | Total | $ 265,000.00 | $ 265,000.00 | $ 265,000.00 | $ 265,000.00 | $ 265,000.00 |
| Cash outflow Cost of Goods Sold | | Filing fees | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) |
| | | Mailroom Vendor | $ (40,000.00) | | | | $ (40,000.00) |
| | | Tax filing vendor | $ (150,000.00) | | | | $ (200,000.00) |
| | | Total | $ (220,000.00) | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) | $ (270,000.00) |
| Cash outflow Operating Expenses | | Accounting | $ (1,250.00) | | | | $ (1,500.00) |
| | | Domain & Hosting | | | | $ (6,500.00) | |
| | | Insurance | | | | $ (2,500.00) | |
| | | Office Rent | $ (16,000.00) | | | | $ (16,000.00) |
| | | Office Rent security deposit (one time - it will actually be paid in the last few days of February) | $ (50,000.00) | | | | |
| | | Professional Services - Agencies | | | | $ (70,000.00) | |
| | | Escrow for accruing legal fee and expenses subject to court approval | | | | | |
| | | *Dilworth Paxson LLP* | | | $ (10,000.00) | | |
| | | *Quinn Emanuel Urquhart & Sullivan LLP* *(budget for adversary proceeding by Harbor unless withdrawn or dismissed. If so, payments to Quinn will stop in the month after)* | | | | $ (25,000.00) | |
| | | *Kirby Aisner & Curley LLP* | | | | $ (20,000.00) | |
| | | Quinn Emanuel Urquhart & Sullivan LLP (Fixed fee appeal budget to be approved by the court) | $ (150,000.00) | | | | |
| | | Clear.co repayment | $ (20,000.00) | | | | |
| | | Sales Commissions | | | | $ (10,000.00) | |
| | | Sales Tax Expense | $ (3,000.00) | | | | $ (3,000.00) |
| | | Marketing advertsing budget | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) |
| | | Software Subscription | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) |
| | | Stripe Fees | $ (9,000.00) | $ (9,000.00) | $ (9,000.00) | $ (9,000.00) | $ (9,000.00) |
| | | International team + Wages and Salaries | | $ (62,000.00) | | $ (254,000.00) | |
| | | Filipe Senna | | | | $ (21,600.00) | |
| | | Mark Milastsivy | | $ (6,600.00) | | $ (6,600.00) | |
| | | US Trustee Quarterly fees | | | | | |
| | | Misc | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) |
| | | Total | $ (292,750.00) | $ (121,100.00) | $ (107,500.00) | $ (415,200.00) | $ (64,500.00) |
| | | Ending balance | $ 352,250.00 | $ 466,150.00 | $ 593,650.00 | $ 413,450.00 | $ 343,950.00 |

| | | Apr 7 | Apr 14 | Apr 21 | Apr 28 |
|---|---|---|---|---|---|
| | **Opening balance** | $ 343,950.00 | $ 523,950.00 | $ 585,350.00 | $ 691,350.00 |
| **Cash inflow** | Total | $ 275,000.00 | $ 275,000.00 | $ 275,000.00 | $ 275,000.00 |
| **Cash outflow** | Filing fees | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) |
| | Mailroom Vendor | | | | $ (45,000.00) |
| **Cost of Goods Sold** | Tax filing vendor | | | | $ (200,000.00) |
| | Total | $ (30,000.00) | $ (30,000.00) | $ (30,000.00) | $ (275,000.00) |
| | Accounting | | | | $ (1,500.00) |
| | Domain & Hosting | | | $ (6,500.00) | |
| | Insurance | | | $ (2,500.00) | |
| | Office Rent | | | | $ (16,000.00) |
| | Office Rent security deposit (one time - it will actually be paid in the last few days of February) | | | | |
| | Professional Services - Agencies | | | $ (70,000.00) | |
| | Escrow for accruing legal fee and expenses subject to court approval | | | | |
| | *Dilworth Paxson LLP* | | $ (10,000.00) | | |
| **Cash outflow** | *Quinn Emanuel Urquhart & Sullivan LLP* (budget for adversary proceeding by Harbor unless withdrawn or dismissed. If so, payments to Quinn will stop in the month after) | | $ (25,000.00) | | |
| **Operating Expenses** | *Kirby Aisner & Curley LLP* | | $ (20,000.00) | | |
| | Quinn Emanuel Urquhart & Sullivan LLP (Fixed fee appeal budget to be approved by the court) | | | | |
| | Clear.co repayment | $ (20,000.00) | | | |
| | Sales Commissions | | | $ (10,000.00) | |
| | Sales Tax Expense | | | | $ (3,000.00) |
| | Marketing advertsing budget | $ (10,000.00) | $ (15,000.00) | $ (15,000.00) | $ (15,000.00) |
| | Software Subscription | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) |
| | Stripe Fees | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) |
| | International team + Wages and Salaries | | $ (72,000.00) | | $ (264,000.00) |
| | Filipe Senna | | | | $ (21,600.00) |
| | Mark Milastsivy | | $ (6,600.00) | | $ (6,600.00) |
| | US Trustee Quarterly fees | $ (30,000.00) | | | |
| | Misc | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) |
| | Total | $ (65,000.00) | $ (183,600.00) | $ (139,000.00) | $ (362,700.00) |
| | **Ending balance** | $ 523,950.00 | $ 585,350.00 | $ 691,350.00 | $ 328,650.00 |

|  |  | May 5 | May 12 | May 19 | May 26 |
|---|---|---:|---:|---:|---:|
|  | **Opening balance** | $ 328,650.00 | $ 351,650.00 | $ 411,050.00 | $ 515,050.00 |
| **Cash inflow** | Total | $ 280,000.00 | $ 280,000.00 | $ 280,000.00 | $ 280,000.00 |
| **Cash outflow** | Filing fees | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) |
|  | Mailroom Vendor |  |  |  | $ (40,000.00) |
| **Cost of Goods Sold** | Tax filing vendor |  |  |  |  |
|  | Total | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) | $ (75,000.00) |
| **Cash outflow** **Operating Expenses** | Accounting |  |  |  | $ (1,500.00) |
|  | Domain & Hosting |  |  | $ (6,500.00) |  |
|  | Insurance |  |  | $ (2,500.00) |  |
|  | Office Rent |  |  |  | $ (16,000.00) |
|  | Office Rent security deposit (one time - it will actually be paid in the last few days of February) |  |  |  |  |
|  | Professional Services - Agencies |  |  | $ (70,000.00) |  |
|  | Escrow for accruing legal fee and expenses subject to court approval |  |  |  |  |
|  | *Dilworth Paxson LLP* |  | $ (10,000.00) |  |  |
|  | *Quinn Emanuel Urquhart & Sullivan LLP (budget for adversary proceeding by Harbor unless withdrawn or dismissed. If so, payments to Quinn will stop in the month after)* |  | $ (25,000.00) |  |  |
|  | *Kirby Aisner & Curley LLP* |  | $ (20,000.00) |  |  |
|  | Quinn Emanuel Urquhart & Sullivan LLP (Fixed fee appeal budget to be approved by the court) | $ (150,000.00) |  |  |  |
|  | Clear.co repayment | $ (20,000.00) |  |  |  |
|  | Sales Commissions |  |  | $ (10,000.00) |  |
|  | Sales Tax Expense |  |  |  | $ (3,000.00) |
|  | Marketing advertsing budget | $ (15,000.00) | $ (15,000.00) | $ (15,000.00) | $ (15,000.00) |
|  | Software Subscription | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) |
|  | Stripe Fees | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) |
|  | International team + Wages and Salaries |  | $ (72,000.00) |  | $ (300,000.00) |
|  | Filipe Senna |  |  |  | $ (21,600.00) |
|  | Mark Milastsivy |  | $ (6,600.00) |  | $ (6,600.00) |
|  | US Trustee Quarterly fees |  |  |  |  |
|  | Misc | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) |
|  | Total | $ (222,000.00) | $ (185,600.00) | $ (141,000.00) | $ (400,700.00) |
|  | **Ending balance** | $ 351,650.00 | $ 411,050.00 | $ 515,050.00 | $ 319,350.00 |

| | | | Jun 2 | Jun 9 | Jun 16 | Jun 23 | Jun 30 |
|---|---|---|---|---|---|---|---|
| | **Opening balance** | | $ 319,350.00 | $ 461,850.00 | $ 492,750.00 | $ 616,250.00 | $ 451,550.00 |
| **Cash inflow** | Total | | $ 300,000.00 | $ 300,000.00 | $ 300,000.00 | $ 300,000.00 | $ 300,000.00 |
| **Cash outflow** | Filing fees | | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) |
| | Mailroom Vendor | | | | | | $ (45,000.00) |
| **Cost of Goods Sold** | Tax filing vendor | | | | | | |
| | Total | | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) | $ (35,000.00) | $ (80,000.00) |
| | Accounting | | | | | | $ (1,500.00) |
| | Domain & Hosting | | | | $ (6,500.00) | | |
| | Insurance | | | | $ (2,500.00) | | |
| | Office Rent | | | | | $ (16,000.00) | |
| | Office Rent security deposit (one time - it will actually be paid in the last few days of February) | | | | | | |
| | Professional Services - Agencies | | | | $ (70,000.00) | | |
| | Escrow for accruing legal fee and expenses subject to court approval | | | | | | |
| | *Dilworth Paxson LLP* | | | $ (10,000.00) | | | |
| **Cash outflow** | *Quinn Emanuel Urquhart & Sullivan LLP (budget for adversary proceeding by Harbor unless withdrawn or dismissed. If so, payments to Quinn will stop in the month after)* | | | $ (25,000.00) | | | |
| | *Kirby Aisner & Curley LLP* | | | $ (20,000.00) | | | |
| **Operating Expenses** | Quinn Emanuel Urquhart & Sullivan LLP (Fixed fee appeal budget to be approved by the court) | | | | | | |
| | Clear.co repayment | | $ (20,000.00) | | | | |
| | Sales Commissions | | $ (40,000.00) | | | | |
| | Sales Tax Expense | | | | | $ (3,000.00) | |
| | Marketing advertsing budget | | $ (15,000.00) | $ (15,000.00) | $ (15,000.00) | $ (15,000.00) | $ (15,000.00) |
| | Software Subscription | | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) | $ (25,000.00) |
| | Stripe Fees | | $ (14,000.00) | $ (14,000.00) | $ (14,000.00) | $ (14,000.00) | $ (14,000.00) |
| | International team + Wages and Salaries | | | $ (110,000.00) | | $ (320,000.00) | |
| | Filipe Senna | | | | | $ (21,600.00) | |
| | Mark Milastsivy | | | $ (6,600.00) | | $ (6,600.00) | |
| | US Trustee Quarterly fees | | | | | | |
| | Misc | | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) |
| | Total | | $ (122,500.00) | $ (234,100.00) | $ (141,500.00) | $ (429,700.00) | $ (64,000.00) |
| | **Ending balance** | | $ 461,850.00 | $ 492,750.00 | $ 616,250.00 | $ 451,550.00 | $ 607,550.00 |