UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

          FIRSTBASE.IO, INC.

                     Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 24-11647 (LGB)

## ORDER FURTHER EXTENDING DEBTOR'S EXCLUSIVE TIME TO CONFIRM A PLAN

**UPON** the timely filed motion, dated December 23, 2024 (the "First Exclusivity Motion") [ECF No. 53], of the above-captioned debtor and debtor-in-possession Firstbase.io, Inc., (the "Debtor"), by its attorneys, Kirby Aisner & Curley LLP, for an order, pursuant to §1121(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") seeking an extension of the exclusive periods (the "Exclusive Periods"); and upon the hearing conducted on the First Exclusivity Motion on January 22, 2025; and pursuant to the order ("First Exclusivity Order") [ECF No. 60] entered on January 22, 2025 extending the Exclusive Periods, setting May 23, 2025 as the deadline for filing a Chapter 11 Plan, and setting July 22, 2025 as the deadline for soliciting acceptances or rejections of such Plan; and upon a second timely motion, dated April 25, 2025 (the "Second Exclusivity Motion") [ECF No. 118], seeking an order further extending the Exclusive Periods which was scheduled to be heard on May 22, 2025; and the parties having agreed to adjourn the hearing on the Second Exclusivity Motion to **May 27, 2025 at 3:30 p.m.** (the "Hearing") and to permit the further extension of the Exclusive Periods until an order granting or denying the Second Exclusivity Motion is entered, and for good and sufficient cause appearing therefor;

**IT HEREBY IS ORDERED**:

    1. The Hearing shall be held on May 27, 2025, at 3:30 p.m. ***via Zoom for Government***. Those requiring active participant access to the Hearing must register appearances in

1

advance on the Court calendar website.

2. Pending the entry of the order granting or denying the Second Exclusivity Motion, the terms of the First Exclusivity Order shall remain in full force and effect except as modified herein.

3. The Bankruptcy Court shall retain jurisdiction with respect to all matters pertaining to this Order.

4. The Debtor shall serve a copy of this Order, by first class mail, upon (a) the United States Trustee; (b) Debtor's five (5) largest secured creditors; (c) twenty (20) largest unsecured creditors and (d) all parties filing notices of appearance, within one (1) day of entry of this Order, which shall be deemed good and sufficient service hereof.

Dated: New York, New York
      May 20, 2025

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE