KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com
Dana Brescia, Esq.
dbrescia@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                                    Chapter 11

FIRSTBASE.IO, INC.                           Case No. 24-11647 (LGB)

                         Debtor.
----------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Donna Fraioli, do hereby affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

On the 20th day of May 2025, Deponent served a copy of an *Order Further Extending Debtor's Exclusive Time to Confirm a Plan together with Procedures for All Hearings Before Judge Beckerman Being Held by Zoom Video* upon the parties on the annexed Service list by attaching a true copy of same and in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service by First Class Mail delivery.

Additionally, all parties received ECF/CM System Notifications in this case received same.

                                                             */s/ Donna Fraioli*
                                                               Donna Fraioli

## SERVICE LIST

| | | |
|---|---|---|
| First Corporate Solutions, as Representative<br>914 S. Street<br>Sacramento, CA 95811 | Attn: Andy Velez-Rivera<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510<br>New York, New York 10004 | Efficient Capital Labs, Inc.<br>205 W. 54th Street, Apt 6E<br>New York, New York 10019 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | CT Corporation System, as Representative<br>330 N Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale, CA 91203 | Novel Growth Partners Cali Investments<br>6701 W 64th Street, Suite 300<br>Mission, KS 66202 |
| Stripe Servicing Inc.<br>199 Water St., Floor 30<br>New York, New York 10038 | Zendesk<br>989 Market Street<br>San Fracisco, CA 94103 | Pearmill Inc.<br>169 Madison Avenue #2020<br>New York, New York 10016 |
| CFT Clear Finance Technology Corp.<br>33 Yonge Street, Suite 1302, Toronto,<br>Ontario M5E 0A9, Canada | Partnerstack, Inc.<br>111 Peter Street, floor 9<br>Toronto, ON M5V 2G9, Canada | Dilworth Paxson LLP<br>PO Box 825921<br>Philadelphia, PA 19182-5921 |
| NYS Dept. of Taxation & Finance<br>Bankruptcy/Special Procedures Section<br>PO Box 5300<br>Albany, New York 12205-0300 | Graphene Ventures III, LP<br>530 Lytton Avenue, 2nd Floor<br>Palo Alto, CA 94301 | Harbor Business Compliance Corp.<br>c/o Royer Cooper Cohen Braunfield, LLP<br>Attn: Marc F. Skapof<br>Matthew Faranda-Diedrich<br>Two Logan Square,<br>100 N. 18th Street, Suite 710<br>Philadelphia, PA 19103 |
| Juris Logic LLC<br>25 NW 23rd Place, Suite 6 PMB 169,<br>Portland, OR 97210 | NYC Dept. of Finance<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY 11201 | Influx Inc.<br>8605 Santa Monica Blvd # 63484<br>West Hollywood, CA 90069 |
| Law Office of Christine Hanley<br>2041 A NW 60th Street<br>Seattle, WA 98107 | Quinn Emanuel Urquhart & Sullivan<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles,90017 | 449 Broadway LLC<br>425 Bway LLC<br>United American Land, LLC<br>c/o Stephanie H. Goodman<br>73 Spring Street, 6th Floor<br>New York, New York 10012 |
| KL Discovery Ontrack LLC<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Stenn Assets USA<br>1201 Peachtree St. NE<br>Bldg. 400 STE 300<br>Atlanta, GA 30361-3507 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | NYC Corporation Counsel<br>Attn: Bankruptcy Dept.<br>100 Church Street, RM 5-240<br>New York, NY 10007 | PIPE Advance LLC<br>548 Market St. PMB 93796<br>San Francisco, CA 94104-5401 |
| Marc E. Hirschfield<br>Royer Cooper Cohen Braunfeld LLC<br>1120 Avenue of the Americas<br>4th Floor<br>New York, NY 10036 | ARC Technologies Inc.<br>325 9th Avenue<br>San Francisco, CA 94103 | Hubspot Inc.<br>2 Canal Park<br>Cambridge, MA 02141 |
| Hurdle Inc.<br>5511 Cornish Road<br>Bethesda, MD 20814 | 449 Broadway LLC<br>Allen G. Kadish, Esq.<br>Archer & Greiner P.C.<br>1211 Avenue of the Americas<br>Suite 2750<br>New York, NY 10036 | 415x Trust<br>340 S Lemon Ave 2415<br>Walnut, CA 91789 |
| 8796041 Canada Inc.<br>DBA Granicus Grp.<br>5369 Boul Saint Laurent<br>Montreal QC Can | Adam Wiggins<br>382 NE 191st #30776<br>Miami, FL 33179 | Alexey Piskunov Kalinovskogo<br>5-4 Minsk<br>Belarus 220090 |
| Allison Sarah Marie Thwaites<br>Lot 4 Hillsview Crescent<br>Irwindale Montego Bay, Jamaica, JMCJS12 | Amazon Web Services, Inc.<br>410 Terry Ave. North,<br>Seattle, WA 98109. | AMINO Capital III, LP<br>2991 Alexis Dr.,<br>Palo Alto, CA 94304 |
| AMINO Capital III, LP<br>346 Emerson Street<br>Palo Alto, CA 94301 | AN Investment Co., Ltd.<br>28, Digital-ro 33-gil, Suite 1113<br>Guro- | Andy Louis- Charles<br>11232 Sorrel Ridge Lane<br>Oakton, VA 22124 |
| Arc Technologies Inc.<br>30 Broad Street, 29th Floor<br>New York, NY 10004 | Arc Technologies, Inc.<br>325 9th St<br>San Francisco, CA 94103 USA | Ashby, Inc.<br>49 Geary Street, Suite 411,<br>San Francisco, California 94108 |
| Augusto Barbosa Rua Piaui,<br>1981, Belo Horizonte<br>Brazil, 30150321 | Benjamin Spiro<br>2020 N Bayshore Dr. Apt 3608<br>Miami, FL 33137 | Benjamin W21 Demo Day Fund<br>PO Box 3217<br>Seattle, WA 98114 |
| BLUEVINE INC.<br>c/o Weinstein & Riley, PS<br>749 Gateway, Suite G-601<br>Abilene, TX 79602 | Bookmate Corporation<br>8 The Grn<br>Dover, DE 19901 | Firstbase.io, Inc.<br>Unit 187, Floor 2, 447 Broadway,<br>New York, NY 10013<br>NEW YORK-NY |