**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------:
In re:                                                          :    Chapter 11
                                                                :
    Firstbase.io, Inc.                       :    Case No. 24-11647-LGB
                                                                :
                         Debtor. :
----------------------------------------------------------------:

**ORDER GRANTING CREDITOR HARBOR BUSINESS COMPLIANCE CORPORATION'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE UNDER SEAL ITS MOTION TO APPOINT AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(C) AND EXHIBITS 3, 5, 9, 10, 11, AND 12 THERETO**

Upon the *Motion of Creditor Harbor Business Compliance Corporation for Entry of an Order Authorizing It to File Under Seal Its Motion to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c), as well as Exhibits 3, 5, 9, 10, 11, and 12 thereto* (the "Motion to Seal") in the above-captioned case seeking entry of an order pursuant to Bankruptcy Code Sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 authorizing Harbor Business Compliance Corporation ("Harbor Compliance") to file under seal its Motion to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c) and Exhibits 3, 5, 9, 10, 11, and 12 thereto [ECF No. 123], as more fully set forth in the Motion to Seal; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion to Seal; and this Court having determined that the legal and factual bases set forth in the Motion to Seal establish cause for the relief sought by the Motion to Seal; and upon all of the proceedings had before this Court; and after due deliberation, it is hereby **ORDERED:**

    1.    The Motion to Seal is **GRANTED**.

2. Harbor Compliance is authorized to file under seal its Motion to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c) and Exhibits 3, 5, 9, 10, 11, and 12 thereto (the "Sealed Materials").

3. The Sealed Materials shall remain confidential and shall not be made available to anyone other than as provided in this Order, further order of the Court, or consent of the Debtor.

4. Harbor Compliance is authorized to cause unsealed, unredacted copies of the Sealed Materials to be served on and made available, on a confidential basis, to (a) the Court, (b) the Debtor, and (c) any other party as may be ordered by the Court.

5. Specifically, Harbor Compliance shall submit unredacted copies of the Sealed Materials to the Clerk of this Court under seal in an envelope, marked to indicate that the same have been filed under seal by order of this Court.

6. This Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the Sealed Materials, or any parts thereof.

7. Harbor Compliance is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

8. To the extent the Sealed Materials do not become unsealed by Order of this Court or upon the consent of Debtor, by the conclusion of this matter, Harbor Compliance shall retrieve or request destruction of the Sealed Materials from the Court.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to implementation, interpretation, and enforcement of this Order.

Dated: May 21, 2025          */s/ Lisa G. Beckerman*
       New York, New York    THE HONORABLE LISA G. BECKERMAN
                             UNITED STATES BANKRUPTCY JUDGE