**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER DENYING FURTHER EXTENDING DEBTOR'S
### EXCLUSIVE PERIODS PURSUANT TO 11 U.S.C. § 1121(d)(1)

UPON consideration of the timely motion (the "Motion"), dated April 25, 2025, of Firstbase.io, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor") in the above-captioned case, seeking to extend the Debtor's exclusive periods pursuant to 11 U.S.C. § 1121(d)(1) [ECF No. 118]; and Harbor Business Compliance Corporation's ("Harbor Compliance") objection (the "Objection") to the Motion, dated May 15, 2025 [ECF No. 126]; and Debtor's reply (the "Reply") to the Objection [ECF No. 137]; and after hearing oral argument by Debtor and Harbor Compliance at the hearing held by the Court on May 27, 2025 to consider the Motion, Objection, and Reply; and it appearing that the Debtor failed to established cause for the relief requested in the Motion extending the exclusive periods; and upon all of the proceedings had before this Court; and after due deliberation, it is hereby:

**ORDERED** that the Motion is DENIED in its entirety; and it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**DATED: New York, New York**
       **May 29, 2025**

*/s/ Lisa G. Beckerman*
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**