UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

FIRSTBASE.IO, INC.

                      Debtor.

Chapter 11

Case No. 24-11647 (LGB)

------------------------------------------------------------X

## MEDIATION REFERRAL ORDER

**UPON,** the notice of presentment and motion dated May 28, 2025 (the "Motion") [ECF Nos. 139, 140] of FIRSTBASE.IO, INC. (the "Debtor"), by its attorneys, Kirby Aisner & Curley LLP, for an order pursuant to this Court's Mediation Procedures, (i) authorizing the Debtor to enter into and approving a mediation agreement dated May 12, 2025 (the "Mediation Agreement") among the Debtor, Harbor Business Compliance Corp. ("Harbor Compliance") and Paul Rubin (the "Mediator"); and due deliberation having been had thereon; and the Court having determined that due notice having been given, and all objections, if any, having either been resolved, withdrawn and/or overruled; and good and sufficient cause appearing to grant the relief requested in the Motion, it is hereby

**ORDERED**, that the Debtor is authorized to enter into the Mediation Agreement which is hereby approved; and it is further

**ORDERED,** that this Court may retain jurisdiction with respect to the implementation of the terms of this Order.

Dated: New York, New York
         June 10, 2025

                                        */s/ Lisa G. Beckerman*
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE