**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone:(212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, Suite 4700**
**Philadelphia, PA 19103**
**Telephone: (215) 839-1000**
**Email: mfd@rccblaw.com**
**\*Admitted *Pro Hac Vice***
*Counsel to Creditor, Harbor Business Compliance Corporation*

Hearing Date: *July 24, 2025*
Hearing Time: *10:00 a.m. (EST)*
*Via Zoom for Government*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | Chapter 11 |
| Firstbase.io, Inc. : | Case No. 24-11647(LGB) |
| Debtor. : | |

**NOTICE OF STATUS CONFERENCE ON HARBOR COMPLIANCE'S INTENT TO FILE A MOTION SEEKING APPROVAL OF ITS COMBINED DISCLOSURE STATEMENT AND PROPOSED PLAN**

**PLEASE TAKE NOTICE**, that upon the Letter dated July 18, 2025 of Harbor Business Compliance Corporation ("Harbor Compliance") Requesting a Conference on Harbor Compliance's Intention to File a Motion Seeking Approval of its Combined Disclosure Statement and Proposed Plan (ECF No. 170), and the Parties have agreed to attend a conference to be held on ***July 24, 2025 at 10:00 a.m. (EST)*** before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, ***VIA ZOOM for Government***, in accordance with the Procedures for All Hearings Before Judge

Beckerman Held by Zoom Video (which can be located on the Court's website at www.nysb.uscourts.gov), to consider the relief requested in the Letter, together with other and further relief as is just, proper, and equitable under the circumstances.

    Respectfully submitted,

    **ROYER COOPER COHEN BRAUNFELD LLC**

Date: July 18, 2025    By: */s/ Marc Skapof*
    Marc Hirschfield, Esquire
    1120 Avenue of the Americas, 4th Floor
    New York, New York 10036-6700
    T: (212) 994-0452; F: (484) 362-2630
    E: mhirschfield@rccblaw.com
    Marc Skapof, Esquire
    T: (212) 994-0452; F: (484) 362-2630
    Email: mskapof@rccblaw.com

    Matthew Faranda-Diedrich, Esquire*
    Three Logan Square
    1717 Arch Street, 47th Floor
    Philadelphia, PA 19103
    T: (215) 839-1000; F: (484) 362-2630
    Email: mfd@rccblaw.com
    Admitted *Pro Hac Vice*

    *Attorneys for Plaintiff, Harbor Business Compliance Corporation*

**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone:(212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire\***
**Three Logan Square**
**1717 Arch Street, Suite 4700**
**Philadelphia, PA 19103**
**Telephone: (215) 839-1000**
**Email: mfd@rccblaw.com**
**\*Admitted** *Pro Hac Vice*
*Counsel to Creditor, Harbor Business Compliance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

I, Marc Skapof, do here by affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and a partner at the law firm of Royer Cooper Cohen Braunfeld LLC, 1120 Avenue of the Americas, 4th Floor, New York, New York 10036.

On this date, I caused to be served a true and correct copy of the foregoing Notice of Hearing as follows:

*Via ECF*

Kirby Aisner & Curley LLP
Attn: Dawn Kirby, Esq.
700 Post Road, Suite 237

Scarsdale, New York 10583

Quinn Emanuel Urquhart & Sullivan, LLP
Derek L. Shaffer
1300 I St. NW, Ste. 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Eric Winston
865 South Figueroa St., 10th Fl.
Los Angeles, CA 90014
ericwinston@quinnemanuel.com
Joseph H. Margolies
191 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
josephmargolies@quinnemanuel.com

U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

| | |
|---|---|
| Date: July 18, 2025 | */s/ Marc Skapof*<br>Marc Skapof, Esquire |