# **EXHIBIT 9**

| | |
|---|---|
| **From:** | Marc Skapof |
| **Sent:** | Tuesday, July 29, 2025 4:26 PM |
| **To:** | Dawn Kirby; Dana Brescia |
| **Cc:** | Matthew Faranda-Diedrich; Marc Hirschfield; Frank H. Toub; Hope Steidle Kildea; Danielle Emmel |
| **Subject:** | Foreign creditor and interest holder email addresses |

Dawn & Dana, we are in the process of compiling the service list for the Harbor Compliance Disclosure Statement and Plan. Under Rule 2002(p)(1), foreign creditors and interest holders may be served by email and we intend to seek that relief from the court. In pertinent part, the rule provides: "At the request of the United States trustee or a party in interest, or on its own, the court may find that a notice mailed to a creditor with a foreign address within the time these rules prescribe would not give the creditor reasonable notice. The court may then order that the notice be supplemented with notice by other means or that the time prescribed for the notice by mail be extended." To keep things efficient, we would kindly ask that you please provide us with email addresses for **only foreign creditors and interest holders**. Thank you.
Marc


**Marc Skapof |** Partner
MSkapof@rccblaw.com
**O:** 212-994-0452   **|   M:** 773-240-1568



1120 Avenue of the Americas, 4th Floor
New York, NY 10036
www.rccblaw.com

Philadelphia **|** Conshohocken **|** New York City **|** Nashville

RCCB Updates: Click here to sign up for our mailing list or email contact@rccblaw.com.

_____

This electronic message and all attachments contain information sent by a law firm and may be confidential or protected by privilege. The information is intended to be for the sole use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message and then delete it from your system. Thank you.