UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647 (LGB) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER DIRECTING DEBTOR TO COMPLY WITH
HARBOR BUSINESS COMPLIANCE CORPORATION'S
EXAMINATION OF DEBTOR PURSUANT TO F.R.B.P. 2004**

**UPON** Consideration of (i) the timely motion, dated August 8, 2025, (the "Motion") of Harbor Business Compliance Corporation ("Harbor Compliance"), in the Chapter 11 case of the above-captioned debtor and debtor-in-possession ("Debtor"), for an order pursuant to Federal Rule of Bankruptcy Procedure Rule 2004 for the examination by production of documents by Debtor as outlined in the Motion [ECF No. 175], and (ii) Debtor's Response in Opposition thereto [ECF No. 181]; and after oral argument and due deliberation thereof; and it appearing that Harbor Compliance has established sufficient cause for the requested examination, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that Debtor shall submit to examination by production of a complete download of all of the Debtor's financial records that are produced by its bookkeeping system identified as XERO general ledger in (.txt) format (the "XERO File") by no later than **5:00 p.m.** on **August 15, 2025**; and it is further

**ORDERED** that disclosure of the XERO File shall be limited to the following individuals at the following firms (collectively the "Harbor Compliance Representatives"):

Harbor Compliance:  Robby Castle, Mike Montali, Megan Danz and Alexandra Plantive;

21924899v1

<u>Royer Cooper Cohen Braunfeld</u>: Marc Skapof, Matthew Faranda-Diedrich, Frank H. Toub, Marc Hirschfeld, Hope Steidle Kildea and Danielle Emmel;

<u>Alvarez & Marsal</u>:  Adam Crane, Daniel Han, Steve McMahon, Chris Merkt and Kaitlin Chen;

<u>Glass Ratner</u>: David Greenblatt, Wayne Weitz and Jasdev Singh;

And it is further **ORDERED** that XERO File may be used by the Harbor Compliance Representatives solely for the purpose of formulating and confirming its plan of reorganization for the Debtor (the "<u>Harbor Compliance Plan</u>") [ECF No. 180] and related disclosure statement (the "<u>Disclosure Statement</u>") [ECF No. 179], including but not limited to, the creation of financial projections, feasibility analyses, forecasts, and any other analyses or estimations necessary to satisfy the standards for approval of the Disclosure Statement and confirmation of the Harbor Compliance Plan; and it is further

**ORDERED** that the Harbor Compliance Representatives shall protect the confidentiality of the XERO File and are prohibited from sharing the XERO File or any part of the contents thereof with any individual, entity or representative not identified as a Harbor Compliance Representative herein; and it is further

**ORDERED** that in the event Harbor Compliance believes any individual(s) not identified as one of the Harbor Compliance Representatives herein requires access to the XERO File, Harbor Compliance shall seek authorization from this Court prior to disclosing any information to such individual(s), on notice to the Debtor; and it is further

**ORDERED** that Harbor Compliance's request for an order compelling the Debtor to produce a list of all known email addresses for creditors with a foreign mailing address is **DENIED** without prejudice to Harbor Compliance's right to raise this request upon approval of the Disclosure Statement; and it is further

**ORDERED** that the Parties are authorized to take all actions necessary or appropriate to carry out this Order; and it is further

**ORDERED** that nothing contained herein shall limit the right of Harbor Compliance to seek further examination of the Debtor; and it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      August 15, 2025

                                        */s/ Lisa G. Beckerman*
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE