# **EXHIBIT F**

# Firstbase.io, Inc.

**US Bankruptcy Court: Southern District of New York**
Case # 24-11647 (Petition Date: September 25, 2024)
*Liquidation Analysis - Scenario Summary*

|  | Scenario A | Scenario B |
|---|---:|---:|
| **$ Available for GUCs** | $ 689 | $ 60 |
| **Distribution % to GUCs (excl Harbor)** | 17% | 1% |
| **Distribution % to GUCs (incl Harbor)** | 3% | 0% |

**Notes:**

Scenario A reflects Professional Fees through the estimated Effective Date of Nov 1, 2025 based on the Debtor's filed Cash Collateral Budgets and approved 1st Fee Application amounts. The fees are also net of any professional fee escrow balances.

Scenario B reflects Professional Fees based on the Debtor's Objection to Harbor's Disclosure Statement [DE 190] and approved 1st Fee Application amounts. The Debtor indicates that incurred but not yet approved professional fees are approximately $870,000 through August 2025. For September and October 2025, the fees were estimated based off of the Debtor's Cash Collateral budgeted amounts. The fees are also net of any professional fee escrow balances.

# Firstbase.io, Inc.

**US Bankruptcy Court: Southern District of New York**
Case # 24-11647 (Petition Date: September 25, 2024)
*Liquidation Analysis - Plan vs Liquidation*
As of 6/30/25 MOR
*Assumes November 1, 2025 Effective Date*
*Scenario A - Professional Fees at CC Budget Levels*

| PLAN CONTRIBUTIONS PER HARBOR PLAN | | AMOUNT | |
|---|---|---|---|
| *$000's* | | | |
| (i) | HBC Claim converted to equity (non cash) | $ - | |
| (ii) | Potential Harbor Cash Contribution | 300 | |
| (iii) | Debtor Cash Contribution (Nov 1, 2025) | 950 | |
| (iv) | Potential Chapter 5 causes of action | 500 | to be received at later date |
| (v) | Additional contributions | - | |
| | | $ 1,750 | |

| | Plan | Liquidation[1] | Notes |
|---|---|---|---|
| **Distributable Funds** | $ 1,750 | $ 1,667 | |
| Less: | | | |
| Chapter 7 Trustee Fees | - | (50) | |
| Chapter 7 Attorney and Financial Professional Fees | - | (100) | |
| Shut-down costs | - | (50) | |
| Chapter 11 Residual Administrative Costs | (30) | (30) | *Post Petition AP* |
| Chapter 11 Admin Expenses - 425 Broadway Lease | - | (294) | *Paid in ordinary course under Plan* |
| Chapter 11 Residual Professional Fees | (882) | (882) | *Unpaid amount after application of Pro. Fee Escrow* |
| UST Fees | (15) | (15) | |
| Secured claims | - | - | |
| Priority claims | (4) | (4) | |
| **Total Reductions:** | (931) | (1,425) | |
| **Funds Available for Unsecured Creditors:** | $ 819 | $ 242 | |

*1) See following for Liquidation Distributable Funds calculation*

| | | Notes |
|---|---|---|
| **Potential Funds to Post-Confirmation Trust:** | $ 819 | |
| **Post Confirmation Trust Expenses:** | $ (100) | *Estimate* |
| **GUC Convenience Class Distribution** | $ (30) | *Per Harbor Plan* |
| **Potential Funds for GUCs Distribution:** | $ 689 | |
| **All Allowed Claims (excluding Harbor):** | 4,069 | |
| **Distribution %** | 17% | |
| **All Allowed Claims (including Harbor):** | 24,233 | |
| **Distribution %** | 3% | |

# Firstbase.io, Inc.

**US Bankruptcy Court: Southern District of New York**
Case # 24-11647 (Petition Date: September 25, 2024)
*Liquidation Analysis - Plan vs Liquidation*
As of 6/30/25 MOR
*Assumes November 1, 2025 Effective Date*

**Scenario B - Professional Fees from Debtor's Objection to Harbor DS [DE 190] (thru Aug 2025)**

| PLAN CONTRIBUTIONS PER HARBOR PLAN | | AMOUNT | |
|---|---|---|---|
| *$000's* | | | |
| (i) | HBC Claim converted to equity (non cash) | $   - | |
| (ii) | Potential Harbor Cash Contribution | 300 | |
| (iii) | Debtor Cash Contribution (Nov 1, 2025) | 950 | |
| (iv) | Potential Chapter 5 causes of action | 500 | *to be received at later date* |
| (v) | Additional contributions | - | |
| | | **$ 1,750** | |

| | Plan | Liquidation[1] | Notes |
|---|---|---|---|
| **Distributable Funds** | $ 1,750 | $ 1,667 | |
| Less: | | | |
| Chapter 7 Trustee Fees | - | (50) | |
| Chapter 7 Attorney and Financial Professional Fees | - | (100) | |
| Shut-down costs | - | (50) | |
| Chapter 11 Residual Administrative Costs | (30) | (30) | *Post Petition AP* |
| Chapter 11 Admin Expenses - 425 Broadway Lease | - | (294) | *Paid in ordinary course under Plan* |
| Chapter 11 Residual Professional Fees | (1,506) | (1,506) | *Unpaid amount after application of Pro. Fee Escrow* |
| UST Fees | (20) | (20) | |
| Secured claims | - | - | |
| Priority claims | (4) | (4) | |
| **Total Reductions:** | (1,560) | (2,054) | |
| **Funds Available for Unsecured Creditors:** | $ 190 | $ (387) | |

1) See following for Liquidation Distributable Funds calculation

| | | Notes |
|---|---|---|
| **Potential Funds to Post-Confirmation Trust:** | $ 190 | |
| **Post Confirmation Trust Expenses:** | $ (100) | *Estimate* |
| **GUC Convenience Class Distribution** | $ (30) | *Per Harbor Plan* |
| **Potential Funds for GUCs Distribution:** | $ 60 | |
| **All Allowed Claims (excluding Harbor):** | 4,069 | |
| **Distribution %** | 1% | |
| **All Allowed Claims (including Harbor):** | 24,233 | |
| **Distribution %** | 0% | |

## Firstbase.io, Inc.

**US Bankruptcy Court Southern District of New York**
*Case # 24-11647 (Petition Date: September 25, 2024)*
Liquidation Analysis
As of: 6/30/25 MOR & Petition Date
*Assumes November 1, 2025 Effective Date*

| DEBTOR ASSETS | DEBTOR VALUE | fn | Adjustments | LIQUIDATION VALUE |
|---|---:|:---:|---:|---:|
| **Current Assets** | | | | |
| Cash and Cash Equivalents (7/31/25) | $ 895,837 | 1 | $ - | 895,837 |
| 425 Broadway Security Deposit | 50,000 | 2 | (50,000) | - |
| Accounts Receivable (7/31/25) | 346,361 | 3 | (346,361) | - |
| Loan to Felipe Senna Business Consulting | 100,000 | 4 | (100,000) | - |
| Escrow Account (Professional Fee) | 271,000 | | | 271,000 |
| Other Assets | 29,991 | 5 | (29,991) | - |
| **Total Current Assets** | $ 1,693,189 | | $ (526,352) | $ 1,166,837 |
| | | | | |
| **Property and Equipment** | | | | |
| Real Estate Lease - 425 Broadway | Unknown | 6 | Unknown | Unknown |
| **Total Property and Equipment** | $ - | | $ - | $ - |
| | | | | |
| **Intellectual Property** | | | | |
| Trademarks | Unknown | 7 | Unknown | $ - |
| Domain names & websites | Unknown | 7 | Unknown | $ - |
| Various Software | Unknown | 7 | Unknown | $ - |
| **Total Intellectual Property** | $ - | | $ - | $ - |
| | | | | |
| **Other Assets** | | | | |
| 100% Ownership in following: | | | | |
|   FBRA LLC | $ - | 7 | $ - | $ - |
|   Firstbase Agent LLC | $ - | 7 | $ - | $ - |
|   Firstbase Registered Agent Inc. | $ - | 7 | $ - | $ - |
| Causes of Action/Chapter 5 Claims | - | 8 | 500,000 | 500,000 |
| **Total Other Assets** | $ - | | $ 500,000 | $ 500,000 |
| | | | | |
| **Total Assets from Debtor** | $ 1,693,189 | | $ (26,352) | $ 1,666,837 |

**Notes**

1. 6/30/25 Balances from most recent filed MOR
2. Security deposit amount as of Petition Date
3. Presumes 100% uncollectable for amounts over 90 days (as reflected on April MOR)
4. Presumes 100% discount on loan
5. Other assets presumed to have no value
6. Unknown value
7. Unknown value
8. Potential causes of action include adversary against Debtor management and potential other Chapter 5 claims

# Firstbase.io, Inc.

**US Bankruptcy Court Southern District of New York**
*Case # 24-11647 (Petition Date: September 25, 2024)*
Liquidation Analysis
As of: 6/30/25 MOR & Petition Date
*Assumes November 1, 2025 Effective Date*

| LIQUIDATION VALUE OF ASSETS | fn | $ | 1,666,837 |
|---|---|---|---|
| **LESS:** | | | |
| Chapter 7 Trustee Fees | 1 | | (50,005) |
| Chapter 7 Attorney and Financial Professional Fees | 2 | | (100,000) |
| Shut-down costs | | | (50,000) |
| Chapter 11 Post-Petition AP | 3 | | (30,000) |
| Chapter 11 Admin Expenses - 425 Broadway Lease | 4 | | (293,760) |
| Chapter 11 Residual Professional Fees | 5 | | (882,000) |
| United States Trustee Fees | 5 | | (15,000) |
| Secured claims | 6 | | - |
| Priority claims | 7 | | (4,215) |
| **Total Admin & Priority Claims** | | $ | **(1,424,981)** |
| **Estimated Net Assets Available for Distribution to Unsecured Creditors** | | $ | **241,856** |

|  | CLAIM | RECOVERY |
|---|---|---|
| **Unsecured Creditor Claims** | | |
| Prepetition GUC Claims | 24,232,700 | 241,856 |
| **Total** | $ 24,232,700 | $ 241,856 |
| | | |
| ***Distribution %*** | | **1.00%** |

**Notes**

1. Assumes 3% of available assets
2. Estimated amount
3. Post-Petition AP as reported on July 2025 MOR
4. Lease entered into March 1, 2025 for 2 years @ $16k per month - 18 months remaining with 3% increase for second year
5. Professional Fees through the estimated Effective Date of Nov 1, 2025 are based on the Debtor's filed Cash Collateral Budgets and approved 1st Fee Application amounts. The fees are also net of any professional fee escrow balances.
6. CFT Clear secured claim of $230k will have been paid in full by fall of 2025. Novel secured claim to be reclassed
7. Per schedules and filed claims