UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 11

    FIRSTBASE.IO, INC.,                                    Case No.: 24-11647 (LGB)

                            Debtor.
------------------------------------------------------------X

## MEDIATOR'S REPORT

The undersigned was appointed to serve as the mediator of disputes between Firstbase.IO, Inc. (the "Debtor") and Harbor Business Compliance Corp. ("Harbor") pursuant to a Mediation Agreement dated May 12, 2025 between the parties and the Mediation Referral Order entered by the Court on June 10, 2025 [ECF No. 149]. The mediation session was held in person at the offices of Quinn, Emanual Urquhart & Sullivan, LLP, 295 First Avenue, New York, New York on June 12, 2025. Mark Milastsivy attended on behalf of the Debtor and was represented by Dawn Kirby, Dana Brescia and Derek Shaffer. Harbor was represented by Mathew P. Faranda-Diedrich and Marc Skapof. The mediation was continued thereafter via telephone and email communications. The parties were unable to reach a mutually satisfactory resolution of the disputes at issue. The mediator has concluded that there would be no further point to continuing the mediation and the mediation has been concluded.

[Remainder of Page Intentionally Left Blank]

Dated: New York, New York
September 25, 2025

        Respectfully submitted,

        PAUL RUBIN, Mediator

        */s/ Paul Rubin*

        Paul Rubin
        c/o Rubin LLC
        11 Broadway, Suite 715
        New York, New York 10004
        Telephone: (212) 390-8054
        Email: prubin@rubinlawllc.com