**ROYER COOPER COHEN BRAUNFELD LLC**  
**Marc Hirschfield, Esquire**  
**1120 Avenue of the Americas, 4th Floor**  
**New York, New York 10036-6700**  
**Telephone: (212) 994-0451**  
**Email: mhirschfield@rccblaw.com**  
**Marc Skapof, Esquire**  
**Telephone: (212) 994-0452**  
**Email: mskapof@rccblaw.com**  
**Matthew Faranda-Diedrich, Esquire***  
**Three Logan Square**  
**1717 Arch Street, Suite 4700**  
**Philadelphia, PA 19103**  
**Telephone: (215) 839-1000**  
**Email: mfd@rccblaw.com**  
*****Admitted *Pro Hac Vice****  
***Counsel to Creditor, Harbor Business Compliance Corporation***

*Hearing Date: October 3, 2025*  
*Hearing Time: 10:00 a.m. (EST)*  
*Via Zoom for Government*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF HEARING ON HARBOR BUSINESS COMPLIANCE**  
**CORPORATION'S EMERGENCY *EX PARTE***  
**MOTION FOR A FOURTH RULE 2004 ORDER (ECF No. 200)**

**PLEASE TAKE NOTICE**, that upon the Emergency *Ex Parte* Application dated September 25, 2025 of Harbor Business Compliance Corporation ("**Harbor Compliance**") for Entry of a Rule 2004 Order, the Parties have agreed to attend a hearing to be held on ***October 3, 2025 at 10:00 a.m. (EST)*** before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, ***VIA ZOOM for Government***, in accordance with the Procedures for All Hearings Before Judge Beckerman Held by Zoom Video (which can be located on the Court's website at www.nysb.uscourts.gov), to

consider the relief requested in the Application and pending Objection, together with other and further relief as is just, proper, and equitable under the circumstances.

                                       Respectfully submitted,

                                       **ROYER COOPER COHEN BRAUNFELD LLC**

Date: September 30, 2025               By: */s/ Marc Skapof*
                                       Marc Hirschfield, Esquire
                                       1120 Avenue of the Americas, 4th Floor
                                       New York, New York 10036-6700
                                       T: (212) 994-0452; F: (484) 362-2630
                                       E:  mhirschfield@rccblaw.com
                                       Marc Skapof, Esquire
                                       T: (212) 994-0452; F: (484) 362-2630
                                       Email: mskapof@rccblaw.com

                                       Matthew Faranda-Diedrich, Esquire*
                                       Three Logan Square
                                       1717 Arch Street, 47th Floor
                                       Philadelphia, PA 19103
                                       T: (215) 839-1000; F: (484) 362-2630
                                       Email: mfd@rccblaw.com
                                       *Admitted *Pro Hac Vice*

                                       *Attorneys for Creditor, Harbor Business*
                                       *Compliance Corporation*

**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone: (212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire\***
**Three Logan Square**
**1717 Arch Street, Suite 4700**
**Philadelphia, PA 19103**
**Telephone: (215) 839-1000**
**Email: mfd@rccblaw.com**
**\*Admitted** *Pro Hac Vice*
*Counsel to Creditor, Harbor Business Compliance*
*Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Marc Skapof, do here by affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and a partner at the law firm of Royer Cooper Cohen Braunfeld LLC, 1120 Avenue of the Americas, 4th Floor, New York, New York 10036.

On this date, I caused to be served a true and correct copy of the foregoing Notice of Hearing as follows:

*Via ECF*

Kirby Aisner & Curley LLP
Attn: Dawn Kirby, Esq.
700 Post Road, Suite 237

Scarsdale, New York 10583

U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

| | |
|---|---|
| Date: September 30, 2025 | */s/ Marc Skapof*<br>Marc Skapof, Esquire |

2