# **EXHIBIT B-3**

| Company | Directors / Managers | Officers |
|---|---|---|
| FIRSTBASE.IO, INC.[1] | Megan Danz<br>Vincent Michael Montali | Megan Danz - President<br>Vincent Michael Montali - Secretary |

---

[1] The individuals identified as the Directors/Managers and Officers of the Reorganized Debtor also serve as the Directors/Managers and Officers for Harbor Business Compliance Corporation and its other affiliates.