# EXHIBIT C

# New Firstbase (Reorganized Debtor)
## Effective Date Balance Sheet - Pro Forma (Cash basis)

| Effective Date | November 1, 2025 |
|---|---|

| Balance Sheet (Cash Basis) | | 11/1/2025 |
|---|---|---|
| **Assets** | | |
| Cash | $ | 500,000 |
| Other Assets | | - |
| **Total Assets** | | **500,000** |
| | | |
| **Liabilities** | | |
| Current Liabilities | | - |
| Non-Current Liabilities | | - |
| **Total Liabilities** | | **-** |
| | | |
| **New Firstbase Equity** | | |
| New Equity Capitalization Contribution | | 500,000 |
| Retained Earnings | | - |
| **Total New Firstbase Equity** | [1] | **500,000** |
| **Total Liabilities and Equity** | $ | **500,000** |

**Notes:**

- Reorganized entity ("New Firstbase") balance sheet, as of effective date, is shown on a **Cash Basis,** is unaudited and not in accordance with GAAP

[1] As per Disclosure Statement and Plan documents, the actual value of reorganized entity equity interests is speculative. There is not anticipated to be any market for the reorganized entity's equity interests

DISCLAIMER: The Effective Date Balance Sheet was prepared on a cash basis and is unaudited, not in compliance with US GAAP. The amounts are based on publicly available documents filed with the bankruptcy court by Firstbase.io, Inc ("Firstbase"), Harbor Business Compliance Corp.("Harbor") as part of this chapter 11 case and discussions with the management of Harbor. GlassRatner Advisory & Capital Group, LLC ("GlassRatner") has not independently verified the information or the underlying assumptions, all of which are subject to material change. Accordingly, GlassRatner assumes no responsibility for the contents or accuracy of the amounts