# EXHIBIT D

**Firstbase.io, Inc.**

*United States Bankruptcy Court - SOUTHERN DISTRICT OF NEW YORK*
*Case # 24-11647 (Petition Date: September 25, 2024)*
*Schedule of Assumed Executory Contracts and Unexpired Leases[1]*

| Contract Party Name | Sch. G Ref # | Contract Type | Schedule F Amount ($) | Filed Claim Amount ($) | Claim # | Contract Cure Amount ($) |
|---|---|---|---|---|---|---|
| Google LLC | | | $ 287,503.65 | $ 290,905.95 | 19 | 287,503.65 |

[1] Harbor Compliance is still considering assuming certain executory contracts and the objection deadline for any contracting-counterparty not listed herein is tolled.