# EXHIBIT F

**Firstbase.io, Inc.**

**US Bankruptcy Court Southern District of New York**
**Case # 24-11647 (Petition Date: September 25, 2024)**
Operating Projections for Feasibility Analysis

| | Notes | Jul-25 Actuals | Aug-25 Forecast | Sep-25 Forecast | Oct-25 Forecast | Effective Date November 1, 2025 Forecast | Reorganized Entity - NewCo Nov 2, 2025 to Nov 30, 2025 Forecast | Dec-25 Forecast | Jan-26 Forecast |
|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | |
| Operating Receipts | [1] | 990,003 | 971,810 | 971,810 | 971,810 | - | 962,698 | 962,698 | 962,698 |
| Initial capital contribution from Harbor Compliance to NewCo | [2] | | | | | | 500,000 | - | - |
| **Total Receipts** | | 990,003 | 971,810 | 971,810 | 971,810 | - | 1,462,698 | 962,698 | 962,698 |
| | | | | | | | | | |
| **Disbursements** | | | | | | | | | |
| Filing, Mailroom and Agent fees | | 174,257 | 236,551 | 236,551 | 236,551 | - | 234,308 | 234,308 | 234,308 |
| Tax filing vendor | | 45,000 | 50,000 | 50,000 | 50,000 | - | 50,000 | 50,000 | 50,000 |
| Accounting | [3] | 1,000 | 1,500 | 1,500 | 1,500 | - | 1,500 | 1,500 | 1,500 |
| IT - Software, Subscriptions, Hardware | | 96,702 | 85,000 | 85,000 | 85,000 | - | 85,000 | 85,000 | 86,000 |
| Insurance | | 524 | 2,500 | 2,500 | 2,500 | - | 2,500 | 2,500 | 2,500 |
| Marketing & Advertising | [4] | 117,878 | 20,000 | 20,000 | 20,000 | - | 20,000 | 20,000 | 30,000 |
| Office expenses | | - | 2,000 | 2,000 | 2,000 | - | 2,000 | 2,000 | 2,000 |
| Wages & Salaries | [5] | 320,005 | 306,532 | 306,532 | 306,532 | - | 290,400 | 290,400 | 290,400 |
| Sales commissions | | 1,493 | 6,000 | 6,000 | 6,000 | - | 6,000 | 6,000 | 6,000 |
| Utilities | | - | 2,500 | 2,500 | 2,500 | - | 2,500 | 2,500 | 2,500 |
| Office rent | | 16,000 | 16,000 | 16,000 | 16,000 | - | 16,000 | 16,000 | 16,000 |
| Professional services - Agencies | | 29,969 | 50,000 | 50,000 | 50,000 | - | 50,000 | 50,000 | 50,000 |
| Sales tax expense | | 1,570 | 4,000 | 4,000 | 4,000 | - | 4,000 | 4,000 | 4,000 |
| Stripe fees | | 45,321 | 43,731 | 43,731 | 43,731 | - | 43,321 | 43,321 | 43,321 |
| Bank Fees | | - | | | | - | 1,000 | 1,000 | 1,000 |
| Others (refunds etc.) | | 24,851 | 25,000 | 25,000 | 25,000 | - | 25,000 | 25,000 | 25,000 |
| **Clearco Debt - Secured** | [6], [7] | 20,000 | 20,000 | 20,000 | 10,495 | - | - | - | - |
| **Assumed contract cure amount (Google)** | [14] | | | | | | 143,752 | 143,752 | - |
| | | | | | | | | | |
| **Total Disbursements** | | 894,569 | 871,314 | 871,314 | 861,809 | - | 977,282 | 977,282 | 844,530 |
| | | | | | | | | | |
| **Net Operating Cash Flow** | | 95,433 | 100,496 | 100,496 | 110,001 | - | 485,416 | (14,584) | 118,168 |
| | | | | | | | | | |
| Bankruptcy Fees (including US Trustee Fees) | | | | | | | | | |
| **Total Bankruptcy Fees (including US Trustee Fees)** | [8], [9] | 98,790 | 78,000 | 78,000 | 101,136 | - | - | - | - |
| | | | | | | | | | |
| **Net Cash Flow** | | (3,356) | 22,496 | 22,496 | 8,865 | - | 485,416 | (14,584) | 118,168 |
| | | | | | | | | | |
| **Cash summary** | | | | | | | | | |
| Beginning cash balance | | 899,193 | 895,837 | 918,333 | 940,828 | 949,693 | - | 485,416 | 470,832 |
| Initial capital contribution from Harbor Compliance to NewCo (+) | [2] | | | | | | 500,000 | - | - |
| Operating Receipts (+) | | 990,003 | 971,810 | 971,810 | 971,810 | - | 962,698 | 962,698 | 962,698 |
| Disbursements (-) | | (993,359) | (949,314) | (949,314) | (962,945) | - | (977,282) | (977,282) | (844,530) |
| **Ending Cash Balance (before Plan related disbursements)** | | $ 895,837 | $ 918,333 | $ 940,828 | $ 949,693 | $ 949,693 | $ 485,416 | $ 470,832 | $ 589,000 |
| | | | | | | | | | |
| **Plan related Disbursements** | | | | | | | | | |
| Secured claims - Clearco | [6], [7] | | | | | - | | | |
| Secured claims - Others | | | | | | - | | | |
| Professional fees (not escrowed) | [8], [11], [12], [13] | | | | | 755,519 | | | |
| US Trustee fees | | | | | | 13,781 | | | |
| Priority tax claims | | | | | | 4,215 | | | |
| Other Priority claims | | | | | | - | | | |
| Assumed contract cure amount - Paid on effective date | | | | | | - | | | |
| Remaining Debtor Cash balance to Trust | | | | | | 176,178 | | | |
| **Total Plan related Disbursements** | [10] | - | - | - | - | 949,693 | - | - | - |
| | | | | | | | | | |
| **Ending Cash Balance (after Plan related disbursements)** | | $ 895,837 | $ 918,333 | $ 940,828 | $ 949,693 | $ - | $ 485,416 | $ 470,832 | $ 589,000 |

DISCLAIMER: The Operating Projections for Feasibility Analysis were prepared based on the information furnished by the management of Firstbase.io, Inc ("Firstbase"), publicly available documents filed with the bankruptcy court by Firstbase as part of this chapter 11 case and discussions with the management of Harbor Business Compliance Corp.("Harbor"). GlassRatner Advisory & Capital Group, LLC ("GlassRatner") has not independently verified the information or the underlying assumptions, all of which are subject to material change. Accordingly, GlassRatner assumes no responsibility for the contents or accuracy of the projections

**Firstbase.io, Inc.**

**US Bankruptcy Court Southern District of New York**
**Case # 24-11647 (Petition Date: September 25, 2024)**
Operating Projections for Feasibility Analysis

| | Notes | | Reorganized Entity - NewCo | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 |
| | | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Receipts** | | | | | | | | | | | |
| Operating Receipts | [1] | | 962,698 | 966,260 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 |
| Initial capital contribution from Harbor Compliance to NewCo | [2] | | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | | 962,698 | 966,260 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 |
| | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | |
| Filing, Mailroom and Agent fees | | | 234,308 | 234,798 | 235,465 | 235,465 | 235,465 | 235,465 | 235,465 | 235,465 | 235,465 |
| Tax filing vendor | | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Accounting | [3] | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| IT - Software, Subscriptions, Hardware | | | 86,000 | 86,000 | 86,000 | 86,000 | 86,000 | 86,000 | 86,000 | 86,000 | 86,000 |
| Insurance | | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Marketing & Advertising | [4] | | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Office expenses | | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Wages & Salaries | [5] | | 290,400 | 290,400 | 290,400 | 290,400 | 290,400 | 290,400 | 290,400 | 290,400 | 290,400 |
| Sales commissions | | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Utilities | | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Office rent | | | 16,000 | 16,480 | 16,480 | 16,480 | 16,480 | 16,480 | 16,480 | 16,480 | 16,480 |
| Professional services - Agencies | | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Sales tax expense | | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Stripe fees | | | 43,321 | 43,482 | 43,604 | 43,604 | 43,604 | 43,604 | 43,604 | 43,604 | 43,604 |
| Bank Fees | | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Others (refunds etc.) | | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| **Clearco Debt - Secured** | [6], [7] | | - | - | - | - | - | - | - | - | - |
| **Assumed contract cure amount (Google)** | [14] | | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Total Disbursements** | | | 844,530 | 845,659 | 846,449 | 846,449 | 846,449 | 846,449 | 846,449 | 846,449 | 846,449 |
| | | | | | | | | | | | |
| **Net Operating Cash Flow** | | | 118,168 | 120,600 | 122,528 | 122,528 | 122,528 | 122,528 | 122,528 | 122,528 | 122,528 |
| | | | | | | | | | | | |
| Bankruptcy Fees (including US Trustee Fees) | | | | | | | | | | | |
| **Total Bankruptcy Fees (including US Trustee Fees)** | [8], [9] | | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Net Cash Flow** | | | 118,168 | 120,600 | 122,528 | 122,528 | 122,528 | 122,528 | 122,528 | 122,528 | 122,528 |
| | | | | | | | | | | | |
| **Cash summary** | | | | | | | | | | | |
| Beginning cash balance | | | 589,000 | 707,168 | 827,768 | 950,296 | 1,072,824 | 1,195,351 | 1,317,879 | 1,440,407 | 1,562,934 |
| Initial capital contribution from Harbor Compliance to NewCo (+) | [2] | | - | - | - | - | - | - | - | - | - |
| Operating Receipts (+) | | | 962,698 | 966,260 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 | 968,977 |
| Disbursements (-) | | | (844,530) | (845,659) | (846,449) | (846,449) | (846,449) | (846,449) | (846,449) | (846,449) | (846,449) |
| **Ending Cash Balance (before Plan related disbursements)** | | $ | 707,168 $ | 827,768 $ | 950,296 $ | 1,072,824 $ | 1,195,351 $ | 1,317,879 $ | 1,440,407 $ | 1,562,934 $ | 1,685,462 |
| | | | | | | | | | | | |
| **Plan related Disbursements** | | | | | | | | | | | |
| Secured claims - Clearco | [6], [7] | | | | | | | | | | |
| Secured claims - Others | | | | | | | | | | | |
| Professional fees (not escrowed) | [8], [11], [12], [13] | | | | | | | | | | |
| US Trustee fees | | | | | | | | | | | |
| Priority tax claims | | | | | | | | | | | |
| Other Priority claims | | | | | | | | | | | |
| Assumed contract cure amount - Paid on effective date | | | | | | | | | | | |
| Remaining Debtor Cash balance to Trust | | | | | | | | | | | |
| **Total Plan related Disbursements** | [10] | | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Ending Cash Balance (after Plan related disbursements)** | | $ | 707,168 $ | 827,768 $ | 950,296 $ | 1,072,824 $ | 1,195,351 $ | 1,317,879 $ | 1,440,407 $ | 1,562,934 $ | 1,685,462 |

DISCLAIMER: The Operating Projections for Feasibility Analysis were prepared based on the information furnished by the management of Firstbase.io, Inc ("Firstbase"), publicly available documents filed with the bankruptcy court by Firstbase as part of this chapter 11 case and discussions with the management of Harbor Business Compliance Corp.("Harbor"). GlassRatner Advisory & Capital Group, LLC ("GlassRatner") has not independently verified the information or the underlying assumptions, all of which are subject to material change. Accordingly, GlassRatner assumes no responsibility for the contents or accuracy of the projections

## Firstbase.io, Inc.

**US Bankruptcy Court Southern District of New York**
**Case # 24-11647 (Petition Date: September 25, 2024)**
Operating Projections for Feasibility Analysis - Notes

**Notes:**

The Operating Projections assume the Plan becoming effective on November 1, 2025

[1]   Cash receipts from Firstbase Loop and Partners Income are not projected in the analysis

[2]   Harbor Compliance Corp. ("Harbor") will provide up to $500,000 of initial capital contribution to the reorganized entity "NewCo" for working capital needs

[3]   Certain amounts paid to Liberating Wealth, LLC (Bookkeeper) are projected and included under "Accounting" disbursements in the analysis

[4]   Marketing: The Debtor projects marketing budget in the range of $80,000 to $160,000 between July and October 2025 as per "revised Fourth Interim Cash Collateral Budget". The Operating Projections assume marketing budget based on the historical run rates in 2025

[5]   Wages/Salaries: Other than the change in management, the analysis assumes no change in employee and contractor list

[6]   Clearco (CFT) is paid $20,000 monthly as adequate protection to be applied to reduce its secured claim, as per the court order in 3rd Order for Cash Collateral *[Doc 83]*

[7]   Clearco (CFT) pending secured debt balance of $50.5K, as of July 31, 2025, is assumed to be paid in equal monthly installments of $20,000 and to be paid in full by October 31, 2025

[8]   Fees for Bankruptcy professionals is estimated based on the cash collateral budgets filed by the Debtor and projected to be transferred into the escrow account *(held by the Debtor counsel)* on a monthly basis. On the effective date, professional fees is expected to be paid out from the escrow account and estate cash

[9]   The Debtor counsel (Kirby Aisner) held a professional fees retainer balance of $47,141.15 which was applied in July 2025 towards its approved First Fee Application *[Doc 151]* payments

[10]   Contributions to the General Unsecured Claims (GUCs) pool are not included in the Operating Projections and are expected to be paid from the Trust assets

[11]   Kirby Aisner - Professional fees is based on the approved 1st Interim Fee Application amounts, filed but not approved 2nd Interim Fee Application (Jun to Aug 2025) and incurred estimated amounts as per the Debtor's Cash Collateral Budgets for Sep and Oct 2025

[12]   Dilworth Paxson - Professional fees is based on the approved 1st Interim Fee Application amounts, filed but not approved 2nd Interim Fee Application (May to Aug 2025) and estimated incurred amounts as per the Debtor's Cash Collateral Budgets for Sep and Oct 2025

[13]   Quinn Emanuel - Professional fees is based on the approved 1st Interim Fee Application amounts and estimated amounts incurred based on the Debtor's Cash Collateral Budgets for May through October 2025 (Sep and Oct 2025 amounts reduced to approximately $4,000 based on the available information)

[14]   Google LLC's contract is projected to be assumed by the reorganized entity NewCo and cure amount of $287,503.65 is assumed to be paid by NewCo

*DISCLAIMER: The Operating Projections for Feasibility Analysis were prepared based on the information furnished by the management of Firstbase.io, Inc ("Firstbase"), publicly available documents filed with the bankruptcy court by Firstbase as part of this chapter 11 case and discussions with the management of Harbor Business Compliance Corp.("Harbor"). GlassRatner Advisory & Capital Group, LLC ("GlassRatner") has not independently verified the information or the underlying assumptions, all of which are subject to material change. Accordingly, GlassRatner assumes no responsibility for the contents or accuracy of the projections*