**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF AMENDED PLAN SUPPLEMENT TO THE**
**CHAPTER 11 PLAN OF FIRSTBASE.IO, INC. PROPOSED**
**BY HARBOR BUSINESS COMPLIANCE CORPORATION**

**PLEASE TAKE NOTICE** that on September 15, 2025, the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") entered an order [ECF No. 196] (the "Disclosure Statement Order"), (i) authorizing Harbor Business Compliance Corporation ("Harbor Compliance" or "Plan Proponent"), a creditor of the above-named debtor and debtor-in-possession ("Debtor"), to solicit acceptances for the *Chapter 11 Plan of Firstbase.io, Inc. Proposed by Harbor Business Compliance* [ECF No. 194-1] (as modified, amended, or supplemented from time to time, the "Plan");[1] (ii) approving the *Disclosure Statement with Respect to Harbor Business Compliance Corporation's Chapter 11 Plan of Reorganization for Debtor Firstbase.io, Inc.* ("Disclosure Statement") as containing adequate information pursuant to section 1125 of title 11 of the United States Code ("Bankruptcy Code"); (iii) approving the solicitation materials and documents to be included in the solicitation packages ("Solicitation Packages"); (iv) scheduling certain dates with respect thereto; and (v) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to confirm the Plan ("Confirmation Hearing") will commence on October 20, 2025 at 10:00 a.m.[2] before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York (the "Court") at One Bowling Green, Courtroom 623, New York, NY 10004. Objections to the confirmation of the Plan must be filed by October 10, 2025 at 5:00 p.m., and votes accepting or rejecting the Plan must be submitted by 5:00 p.m. on October 13, 2025.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion, the Order, the Disclosure Statement, or the Plan, as applicable.

[2] All times referenced herein are in Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponent hereby files the following documents and information that are made a part of the Plan:

| Exhibit | Document |
|---|---|
| B-1 | Form of Reorganized Debtor Amended & Restated Charter & By-laws |
| B-1.1 | Redline of Form of Reorganized Debtor Amended & Restated Charter & By-laws |
| G | Designation of Plan Trustee |

**PLEASE TAKE FURTHER NOTICE** that the documents, exhibits, schedules, and other information contained in this Amended Plan Supplement are integral to and part of the Plan. These documents have not yet been approved by the Court. If the Plan is approved, the documents contained in the Amended Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponent reserves the right to amend, modify, or supplement the Plan Supplement, and any of the documents contained therein, in accordance with the terms of the Plan. If substantive attachments or modifications are made to any of these documents, the Plan Proponent will file a blackline with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect the same.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 09, 2025

**ROYER COOPER COHEN
BRAUNFELD LLC**

By: _/s/ Marc Skapof_
Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
T: (212) 994-0452; F: (484) 362-2630
E: mhirschfield@rccblaw.com
Marc Skapof, Esquire
T: (212) 994-0452; F: (484) 362-2630
Email: mskapof@rccblaw.com

Matthew Faranda-Diedrich, Esquire*
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
T: (215) 839-1000; F: (484) 362-2630
Email: mfd@rccblaw.com
* Admitted _Pro Hac Vice_

_Attorneys for Creditor, Harbor Business
Compliance Corporation_