# **EXHIBIT G**

## Designation of Plan Trustee

The Plan Trustee will be **Wayne P. Weitz, CTP** Senior Managing Director, GlassRatner Advisory & Capital Group, LLC.