UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                                  Chapter 11

    FIRSTBASE.IO, INC.,                                    Case No. 24-11647 -LGB

                                Debtor.
-----------------------------------------------------------X

## ORDER (I) DENYING MOTION TO ESTIMATE AND APPLICATION FOR SHORTENED NOTICE AND (II) SCHEDULING HEARING ON <u>QE FEE APPLICATION ON SHORTENED NOTICE</u>

**WHEREAS**, on October 7, 2025, Harbor Business Compliance Corporation submitted the Motion to Estimate the Claim of Quinn Emanuel Urquhart & Sullivan, LLP ("QE") (the "Motion to Estimate") and an *ex parte* Application for Hearing the Motion to Estimate on Shortened Notice (the "Motion to Shorten Time"), and served the Motion to Estimate and the Motion to Shorten Time on Debtor's counsel via email; and

**WHEREAS**, on October 8, 2025, the Debtor filed on the docket the Second Application for Professional Compensation and Reimbursement of Expenses for QE (the "QE Fee Application"); and

**WHEREAS**, after considering the submitted papers, the Court finds it prudent to issue this Order in the interest of efficient case management.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED,** that the Motion to Estimate and the Motion to Shorten Time are DENIED, as the relief requested therein is mooted by the subsequent filing of the QE Fee Application; and it is further

**ORDERED** that, pursuant to Bankruptcy Procedure Rule 9006(c)(1), the QE Fee Application shall be heard on **<u>October 20, 2025</u>** at 10:00 AM (EST), or as soon thereafter as

counsel may be heard, in-person at Courtroom 623, 1 Bowling Green, New York, NY; and it is further

**ORDERED**, that any objections or responses to the QE Fee Application shall be filed on the docket no later than **5 P.M. (EST) on October 16, 2025**; and it is further

**ORDERED,** that this Court retains jurisdiction over all matters related to or arising out of the implementation and enforcement of this Order.

Dated: New York, New York
October 9, 2025

                                                   */s/ Lisa G. Beckerman*
                                                   HONORABLE LISA G. BECKERMAN
                                                   UNITED STATES BANKRUPTCY JUDGE