UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
X
In re:

FIRSTBASE.IO INC.,

Chapter 11
Case No. 24-11647 (LGB)

Debtor.
---------------------------------------------------------------
X

**CMPRSSR, LLC'S JOINDER TO DEBTOR'S OBJECTION TO CONFIRMATION OF HARBOR BUSINESS COMPLIANCE CORPORATION'S CHAPTER 11 PLAN [ECF NO. 194], SUPPLEMENT TO PLAN [ECF NO. 216] AND AMENDMENT TO SUPPLEMENT TO PLAN [ECF NO. 222]**

**TO:    THE HONORABLE LISA G. BECKERMAN
            UNITED STATES BANKRUPTCY JUDGE**

Cmprssr LLC ("Movant") hereby joins Debtor's Objection to Confirmation of Harbor Business Compliance Corporation's Chapter 11 Plan [ECF No. 194], Supplement to Plan [ECF No. 216] and amendment to Supplement Plan [ECF No. 222] for the reasons stated therein.

Dated:  October 10, 2025

By:    */s/ Luke Kanies*
_____
Cmprssr LLC,
Luke Kanies, Member