UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                              Chapter 11

    FIRSTBASE.IO, INC.,                                            Case No. 24-11647-LGB

                          Debtor.
-----------------------------------------------------------X

## PROCEDURAL ORDER WITH RESPECT TO
## OCTOBER 20, 2025 CONFIRMATION HEARING

**WHEREAS**, the Court has scheduled an in-person confirmation hearing (the "Confirmation Hearing") on October 20, 2025 at 10 am [ECF No. 196]; and

**WHEREAS**, Judge Lisa G. Beckerman's Chambers Rules ("Chambers Rules") provide for certain procedures with respect to evidentiary hearings and trials; and

**WHEREAS**, counsel for the plan proponent has requested clarification from the Court as to certain deadlines and requirements in the Chambers Rules;

**NOW, THEREFORE,** the Court clarifies certain procedures and deadlines with respect to the Confirmation Hearing:

1. Any party who intends to call witnesses at the Confirmation Hearing must file a witness list by **no later than 5 pm (Eastern) on Wednesday, October 15, 2025**. Unless otherwise authorized by the Court, all witnesses must appear in person at the Confirmation Hearing.

2. The Court requires that all direct testimony by witnesses be provided in the form of written declarations. All such declarations, if not already filed on the docket, must be filed on the docket by **no later than 4 pm (Eastern) on Thursday, October 16, 2025.**

3. The parties do not have to file joint exhibits. Each party must deliver a binder or binders of its pre-marked exhibits that it intends to submit into evidence at the Confirmation Hearing to Chambers by **no later than Friday, October 17, 2025 at 12:00 pm (Eastern).**

Dated:    New York, New York
             October 14, 2025

                                           */s/ Lisa G. Beckerman*
                                           HONORABLE LISA G. BECKERMAN
                                           UNITED STATES BANKRUPTCY JUDGE