**ROYER COOPER COHEN BRAUNFELD LLC**
Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
Telephone: (212) 994-0451
Email: mhirschfield@rccblaw.com
Marc Skapof, Esquire
Telephone:(212) 994-0452
Email: mskapof@rccblaw.com
Matthew Faranda-Diedrich, Esquire*
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
Telephone: (267) 546-0275
Email: mfd@rccblaw.com
Frank H. Toub, Esquire**
Telephone: (267) 546-0205
Email: ftoub@rccblaw.com
*Admitted *Pro Hac Vice*
***Pro Hac Vice* Application Pending
*Counsel to Creditor, Harbor Business Compliance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

**HARBOR BUSINESS COMPLIANCE CORPORATION'S**
**CONFIRMATION HEARING WITNESS LIST**

Harbor Business Compliance Corporation ("Harbor Compliance"), by and through its undersigned counsel, pursuant to this Court's Procedural Order with Respect to October 20, 2025 Confirmation Hearing [ECF No. 241] (the "Order"), Harbor Compliance hereby identifies the following persons as individuals who may be called as witnesses at the hearing (the "Confirmation Hearing") to consider confirmation of the *Chapter 11 Plan of Firstbase.io, Inc. Proposed by*

*Harbor Business Compliance Corporation* [ECF No. 194-1], currently scheduled to begin on October 20, 2025 at 10:00 a.m. (Prevailing Eastern Time):

| Name | Affiliation(s) | Form |
|---|---|---|
| Alexandra Pittinsky[1] | Royer Cooper Cohen Braunfeld LLC | Declaration |
| Robert Castle | Harbor Compliance | Declaration |
| David Greenblatt | GlassRatner Advisory & Capital Group, LLC | Declaration |
| Jeffrey R. Manning, Sr. | The Silver Birch Group, Inc. | Declaration (Affirmative Case and Rebuttal) |
| Witnesses for purposes of authenticating documents. | | |
| Any witness listed, offered, or called by any other party. | | |
| Any witness required for rebuttal or impeachment. | | |

Harbor Compliance reserves the right to amend, supplement, or revise this witness list at any time prior to and through the Hearing, including for the purpose of addressing, rebutting, or replying to any facts, allegations, issues, and/or arguments raised by any party or because Harbor Compliance becomes aware of new information necessitating additional testimony. Harbor Compliance reserves the right to call additional witnesses based on the identification or testimony of any witness of any other party. Harbor Compliance further reserves the right to call other witnesses for good cause shown.

[SIGNATURE PAGE FOLLOWS]

---

[1] Ms. Pittinsky will be available to appear remotely for cross-examination as agreed to by the Debtor and permitted by the Court on October 3, 2025

Date: October 15, 2025

Respectfully submitted,

**ROYER COOPER COHEN BRAUNFELD LLC**

By: /s/ *Marc Skapof*

Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
T: (212) 994-0452; F: (484) 362-2630
E: mhirschfield@rccblaw.com
Marc Skapof, Esquire
T: (212) 994-0452; F: (484) 362-2630
Email: mskapof@rccblaw.com

Matthew Faranda-Diedrich, Esquire*
Frank H. Toub, Esquire **
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
T: (215) 839-1000; F: (484) 362-2630
E: mfd@rccblaw.com
E: ftoub@rccblaw.com
* Admitted *Pro Hac Vice*
** *Pro Hac Vice* Application Pending

*Attorneys for Creditor, Harbor Business Compliance Corporation*

**ROYER COOPER COHEN BRAUNFELD LLC**
Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
Telephone: (212) 994-0451
Email: mhirschfield@rccblaw.com
Marc Skapof, Esquire
Telephone:(212) 994-0452
Email: mskapof@rccblaw.com
Matthew Faranda-Diedrich, Esquire*
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
Telephone: (267) 546-0275
Email: mfd@rccblaw.com
Frank H. Toub, Esquire**
Telephone: (267) 546-0205
Email: ftoub@rccblaw.com
*Admitted *Pro Hac Vice*
***Pro Hac Vice* Application Pending**
*Counsel to Creditor, Harbor Business Compliance Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Marc Skapof, do here by affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and a partner at the law firm of Royer Cooper Cohen Braunfeld LLC, 1120 Avenue of the Americas, 4th Floor, New York, New York 10036.

On this date, I caused to be served a true and correct copy of the foregoing Confirmation Hearing Witness List as follows:

*Via ECF*

Kirby Aisner & Curley LLP
Attn: Dawn Kirby, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10583


U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Date: October 15, 2025                                      */s/ Marc Skapof*
                                                     Marc Skapof, Esquire