KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com
Dana Brescia, Esq.
dbrescia@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    FIRSTBASE.IO, INC.

                                Chapter 11
                                Case No. 24-11647 (LGB)

                      Debtor.
-----------------------------------------------------------X

## **WITNESS LIST**

       Firstbase.io, Inc, (the "Debtor"), through its counsel, Kirby Aisner & Curley LLP, hereby submits, in connection with the hearing scheduled for October 20, 2025, on confirmation of Habor Business Compliance Corporation's Chapter 11 Plan of Reorganization for the Debtor (the "Confirmation Hearing"), the following list of witnesses:

1. Mark Milastsivy, Chief Executive Officer of the Debtor.
2. Brett Dixon, Director of Disputes Valuation & Forensics at Bennett Thrasher LLP and proposed valuation expert to the Debtor.
3. Arman Carter, Product Leader of the Debtor.
4. Jacob Sheldon, Product Leader of the Debtor.

<u>Reservation of Rights</u>

       The Debtor reserves the right to amend, supplement, or revise this witness list at any time prior to and through the Confirmation Hearing and reserves the right to call or cross examine any witnesses listed or called by any other party, including as rebuttal witnesses at the Confirmation Hearing.

Dated:  Scarsdale, New York
          October 15, 2025

                                              KIRBY AISNER & CURLEY LLP
                                              *Attorneys for the Debtor*
                                              700 Post Road, Suite 237
                                              Scarsdale, New York 10583
                                              Tel: (914) 401-9500

                                              By:  */s/ Dana P. Brescia*
                                                       Dana P. Brescia