**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

---

**DECLARATION OF ROBERT CASTLE OF HARBOR BUSINESS
COMPLIANCE CORPORATION REGARDING FINANCIAL PROJECTIONS OF THE
REORGANIZED DEBTOR FOR THE CHAPTER 11 PLAN OF FIRSTBASE.IO, INC.
PROPOSED BY HARBOR BUSINESS COMPLIANCE CORPORATION**

I, Robert Castle, declare, under penalty of perjury:

1.      I am the Vice President of Finance & Analytics at Harbor Business Compliance Corporation ("Harbor Compliance") located at 812 N Prince St, Lancaster, PA 17603. I am over the age of 18 years. I do not have a direct interest in the chapter 11 case and should be considered an impartial party.

2.      I submit this declaration ("Declaration") with respect to the cash flow projection prepared by GlassRatner (the "Cash Flow Projection") and submitted with the *Chapter 11 Plan of Firstbase.io, Inc. Proposed by Harbor Business Compliance Corporation* [ECF No. 194-1] (as amended, supplemented, or modified from time to time, the "Plan").[1] The Cash Flow Projection was initially filed as Exhibit D [ECF No. 194-12] to the Disclosure Statement [ECF No. 194]. An updated version of the Cash Flow Projection was filed as Exhibit F [ECF No. 216-8] to the Plan Supplement [ECF No. 216].

3.      Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this

---

[1] Any capitalized term not defined herein shall have the meaning assigned to it in the Plan or Disclosure Statement, as applicable.

Declaration on behalf of Harbor Compliance. If I were called to testify, I could and would testify competently as to the facts set forth herein.

4.       Harbor Compliance is a software-focused provider of a wide array of compliance solutions for companies of all types and sizes. Harbor Compliance was founded by Michael Montali and Megan Danz in April 2012 and, since then, has helped more than 40,000 businesses and nonprofits to register for and maintain entity, licensing, and tax compliance across all industries. Harbor Compliance has clients across the United States and overseas as well. As online sales and remote hiring activities increase exponentially, companies are exposed to registration and reporting requirements like never before. Harbor Compliance helps companies meet those requirements using its compliance software and services. Michael Montali is Harbor Compliance's Chief Executive Officer and Megan Danz is its President.

5.       Harbor Compliance offers its customers both recurring subscription services and one-time services. The product lines of Harbor Compliance and its subsidiaries include, among others, entity formations, registered agent services (for both corporate and charitable customers), foreign qualifications, special agency appointments (such as BOC-3 and FCC), completion and filing of annual reports, charitable registrations, legal publications, virtual mailroom, entity name reservations, amendments, document retrievals, dissolutions, reinstatements, sales, use and payroll tax registrations, and managed annual license services (across several industries). Harbor Compliance also works with partners to deliver other products and services, when needed. Additionally, Harbor Compliance provides its customers with a robust proprietary software offering, including Entity Manager, License Manager, Records Manager, Tax Manager, Requirements Research Engine, Compliance Navigator AI, and Dynamic Disclosures. The product lines and software that make up Harbor Compliance's business each have varying revenue cycles,

profit margins, and customer-acquisition dynamics, which Harbor Compliance has learned to effectively manage over its thirteen years of operations in the compliance industry.

6.  Under the leadership of Michael Montali and Megan Danz, Harbor Compliance has grown to become a successful, well-capitalized, and profitable business with annual revenues in excess of $40 million, adjusted EBITDA in excess of $15 million and minimal debt service relative to the overall revenues and value of the company. As laid out in the Exhibit B-3 [ECF No. 216-4] to the Plan Supplement [ECF No. 216], Montali and Danz will serve as the Directors /Managers of the Reorganized Debtor, as well as Secretary (Montali) and Treasurer and President (Danz). Montali and Danz are well-positioned to serve as the Directors/Managers and Officers of the Reorganized Debtor due to their significant experience and expertise in the industry.

7.  As Vice President of Finance & Analytics at Harbor Compliance, I have access to Harbor Compliance's bank accounts. The image attached to the Disclosure Statement as Exhibit E [ECF No. 192-13] represents a true and correct image of Harbor Compliance's bank account as of September 12, 2025 ("Bank Screenshot"). I represent and affirm that Harbor Compliance has maintained a minimum balance of $500,000 in the bank accounts shown in the Bank Screenshot at all times since the Court entered the order approving of the Disclosure Statement [ECF No. 196] on September 15, 2025.

8.  I understand the Cash Flow Projection to represent the cashflow of the Reorganized Debtor based upon how Harbor Compliance intends to operate the business post-Confirmation, subject to the assumptions upon which the Cash Flow Projection is based.

9.  I have reviewed the Cash Flow Projection prepared by GlassRatner to confirm the accuracy of the Cash Flow Projection. I reviewed, and agree with, GlassRatner's assumptions regarding the future spending of the Reorganized Debtor.

10.     I found the Cash Flow Projection to be reasonable and accurate based on the foregoing.

11.     The Marketing & Advertising Budget reflected in the Cash Flow Projection for the Reorganized Debtor is a reasonable assumption, given the Debtor's historic marketing and advertising spending information that I reviewed, which shows an average monthly spend of roughly $30k, year-to-date, through June 2025.

12.     As Vice President of Finance & Analytics at Harbor Compliance, I have access to Harbor Compliance's financial statements, including its profit and loss statements and cash flow statements.

13.     Based my review of those financial statements, my knowledge of Harbor Compliance's operations and growth history, and my review of Firstbase's own historical marketing spend, I believe that the Marketing & Advertising Budget reflected in the Cash Flow Projection is more than sufficient to maintain consistent revenue for the Reorganized Debtor.

14.     In connection with the Plan, Harbor Compliance reviewed the Schedule of Executory Contracts and Unexpired Leases produced by the Debtor and attached to the Disclosure Statement as Exhibit C [ECF No. 194-11]. Harbor Compliance then developed the Schedule of Assumed Executory Contracts and Unexpired Leases (the "SAECUL") attached to the Plan Supplement [ECF No. 216] as Exhibit D [ECF No. 216-6]. In developing the SAECUL, Harbor Compliance exercised its business judgment in determining which contracts to assume and reject. Despite rejecting a number of the vendor contracts, Harbor Compliance can continue to service the Debtor's customers using a combination of its own products and software as well as its own vendor contacts within the industry in lieu of assuming the Debtor's contracts. For any services

that the Debtor currently offers that Harbor Compliance does not, Harbor Compliance already has, or will as necessary, establish any vendor relationships to service the needs of those customers through its own industry contacts.

15.     Though Harbor Compliance did not assume any of the contracts related to Debtor's workforce, that is because Harbor Compliance does not yet have the information to determine which of the contractors need to be retained to maintain stability and profitability of the Reorganized Debtor going forward. As the SAECUL notes, Harbor Compliance is still considering assuming certain contracts, including those with the Debtors contract workers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 16, 2025                    /s/ Robert Castle_____
Lancaster, Pennsylvania                    Robert Castle
                                           Vice President of Finance & Analytics
                                           Harbor Business Compliance Corporation

**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone:(212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, 47th Floor**
**Philadelphia, PA 19103**
**Telephone: (267) 546-0275**
**Email: mfd@rccblaw.com**
**Frank H. Toub, Esquire****
**Telephone: (267) 546-0205**
**Email: ftoub@rccblaw.com**
***Admitted *Pro Hac Vice***
*****Pro Hac Vice* Application Pending**
*Counsel to Creditor, Harbor Business Compliance*
*Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Marc Skapof, do here by affirm under penalty of perjury, that I am not a party to the

action and am over 18 years of age and a partner at the law firm of Royer Cooper Cohen Braunfeld

LLC, 1120 Avenue of the Americas, 4th Floor, New York, New York 10036.

On this date, I caused to be served a true and correct copy of the foregoing Declaration of

Robert Castle as follows:

6

*Via ECF*

Kirby Aisner & Curley LLP
Attn: Dawn Kirby, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10583


U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Date: October 16, 2025                                    */s/ Marc Skapof*
                                                          Marc Skapof, Esquire