**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------ x | |
| In re | Chapter 11 |
| FIRSTBASE.IO, INC., | Case No. 24-11647 (lgb) |
| Debtor. | |
| ------------------------------------------------------------------ x | |

**<u>SECOND</u> AMENDED CHAPTER 11 PLAN OF FIRSTBASE.IO, INC.
PROPOSED BY HARBOR BUSINESS COMPLIANCE CORPORATION**

**Dated:  October <s>22</s><u>23</u>, 2025**

        **ROYER COOPER COHEN BRAUNFELD LLC**
        Marc Hirschfield, Esquire
        1120 Avenue of the Americas, 4th Floor
        New York, New York 10036-6700
        Telephone: (212) 994-0451
         Email: mhirschfield@rccblaw.com
        Marc Skapof, Esquire
        Telephone: (212) 994-0452
        Email: mskapof@rccblaw.com

        Matthew Faranda-Diedrich, Esquire*
        Three Logan Square
        1717 Arch Street, 47th Floor
        Philadelphia, PA 19103
        Telephone: (215) 839-1000
        Email: mfd@rccblaw.com
        *Admitted *Pro Hac Vice*

        *Counsel to Creditor, Harbor Business Compliance Corporation*

22009943v3

63. *"Plan Proponent Plan Trust Contribution"* means an equity contribution by the Plan Proponent in Cash to the Plan Trust on or about the Effective Date in an amount equal to the Plan Trust Deficit.

64. *"Plan Proponent Settlement"* means the agreement of the Plan Proponent, upon the Effective Date of the Plan, to dismiss with prejudice: (i) *Harbor Business Compliance Corporation v. Firstbase.io, Inc.*, Case No. 5:23-cv-0802 pending in the Eastern District of Pennsylvania in connection with the Third Circuit Court of Appeals' remand for a new trial to calculate the Plan Proponent's damages due to Debtor's trade secret misappropriation. *See Harbor Business Compliance Corporation v. Firstbase.io, Inc.*, Case No. 25-1278; (ii) the Plan Proponent's appeal styled *In re Firstbase.io, Inc. (Harbor Business Compliance Corporation v. Firstbase.io, Inc.)*, Case No. 1:25-cv-04717-LAK pending in the United States District Court for the Southern District of New York; and (iii) the Plan Proponent's adversary complaint styled *Harbor Business Compliance Corporation v. Firstbase.io, Inc. et al*, Case No. 25-01032-lgb pending in the United States Bankruptcy Court, Southern District of New York. In addition, as a component of the Plan Proponent Settlement, the Plan Proponent shall waive any right to payment from the Debtor under section 503(b)(3)(D) of the Bankruptcy Code.

65. *"Plan Supplement"* means any supplement filed by the Debtor appending documents or information required by or described in the Plan.

66. *"Plan Supplement Documents"* means the documents comprising the Plan Supplement.

67. *"Plan Trustee"* means the trustee for the Plan Trust.

68. *"Plan Trustee Agreement"* has the meaning assigned to it in the Plan Supplement.

69. *"Plan Trust"* means the trust created by the Plan Trustee Agreement and to be administered by the Plan Trustee.

70. *"Plan Trust Assets"* means, collectively, the New Equity Plan Trust Contribution, the Debtor's Cash on hand as of the Effective Date, the Debtor's Causes of Action, and any other property of the Debtor or its Estate designated as a "Plan Trust Asset" by the Plan Proponent.

71. *"Plan Trust Deficit"* means the shortfall in Cash held by the Plan Trust on the Effective Date needed for the Plan Trust to fund the payment of (i) Allowed Administrative Expenses, (ii) Class 2 claims as set forth herein, (iii) Class 3 claims in an amount equal to three percent of the Allowed amount of such Class 3 claims, and (~~iii) the payment of~~iv) Class 5 claims as set forth herein.

72. *"Priority Non-Tax Claim"* means any Claim accorded priority in right of payment under section 507(a) of the Bankruptcy Code, other than a Priority Tax Claim or Administrative Expense. Priority Non-Tax Claims are classified in Class in 2 of the Plan.