KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com
Dana Brescia, Esq.
dbrescia@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                          Chapter 11

FIRSTBASE.IO, INC.                Case No. 24-11647 (LGB)

                     Debtor.
-----------------------------------------------------------X

## DECLARATION OF MARK MILASTSIVY CONCERNINGN THE STATUS OF A POTENTIAL SALE CONTRACT AND ESCROW ARRANGEMENT

The Debtor, **Firstbase.io, Inc.** ("Firstbase" or the "Debtor"), respectfully submits this Status Report to update the Court on the progress of its sale process and related escrow arrangements, consistent with the Court's comments during a hearing on October 23,2025.

Pursuant to 28 U.S.C. §1746, MARK MILASTSIVY declares, under penalty of perjury, as follows:

1. On October 22, 2025, Scaleworks Fund III, LP ("Scaleworks") authorized the Debtor to file with the Bankruptcy Court a Letter of Intent ("LOI") and proof of funds. [ECF Nos. 270, 271].

2. The Debtor is actively working with Scaleworks to finalize a sale agreement and establish an associated escrow account.

3. The Debtor expects to file the draft sale contract by October 28, 2025, and to finalize and execute a sale agreement, subject to Bankruptcy Court approval, on October 31, 2025.

4. The Debtor is concurrently coordinating the setup of the escrow account, which is being established in connection with the contemplated transaction. The Debtor will keep the Court informed as progress continues and provide additional details regarding the escrow once finalized which should happen within a few days of this submission.

5. The Debtor submits this update in good faith to keep the Court and interested parties apprised of ongoing developments related to the sale negotiation process, and will promptly file the executed documents upon completion along with a motion seeking approval of same.

6. The Debtor understands that Bankruptcy Court approval is needed for the transaction to occur.

7. The Debtor believes that the terms of the Scaleworks LOI, which are intended to be memorialized in a sale contract, will result in creditors receiving more than a 50% return on their claims, including the approximate $1.5 million claim of Graphene Ventures III, LLP.

8. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      October 24, 2025

                                       */s/ Mark Milastsivy*
                                       Mark Milastsivy