UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                            Chapter 11
                                                                                      Case No. 24-11647 (lgb)
FIRSTBASE.IO, INC.,

                                            Debtor.
------------------------------------------------------------X

### SECOND INTERIM ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Applications for Interim Allowance of Compensation and Reimbursement of Expenses filed by Kirby Aisner & Curley LLP [ECF No. 204], Quinn Emanuel Urquhart & Sullivan LLP [ECF No. 219] and Dilworth Paxson LLP [ECF No. 205] (collectively, the "Fee Applications"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and objections having been filed by Harbor Business Compliance Corporation [ECF Nos. 229 and 259]; and a hearing having been held before this Court to consider the Fee Applications and the objections thereto on October 20, 2025 (the "Hearing"); and upon the record of the Hearing; and, after careful consideration and due deliberation, the Court having found sufficient cause shown for the relief granted herein, it is hereby

**ORDERED**, that the Fee Applications are granted to the extent set forth in the attached Schedules; and it is further

**ORDERED**, that Kirby Aisner & Curley LLP is authorized to disburse to each professional from its escrow account[1] maintained on behalf of the Debtor the compensation and reimbursement of expenses awarded herein to the extent set forth in the attached Schedules; and it is further

**ORDERED**, that this Court retains exclusive jurisdiction over all matters related to or arising out of the interpretation or execution of this Order.

---

[1] As of August 31, 2025, the balance held by Kirby Aisner & Curley LLP in escrow for the Debtor is $249,899.96.

Dated: New York, New York
       October 28, 2025

                                        */s/ Lisa G. Beckerman*_____
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE

| Case No.: | 24-11647 (lgb) | | **CURRENT FEE PERIOD** | | | | | Schedule A |
|---|---|---|---|---|---|---|---|---|
| Case Name: | Firstbase.io, Inc. | | 05/01/2025 – 08/31/2025 | | | | | |

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Kirby Aisner & Curley LLP *Attorneys to the Debtor* | 09/26/2025; ECF No. 204 | $48,132.50 | $48,051.15 | $48,051.15[2] | $0 | $48,051.15 | $874.02 | $874.02 |
| Quinn Emanuel Urquhart & Sullivan LLP *Special Counsel to the Debtor* | 10/08/2025; ECF No. 219 | $794,649.50 | $680,642.00 | $200,035.63[3] | $0 | $200,035.63 | $7,051.24 | $7,051.24 |
| Dilworth Paxson LLP *Special Counsel to the Debtor* | 09/29/2025; ECF No. 205 | $16,804.00 | $12,714.00 | $12,714.00[4] | $0 | $12,714.00 | $0 | $0 |

Revised October 2025      DATE ON WHICH ORDER WAS SIGNED: 10/28/2025      INITIALS: /s/ LGB, USBJ

---

[2] Kirby Aisner & Curley LLP is authorized to release to Kirby Aisner & Curley LLP from escrow the amount of $48,925.17 which shall be applied to fees in the amount of $48,051.15 and to expenses in the amount of $874.02.

[3] Kirby Aisner & Curley LLP is authorized to release to Quinn Emanuel Urquhart & Sullivan LLP from escrow the amount of $207,086.87 which shall be applied to fees in the amount of $200,035.63 and expenses in the amount of $7,051.24.

[4] Kirby Aisner & Curley LLP is authorized to release to Dilworth Paxson from escrow the amount of $12,714.00 which shall be applied to its fees.

Case No.: 24-11647 (ljb)     **ALL FEE PERIODS**     Schedule B
Case Name: Firstbase.io, Inc.     09/25/2025 – 08/31/2025

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Kirby Aisner & Curley LLP<br>*Attorneys to the Debtor* | $279,972.50[5] | $116,031.25[6] | $12,718.72 | $12,718.72 |
| Quinn Emanuel Urquhart & Sullivan LLP<br>*Special Counsel to the Debtor* | $1,740,909.50[7] | $337,947.29[8] | $9,547.68 | $9,547.68 |
| Dilworth Paxson LLP | $41,579.50[9] | $16,722.28[10] | $0.00 | $0.00 |

---

[5] **First Application** [ECF No. 151] Requesting Fees of $231,840.00 and Expenses of $11,844.70; **Second Application** [ECF No. 204] Requesting Fees of $48,132.50 and Expenses of $874.02.

[6] **First Order** [ECF No. 168] Granting Fees of $231,000.00 (after reduction in the amount of $840.00 and a holdback in the amount of $163,019.90) and Expenses of $11,844.71; **Second (Instant) Order** Granting Fees of $48,051.15 (after reduction in the amount of $81.35) and Expenses of $874.02.

[7] **First Application** [ECF No. 152] Requesting Fees of $946,260.00 and Expenses of $2,496.44; **Second Application** [ECF No. 219] Requesting Fees of $794,649.50 and Expenses of $7,051.24.

[8] **First Order** [ECF No. 168] Granting Fees of $840,736.94 (after reduction in the amount of $105,523.06 and a holdback in the amount of $702,825.28) and Expenses of $2,496.44; **Second (Instant) Order** Granting Fees of $680,642.00 (after reduction in the amount of $114,007.50 and a holdback in the amount of $480,606.37) and Expenses of $7,051.24.

[9] **First Application** [ECF No. 153] Requesting Fees of $24,775.50 and Expenses of $0.00; **Second Application** [ECF No. 205] Requesting Fees of $16,804.00 and Expenses of $0.00.

[10] **First Order** [ECF No. 168] Granting Fees of $24,000.50 (after reduction in the amount of $775.00 and a holdback in the amount of $19,992.22) and Expenses

| *Special Counsel to the Debtor* | | | | |

Revised October 2025          DATE ON WHICH ORDER WAS SIGNED: <u>10/28/2025</u>          INITIALS: <u>*/s/ LGB*</u>, USBJ

---

of $0.00; **Second (Instant) Order** Granting Fees of $12,714.00 (after reduction in the amount of $4,090.00) and Expenses of $0.00.