**KANE RUSSELL COLEMAN LOGAN PC**

| | |
|---|---|
| Morris D. Weiss | Rama Douglas |
| New York Bar No. 2594695 | New York Bar No. 5491220 |
| 401 Congress Ave., Suite 2100 | 901 Main Street, Suite 5200 |
| Austin, Texas 78703 | Dallas, Texas 75202 |
| Telephone: (512) 487-6580 | Telephone: (214) 777-4271 |
| Email: mweiss@krcl.com | Email: rdouglas@krcl.com |

*Counsel to Scaleworks Fund III, LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                              §    Chapter 11
                                    §
FIRSTBASE.IO, INC.                  §    Case No. 24-11647 (LGB)
                                    §
        Debtor.                     §

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Scaleworks Fund III, LP ("**Scaleworks**"), interested party herein, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel,

> Morris D. Weiss
> KANE RUSSELL COLEMAN LOGAN P.C.
> 401 Congress Ave., Suite 2100
> Austin, Texas 78701
> (512) 487-6650
> Email: mweiss@krcl.com

> And

> Rama Douglas
> KANE RUSSELL COLEMAN LOGAN P.C.
> 901 Main Street, Suite 5200
> Dallas, Texas 75202
> Telephone: (214) 777-4271
> Email: rdouglas@krcl.com

Scaleworks respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Dated: October 28, 2025
      Austin, Texas

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: */s/ Morris D. Weiss*
    Morris D. Weiss
    New York Bar No. 2594695
    401 Congress Ave., Suite 2100
    Austin, Texas 78701
    Telephone: (512) 487-6650
    Email: mweiss@krcl.com

    -and-

    Rama Douglas
    New York Bar No. 5491220
    901 Main Street, Suite 5200
    Dallas, Texas 75202
    Telephone: (214) 777-4271
    Email: rdouglas@krcl.com

*Attorneys for Scaleworks Fund III, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, a true and correct copy of the foregoing pleading was served electronically via the Court's ECF/CM notification system to all parties receiving such notices.

    */s/ Morris D. Weiss*
    Morris D. Weiss