**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone:(212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, 47th Floor**
**Philadelphia, PA 19103**
**Telephone: (267) 546-0275**
**Email: mfd@rccblaw.com**
**Frank H. Toub, Esquire****
**Telephone: (267) 546-0205**
**Email: ftoub@rccblaw.com**
**\*Admitted *Pro Hac Vice***
**\*\**Pro Hac Vice* Application Pending**
*Counsel to Creditor, Harbor Business Compliance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| Firstbase.io, Inc. : | Case No. 24-11647 |
| : | |
| Debtor. : | |

**STIPULATION AND AGREED ORDER BETWEEN**
**THE DEBTOR AND HARBOR BUSINESSS COMPLIANCE TO**
**REDACT THE CONFIDENTIAL TESTIMONY OF ROBERT CASTLE**
**DURING THE OCTOBER 20, 2025 CONFIRMATION HEARING**

WHEREAS, on September 25, 2024, the Debtor commenced the above-captioned Chapter 11 case (the "Chapter 11 Case") [ECF No. 1];

WHEREAS, on May 29, 2025, the Court entered an order denying the Debtor's motion seeking to extend its exclusive periods pursuant to 11 U.S.C. § 1121(d)(1) [ECF No. 142];

WHEREAS, on August 11, 2025 Harbor Business Compliance Corporation ("Harbor Compliance") filed Harbor Business Compliance Corporation's Motion for Entry of an Order Approving (I) the Disclosure Statement (II) Solicitation, Voting, and Tabulation Procedures, and (III) Forms of Ballots and Notices [ECF No. 178-1] (the "Motion");

WHEREAS, on September 15, 2025, this Court granted the Motion and allowed Harbor Compliance to begin soliciting creditors on the Chapter 11 Plan of Firstbase.io, Inc. Proposed by Harbor Business Compliance Corporation [ECF No. 194-1] (as modified, amended, or supplemented from time to time, the "Plan") and set a confirmation hearing on the Plan for October 20, 2025 (the "Confirmation Hearing");

WHEREAS, the Confirmation Hearing commenced on October 20, 2025 and Robert Castle, Harbor Compliance's Vice President of Finance and Analytics, offered testimony;

WHEREAS, counsel for the Debtor questioned Mr. Castle about (1) the amount of cash in Harbor Compliance's bank accounts and (2) how much operating capital Harbor Compliance needs in the ordinary course of its business operations (the "Questions") and Mr. Castle answered the Questions;

WHEREAS, Mr. Castle's testimony in response to the Questions is confidential business information related to Harbor Compliance's operations that could reasonably be expected to cause commercial injury to Harbor Compliance if disclosed publicly;

WHEREAS, neither counsel to the Debtor nor counsel to Harbor Compliance sought to mark Mr. Castle's testimony in response to the Questions as confidential during the Confirmation Hearing;

WHEREAS, the court reporter filed the transcript of the October 20, 2025 Confirmation

Hearing (the "Transcript") on October 24, 2025 at ECF No. 274[1] and Mr. Castle's testimony in response to the Questions was not marked confidential in the Transcript;

WHEREAS, Mr. Castle's testimony is confidential information which may be redacted pursuant to Federal Rule of Bankruptcy Procedure 9037(d);

WHEREAS, no party would be prejudiced by the relief requested, and no prior request for relief sought herein has been made by Harbor Compliance to this or any other court;

WHEREAS, Harbor Compliance has conferred with the Debtor, and the Debtor agrees Mr. Castle's testimony in response to the Questions constitutes confidential information and should be redacted; and

WHEREAS, to effectuate this agreement, the Parties submit to the Court for its consideration this *Joint Stipulation and Agreed Order Between the Debtor and Harbor Business Compliance Corporation to Redact the Confidential Testimony of Robert Castle during the October 20, 2025 Confirmation Hearing* (the "Stipulation"), seeking entry of this Stipulation and Order.

**Based on the foregoing, the Parties hereby stipulate and agree that**:

A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012. This is a core proceeding under 28 U.S.C. § 157(b)(2). The Parties have confirmed their consent to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the Parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409;

---

[1] Mr. Castle answers to the Questions can be found in the Transcript at 43:13 and 43:18, respectively

3

B.  The Court has authority pursuant to Federal Rule of Bankruptcy Procedure 9037 to order the redaction of documents on its docket;

C.  The confidential information identified in Mr. Castle's testimony falls within the ambit of Federal Rule of Bankruptcy Procedure 9037 and is properly within this Court's authority to redact to protect Harbor Compliance from commercial injury due to its disclosure; and

D.  Due and proper notice of this Stipulation has been given, and no other or further notice is necessary or required.

Based on the foregoing,

**IT IS HEREBY ORDERED THAT:**

1.  This Stipulation and Order is SO-ORDERED as set forth herein.

2.  The October 20, 2025 Confirmation Hearing transcript is to be redacted as follows:

    a.  Page 43, line 13 is to be redacted in its entirety; and

    b.  Page 43, line 18 is to be redacted in its entirety.

3.  The Parties are authorized to take all actions necessary or appropriate to carry out this Stipulation and Order.

4.  This Court shall retain jurisdiction over the terms of this Stipulation and Order.

[*REMAINDER OF PAGE INTENTIONALLY BLANK*]

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| */s/ Dawn Kirby* | */s/ Marc Hirschfield* |
| Dawn Kirby, Esquire | Marc Hirschfield, Esquire |
| Kirby Aisner & Curley, LLP | 1120 Avenue of the Americas, 4th Floor |
| 700 Post Road | New York, New York 10036-6700 |
| Suite 237 | T: (212) 994-0452; F: (484) 362-2630 |
| Scarsdale, NY 10583 | E:  mhirschfield@rccblaw.com |
| T: 914−401−9500 | Marc Skapof, Esquire |
| E: dkirby@kacllp.com | T: (212) 994-0452; F: (484) 362-2630 |
| Dana Brescia, Esquire | Email: mskapof@rccblaw.com |
| E: dbrescia@kacllp.com | |
| | Matthew Faranda-Diedrich, Esquire* |
| *Attorneys for Debtor, Firstbase.io, Inc.* | Frank H. Toub, Esquire ** |
| | Three Logan Square |
| | 1717 Arch Street, 47th Floor |
| | Philadelphia, PA 19103 |
| | T: (215) 839-1000; F: (484) 362-2630 |
| | E: mfd@rccblaw.com |
| | E: ftoub@rccblaw.com |
| | * Admitted Pro Hac Vice |
| | ** Pro Hac Vice Application Pending |
| | |
| | *Attorneys for Creditor, Harbor Business Compliance Corporation* |

Dated: October 31, 2025

**SO ORDERED:**

New York, New York
Dated: November __, 2025                                                    _____
                                                                                                    THE HONORABLE LISA J. BECKERMAN