**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone: (212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, Suite 4700**
**Philadelphia, PA 19103**
**Telephone: (215) 839-1000**
**Email: mfd@rccblaw.com**
**\*Admitted *Pro Hac Vice***
*Counsel to Creditor, Harbor Business Compliance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

**HARBOR BUSINESS COMPLIANCE CORPORATION'S**
**NOTICE OF INTENT TO REQUEST REDACTIONS TO CONFIRMATION**
**HEARING TRANSCRIPT DATED OCTOBER 20, 2025**

Notice is hereby given that Creditor Harbor Business Compliance Corporation ("Harbor Compliance"), intends to respectfully request redactions to the transcript from the confirmation hearing held on October 20, 2025 docketed in this matter on October 24, 2025 (ECF No. 274), to be submitted to the Court within 21 days from the Notice of Filing of Official Transcript.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | |
|  | **ROYER COOPER COHEN BRAUNFELD LLC** |
| Date: October 31, 2025 | By: */s/ Marc Hirschfield* |
|  | Marc Hirschfield, Esquire |
|  | 1120 Avenue of the Americas, 4th Floor |
|  | New York, New York 10036-6700 |
|  | T: (212) 994-0452; F: (484) 362-2630 |
|  | E:  mhirschfield@rccblaw.com |
|  | Marc Skapof, Esquire |
|  | T: (212) 994-0452; F: (484) 362-2630 |
|  | Email: mskapof@rccblaw.com |
|  |  |
|  | Matthew Faranda-Diedrich, Esquire* |
|  | Three Logan Square |
|  | 1717 Arch Street, 47th Floor |
|  | Philadelphia, PA 19103 |
|  | T: (215) 839-1000; F: (484) 362-2630 |
|  | Email: mfd@rccblaw.com |
|  | *Admitted *Pro Hac Vice* |
|  |  |
|  | *Attorneys for Creditor, Harbor Business Compliance Corporation* |

24-11647-lgb   Doc 283   Filed 10/31/25   Entered 10/31/25 11:55:28   Main Document
Pg 3 of 4

**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone: (212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, Suite 4700**
**Philadelphia, PA 19103**
**Telephone: (215) 839-1000**
**Email: mfd@rccblaw.com**
***Admitted *Pro Hac Vice***
*Counsel to Creditor, Harbor Business Compliance Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Marc Hirschfield, do here by affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and a partner at the law firm of Royer Cooper Cohen Braunfeld LLC, 1120 Avenue of the Americas, 4th Floor, New York, New York 10036.

On this date, I caused to be served a true and correct copy of the foregoing Notice of Intent to Request Redactions as follows:

*Via ECF*

Kirby Aisner & Curley LLP
Attn: Dawn Kirby, Esq.
700 Post Road, Suite 237

Scarsdale, New York 10583

U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Date: October 31, 2025                                          */s/ Marc Hirschfield*
                                                                 Marc Hirschfield, Esquire