Docusign Envelope ID: E2C48DB6-3206-4F67-8D86-F8343F5E691A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### DECLARATION OF MICHAEL MONTALI OF HARBOR
### BUSINESS COMPLIANCE CORPORATION CONCERNING
### SCALEWORKS' STATEMENT OF INTEREST AND STATUS REPORT

Harbor Business Compliance Corporation ("Harbor Compliance") respectfully submits this declaration with respect to Scaleworks' Statement of Interest and Status Report [ECF No. 284] (the "Statement of Interest"). I, Michael Montali, declare, under penalty of perjury, as follows:

1.      I am the Chief Executive Officer of Harbor Compliance. I am over the age of 18 years.

2.      I have read and reviewed the Statement of Interest filed by Scaleworks Fund III, LP ("Scaleworks"). Neither I, nor any counsel for Harbor Compliance, was contacted or consulted by the Debtor or Debtor's counsel regarding the Statement of Interest prior to it being filed with the Court. I also note that the Statement of Interest does not say Debtor's counsel was consulted or agreed with the filing of the Statement of Interest.

3.      Scaleworks purports to offer the above-captioned debtor and debtor-in-possession (the "Debtor") a $500,000 debtor-in-possession financing facility ("DIP Facility"). Statement of Interest ¶ 2. However, Scaleworks only offers the DIP Facility on a superpriority, secured basis. *Id*; Exhibit B to Statement of Interest at 3–4. Harbor Compliance opposes the DIP Facility, and would vigorously oppose any debtor-in-possession financing facility that may be proposed to the

Court, on such terms. Accordingly, the filing of a motion to approve such DIP Facility would only lead to further litigation among the parties.

4.      The Statement of Interest also purports that, "Scaleworks has substantially completed its diligence . . ." but then goes on to state that it, "expects to complete confirmatory diligence focused primarily on verifying that the Debtor owns or can lawfully transfer the core intellectual property and assets required to continue operations." While the Statement of Interest is unclear as to what qualifies as "core intellectual property and assets," as the Court is well aware, Harbor Compliance disputes that the Debtor owns or can lawfully transfer Firstbase Start and Firstbase Agent, both of which incorporate Harbor Compliance's intellectual property that the Debtor acquired by illegal means. *See* Complaint (*Harbor Business Compliance Corporation v. Firstbase.io, Inc.,* et al., Adversary Proceeding No. 25-01032-lgb) (the "Adversary Proceeding").

5.      Pursuant to Harbor Compliance's Complaint in the Adversary Proceeding, the Debtor cannot transfer its interest in Firstbase Start or Firstbase Agent, other than the limited possessory right granted to it through the implied and limited license in the underlying action of *Harbor Business Compliance Corporation v. Firstbase.io, Inc.*, Case No. 5:23-cv-802-JFL-EDPA. Given the pending litigation regarding the intellectual property, it is unlikely that Scaleworks could complete its required due diligence, much less consummate the transaction. For those reasons, Harbor Compliance believes the transaction proposed by Scaleworks to be as illusory (or perhaps even more so) as the term sheet from Recruiter.com [ECF No. 235-1], which the Debtor now seems to have abandoned despite representing to the Court at the confirmation hearing that the Recruiter.com term sheet was a viable alternative.

6.      Therefore, Harbor Compliance believes that considering the Statement of Interest as anything other than another of the Debtor's tactics to delay the confirmation and implementation

of the Second Amended Chapter 11 Plan of Firstbase.io, Inc. Proposed by Harbor Business Compliance Corporation [ECF No. 272] (the "<u>Plan</u>") is a mistake that will simply result in additional administrative fees and costs, which the Debtor cannot bear.

7.    I spoke with Fergus Burns, of Scaleworks on October 31, 2025, during which he indicated Scaleworks' intent and preference to structure a deal with Harbor Compliance to settle its claims related to the Debtor. I declined Mr. Burns offer, informing him that Harbor Compliance was focused on confirming and implementing the Plan as soon as practicable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 3, 2025
Nashville, Tennessee

_Mike Montali_
—BBF7C90FD1274EE...
_____
Michael Montali
Chief Executive Officer
Harbor Business Compliance Corporation

**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone:(212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire\***
**Three Logan Square**
**1717 Arch Street, 47th Floor**
**Philadelphia, PA 19103**
**Telephone: (267) 546-0275**
**Email: mfd@rccblaw.com**
**Frank H. Toub, Esquire\*\***
**Telephone: (267) 546-0205**
**Email: ftoub@rccblaw.com**
**\*Admitted *Pro Hac Vice***
**\*\****Pro Hac Vice* **Application Pending**
***Counsel to Creditor, Harbor Business Compliance***
***Corporation***

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### <u>CERTIFICATE OF SERVICE</u>

I, Marc Skapof, do here by affirm under penalty of perjury, that I am not a party to the

action and am over 18 years of age and a partner at the law firm of Royer Cooper Cohen Braunfeld

LLC, 1120 Avenue of the Americas, 4th Floor, New York, New York 10036.

On this date, I caused to be served a true and correct copy of the foregoing Declaration of

Michael Montali as follows:

*Via ECF*

Kirby Aisner & Curley LLP
Attn: Dawn Kirby, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10583

U.S. Trustee
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Date: November 3, 2025

*/s/ Marc Skapof*
Marc Skapof, Esquire