UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

Firstbase.io, Inc.,

    Debtor.

Chapter 11 Case

Case No.: 24-11647 (LGB)

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-referenced Chapter 11 cases on behalf of Mark Milastsivy, founder and CEO of the above-captioned Chapter 11 debtor (the "Debtor"), in his individual capacity, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), requests that copies of all notices and pleadings given or required to be given in these cases, and all papers served or required to be served in these cases, be delivered and served upon the attorneys listed below at the following addresses:

> **Davidoff Hutcher & Citron LLP**
> 605 Third Avenue
> New York, NY 10158
> Attn:   Robert L. Rattet, Esq.
>            Craig M. Price, Esq.
> Direct: 914-381-7400
> Fax: 212.286.1884

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Milastsivy's: (i) right to have final orders in non-core matters entered only after de novo review by a district court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Mr. Milastsivy is or may be entitled under law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: New York, New York
November 9, 2025

**DAVIDOFF HUCHER & CITRON LLP**
/s/ Robert L. Rattet
605 Third Avenue
New York, New York 10158
Telephone: (914) 381-7400
Fax: (212) 521-5450
E-mail: rlr@dhclegal.com
cmp@dhclegal.com

*Counsel to Mr. Mark Milastsivy*