# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| Firstbase.io, Inc.<br>　　　　Debtor. | Case No. 24-11647 (LGB) |

## CERTIFICATE OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 7, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 11/06/2025 | 293 | Order Signed On 11/6/2025 Re: Findings Of Fact, Conclusions Of Law, And Order Confirming Creditor And Plan Proponent Harbor Business Compliance Corporations Chapter 11 Plan For Debtor Firstbase.Io, Inc. |

Dated: November 11, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ David Kitto
　　　　　　　　　　　　　　　　　　　　　David Kitto
　　　　　　　　　　　　　　　　　　　　　Reliable Companies
　　　　　　　　　　　　　　　　　　　　　1007 North Orange Street, Suite 110
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801

# EXHIBIT A

## SERVICE LIST

415X TRUST 340 S LEMON AVE 2415 WALNUT, CA 91789

425 BWAY, LLC c/o Allen G. Kadish, Esq., Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036

8796041 CANADA INC. DBA GRANICUS GRP. 5369 BOUL SAINT LAURENT MONTREAL QC CAN

ADAM WIGGINS 382 NE 191ST #30776 MIAMI, FL 33179

ALEXEY PISKUNOV KALINOVSKOGO 5-4 MINSK BELARUS 220090

ALLISON SARAH MARIE THWAITES LOT 4 HILLSVIEW CRESCENT IRWINDALE MONTEGO BAY, JAMAICA, JMCJS12

AMAZON WEB SERVICES, INC. 410 TERRY AVE. NORTH, SEATTLE, WA 98109

AMINO CAPITAL III, LP 2991 ALEXIS DR., PALO ALTO, CA 94304

AMINO CAPITAL III, LP 346 EMERSON STREET PALO ALTO, CA 94301

AN INVESTMENT CO., LTD. 28, DIGITAL-RO 33-GIL, SUITE 1113 GURO-

Firstbase Registered Agent Inc. 1007 N Orange St. 4th Floor STE 1382 Wilmington, DE 19801

Firstbase Registered Agent, Inc. 2131 West Republic Road Springfield, MO 65807

Firstbase Registered Agent, Inc. 2201 Menaul Boulevard Northeast Ste A, C Albuquerque, NM 87107

Firstbase Registered Agent, Inc. 82 Wendell Avenue, C/O Northwest Registe Pittsfield, MA 01201

Firstbase.io, Inc (Iowa Branch) 47 Broadway, 2nd Floor, Ste 187 New York, NY 10013

Firstbase.io, Inc. 1209 Orange Street, C/O The Corporation Wilmington, DE 19801

Firstbase.io, Inc. (California) 1401 21st Street, Ste R, C/O Registered Sacramento, CA 95811

Firstbase.io, Inc. (Colorado Branch) 1942 Broadway Ste 314C, C/o Registered A Boulder, CO 80302

Firstbase.io, Inc. (Oregon Branch) 2355 State Street STE 101, C/O Northwest Salem, OR 97301

Linkedin Corporation 350 5th Ave New York, NY 10118

MARK MILASTSIVY 5323 Skillman Avenue, Queens, New York 11377

Maximiliano Albino de Melo Rua Jose Antonio Scheffer, Passo de Torres, Brazil 88980-000

Milena Pereira 1337 Juvencio Alves de Oliveira, Quixada, Brazil, 63905

Mozart Data, Inc. 250 King St. San Francisco, CA 94107-5456

Murillo Freitas Serafim Lucca, 333, Curitiba, Brazil 82320-400

Musleh Khan 57 Farmway, London, United Kingdom, RM82SP

Nakhla Ventures Ltd. 2 Apostolos Varnavas, Centaur House, Nisou, 2571, Nicosia, Cyprus

New York State Department of Labor 1220 Washington Ave, Bldg 12 Rm 256, Albany, NY 12226

Nikita Kozlovskij 13074 La Cresta Dr, Los Altos, CA 94022

Nkechi Temilola Iregbulem 4210 Mesa Street Torrance, CA 90505

ANDY LOUIS- CHARLES 11232 SORREL RIDGE LANE OAKTON, VA 22124

ARC TECHNOLOGIES INC. 30 BROAD STREET, 29TH FLOOR NEW YORK, NY 10004

ARC TECHNOLOGIES INC. 325 9TH AVENUE SAN FRANCISCO, CA 94103

ARC TECHNOLOGIES, INC. 325 9TH STREET SAN FRANCISCO, CA 94103

ASHBY, INC. 49 GEARY STREET, SUITE 411, SAN FRANCISCO, CALIFORNIA 94108

AUGUSTO BARBOSA RUA PIAUI 1981, BELO HORIZONTE BRAZIL, 30150321

BENJAMIN SPIRO 2020 N BAYSHORE DR. APT 3608 MIAMI, FL 33137

BENJAMIN W21 DEMO DAY FUND PO BOX 3217 SEATTLE, WA 98114

BLUEVINE INC. C/O WEINSTEIN & RILEY, PS 749 GATEWAY, SUITE G-601 ABILENE, TX 79602

BOOKMATE CORPORATION 8 THE GRN DOVER, DE 19901

Firstbase.io, Inc. (Texas Branch) 9337 Katy Freeway Ste B-8006, C/O Firstb Houston, TX 77079

Firstbase.io, Inc. (Utah Branch) 47 Broadway, 2nd Floor, Ste 187 New York, NY 10013

Firstbase.io., Inc. (NY Branch) 418 Broadway Ste. R, C/O Registered Agen Albany, NY 12207

FIRSTBASE.IO, INC. c/o Kirby Aisner & Curley LLP, Attn: Dawn Kirby, Esq., 700 Post Road, Suite 237, Scarsdale, NY 10583

Flicker Two LLC c/o Jordan Park, 100 Pine St., 26th Floor San Francisco, CA 94111

Florida Department of Revenue Out of State Collections Unit 1415 W US Highway 90 STE 115 Lake City, FL 32055-6156

Founder Institute, Incorporated 265 Cambridge Avenue, #60417 Palo Alto, CA 94306

Franchise Tax Board PO Box 2952, Sacramento, CA 95812

Giovanna Fiorito Soberana 49, Apt 193, Sao Paulo, Brazil 04570020

Glen Ridge Ventures LLC 16192 Costal Highway Lewes, DE 19958

Nomemarcones De Oliveira Junior Rua Epifanio Sobreira, N 58, Cajazeiras, Brazil, 58900000

NOVEL CAPITAL , INC. C/O MICHAEL D. FIELDING, HUSCH BLACKWELL LLP, 4801 Main Street, Suite 1000, Kansas City, MO 64112

NYC CORPORATION COUNSEL ATTN: BANKRUPTCY DEPT. 100 CHURCH STREET, RM 5-240 NEW YORK, NY 10007

NYC DEPT. OF FINANCE 345 ADAMS STREET, 3RD FLOOR BROOKLYN, NY 11201

NYS DEPT. OF TAXATION & FINANCE BANKRUPTCY/SPECIAL PROCEDURES SECTION PO BOX 5300 ALBANY, NEW YORK 12205-0300

Ola Oyetayo Flat 14, Wheat House, 4 Peacock Close, London UK NW7 1LF

Open Corporates Ltd. Aston House, Cornwall Avenue, London, N3 1LF, United Kingdom

OU Notorious

Toostuse 47d- 69, 10416 Tallinn, Estonia

Oyster Utopian Fund I, Ltd. 1887 Whitney Mesa Dr. #7139 Henderson, NV 89014

Bradley A. Peters 239 Black Oak Circle Coppell, TX 75019

Cedric Dussud 80 N Moore St., Apt 17B New York, NY 10013

CFT CLEAR FINANCE TECHNOLOGY CORP. 33 YONGE STREET, SUITE 1302, TORONTO, ONTARIO M5E 0A9, CANADA

Cicero Melo IT Solutions LTDA BC Souza Costa Porta Alegre, Brazil, 91450-140

Cmprssr LLC 2650 NE Alameda St. Portland, OR 97212

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY / EAG GROUP, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003

CORPORATION SERVICE COMPANY PO BOX 2576 SPRINGFIELD, IL 62708

Crystal Towers Capital II, LP 144 Pacchetti Way Mountain View, CA 94040

CT CORPORATION SYSTEM, AS REPRESENTATIVE 330 N BRAND BLVD., SUITE 700 ATTN: SPRS GLENDALE, CA 91203

Goodwin Procter LLP 601 Marshall Street Redwood City, CA 94063

GOOGLE LLC c/o White and Williams LLP 810 Seventh Ave Suite 500 New York, NY 10019

Google LLC (Google Cloud) 1600 Amphitheatre Parkway Mountain View, CA 94043

Google LLC (Google Cloud) 1600 Amphitheatre Parkway Mountain View, CA 94043

Google Workspace Business Standard 1600 Amphitheatre Parkway Mountain View, CA 94043

GRAPHENE VENTURES III, LP c/p Cooley LLP, attn: Robert L. Eisenbach III, 3 Embarcadero Center, 20th Fl., San Francisco, CA 94111

Gustavo Reis Servicos De Informatica LTD Rua Coronel Goulart, 33, Itajuba, Brazil 36505-022

Henrique Marley Hahn De Assis Rua Waldemar Ouriques, 895, Florianopolis, Brazil, 88090-050

Hi Bob Inc.275 7th Ave R, 1705 New York, NY 10001-8403

Hib Girsim Sermayesi Yatirim Ortakligi Esentepe Mahallesi Buyukdere Cad. No.: 201 Sisili/ Istanbul, Turkiye

PARTNERSTACK, INC. 111 PETER STREET, FLOOR 9 TORONTO, ON M5V 2G9, CANADA

PEARMILL INC. 169 MADISON AVENUE #2020 NEW YORK, NEW YORK 10016

PIPE ADVANCE LLC 548 MARKET ST. PMB 93796 SAN FRANCISCO, CA 94104-5401

Plaid Inc.1098 Harrison Street San Francisco, CA 94103

Pryor Cashman LLP P.O. Box 22556 New York NY 10087

QUINN EMANUEL URQUHART & SULLIVAN 865 S. FIGUEROA STREET, 10TH FLOOR LOS ANGELES, CA 90017

Ramon Recuero 1 Henry Adams N608 San Francisco, CA 94103

Raphael Shorser 1248 Bates Rd. Oakland, CA 94610

Reliable Court Reporting 1650 Arch Street Suite 2210 Philadelphia, PA 19103

Rodrigo Vicosa Bauermann Avenida Doutor Cardoso de Melo 674, Unit 75, Sao Paulo, Brazil 04548-003

Sabino Orlando Frelie Torres Baquedano 2020,Coyhaique, Chile 5950000

Daniel Carrijo Rua 3130, Catalao GO, Brazil 75711626

Daniel Olinsky 2140 Fell St., Apt. 301 San Francisco, CA 94117

David Dat Nguyen 3850 W Nevso Drive, Unit 434 Las Vegas, NV 89103

Deel Inc. (Capbase, Inc.) 584 Castro Street, Suite 3096 San Francisco, CA 94114

DILWORTH PAXSON LLP PO BOX 825921 PHILADELPHIA, PA 19182-5921

Diney Luiz Antunes Rua Amelia Marques De Oliveira, 11, Carapiculba, Brazil, 06365370

DMRUS pty Ltd. 2 Waratah Street, Balgowlah, NSW 2093

Douglas Soriano Rua Joao Wagner Way, 1565- BL7 AP504, Sorocaba, Brazil 18046695

Doyoon Kim 309, Apgujeong-ro APT. 91-901 Gangnam-gu, Seoul, Rep. of Korea 06006

Eduardo Alejandro Garza Sanchez Loma Florida 2185, Monterrey, Mexico, 64710

EFFICIENT CAPITAL LABS, INC. 205 W. 54TH STREET, APT 6E NEW YORK, NEW YORK 10019

HUBSPOT INC. 2 CANAL PARK CAMBRIDGE, MA 02141

HURDLE INC. 5511 CORNISH ROAD BETHESDA, MD 20814

Hurdlr Inc. 5511 Cornish Road Bethesda, MD 20814

Impact Tech, Inc. 223 E. De La Guerra St. (Attn: Legal Dept.) Santa Barbara, CA 93101

Impact Ventures LLC 1861 Santa Barbara Drive Lancaster, PA 17601

INFLUX INC. 8605 SANTA MONICA BLVD # 63484 WEST HOLLYWOOD, CA 90069

INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346

Jean Mellao Rua Conselheiro Moreira de Barros 412, Sao Paulo, Brazil

Jeff Chen 15 Renwick St. #202 New York, NY 10013

John Arvin Artillero Santos 96 Obein, Tabayas, Philippines, 4327

John James 2929 Allen Parkway, Ste 3300 Houston, TX 77019

John Wallace 365 Day St. San Francisco, CA 94131

Scieniti LLC 1 104 Linnea Lane Southlake, TX 76092

Share Capital LLC 341 Filbert St. San Francisco, CA 94133

Snowy Maple Ventures LLC 101A Clay Street #105 San Francisco, CA 94111

Software Holdings Pty Ltd.ATF Software Holdings Unit Trust 38 Murranar Road, Towradgi, NSW 2518, Au

Sola Solutions Inc.111 Town Square Pl. Suite 1203 Jersey City, NJ 07310

Spano Angel LLC 2 Calle Nairn, San Juan, 00907, Puerto Rico

Sphere 5200, Inc.230 California Ave, Suite 212 Palo Alto, CA 94306

Staytuned LC 9337 Katy Freeway Ste B-8006 Houston, TX 77079

STENN ASSETS USA 1201 PEACHTREE ST. NE BLDG. 400 STE 300 ATLANTA, GA 30361-3507

Stephen Hopkins 561 Pacific St., Apt 703 Brooklyn, NY 11213

STRIPE SERVICING INC. 199 WATER ST., FLOOR 30 NEW YORK, NEW YORK 10038

Efficient Capital Labs, Inc. 801 Adlai Stevension Dr. Springfield, IL 62703

Elian Ostos Macias Rio Tamazunchale Norte, San Pedro Garza Garcia, Mexico, 66220

eShares Inc. DBA Carta 333 Bush Street, Suite 2300 San Francisco, CA 94104

Evonne Jane Mijares 26J-T4 SLP Condos Chino Roces Ave cor EDSA Magallanes, Makati, Philip

FBRA LLC 1023 E Lincolnway Cheyenne, WY 82001

FILIPE SENNA 500 Rua Rubens Paiva, Atibaia - SP, 12946-290, Brazil

Filipe Senna Business Consulting LTDA Avenida Paulista 771 Andar 15 Conjunto 15 / Sala 328, São Paulo, 0131

FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE 914 S. STREET SACRAMENTO, CA 95811

Firstbase Agent LLC 2501 Chatham Road Ste N, C/O Northwest R Springfield, IL 62704

Firstbase Agent LLC 110 Main Street, C/O Northwest Registered Beckley, WV 25801

Joice Hashimoto Garcia 150, Servidao Iriar, Florianopolis, Brazil, 88063-480

Jonathan Matthew Long 4658 18th Street San Francisco, CA 94114

Jose Antonio Marron Aguirre, Cerro de tequila 1065, Guadalajara, Mexico, 44350

Jose Henrique Reis De Holanda c/o Jose Henrique Reis De Holanda Consultoria Em Tecnologia Da Informacao, Avenida Dos Autonomistas, 896- SALA 1211 PAVMTO12 Santorini Anexo 900 Osasco, Brazil, 06020-010

JURIS LOGIC LLC 25 NW 23RD PLACE SUITE 6 PMB 169 PORTLAND, OR 97210

KL DISCOVERY ONTRACK LLC 9023 COLUMBINE ROAD EDEN PRAIRIE, MN 55347

Laura Allen 4658 18th Street San Francisco, CA 94114

LAW OFFICE OF CHRISTINE HANLEY 2041 A NW 60TH STREET SEATTLE, WA 98107

Leonardo Biffi Dos Santos Tucunare, Dourados, Brazil, 79831514

Leonardo Leal Software e Informatica LTD Rua dos Bandeirantes, Joinville, Brazil, 89217-230

Tarraganda Holdings ATF 48 Moore Wren Road, Tarraganda NSW 2550, Australia

Twilio Inc. 101 Spear St., Ste 500 San Francisco, CA 94105-1580

*U.S. Trustee* United States Trustee, Office of the United States Trustee – NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408

Valentina Lugo Lunar Calle 142 #11-50, Bogota, Colombia, 110111

Virginia de Carvalho Feitosa Av Miguel Yunes, 540- ap 183i, Sao Paulo, Brazil 04444000

Wang Capital Ltd. 61 St. Vincent Ave, Remuera, Auckland, New Zealand

Yan Biao Boey 219 Kingford Ln Redwood City, CA 94061

ZENDESK 989 MARKET STREET SAN FRANCISCO, CA 94103

Datadog, Inc. Attn: Accounts Receivable, 620 8th Ave, 45th Floor, New York, NY 10018

| | |
|---|---|
| Firstbase Agent LLC 1007 N Orange Street, 4th Floor, Suit 13 Wilmington, DE 19801 | Li Family Trust 3157 Steiner St. San Francisco, CA 94123 |
| Firstbase Agent LLC (Florida Branch) 7901 4th Street North Ste 300 St. Saint Petersburg, FL 33702 | Lien Solutions P.O Box 290171 Glendale, CA 91209-9071 |
| Firstbase Inc. 251 Little Falls Drive, C/O The Company Wilmington, DE 19808 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326 |