**KANE RUSSELL COLEMAN LOGAN PC**

| | |
|---|---|
| Morris D. Weiss | Rama Douglas |
| New York Bar No. 2594695 | New York Bar No. 5491220 |
| 401 Congress Ave., Suite 2100 | 901 Main Street, Suite 5200 |
| Austin, Texas 78703 | Dallas, Texas 75202 |
| Telephone: (512) 487-6580 | Telephone: (214) 777-4271 |
| Email: mweiss@krcl.com | Email: rdouglas@krcl.com |

*Counsel to Scaleworks Fund III, LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                           Chapter 11

FIRSTBASE.IO, INC.                                               Case No. 24-11647 (LGB)

                            Debtor.

------------------------------------------------------------X

### NOTICE OF SCALEWORKS FUND III, L.P'S CORRECTION OF THE RECORD REGARDING ECF NO. 299

PLEASE TAKE NOTICE that Scaleworks Fund III, L.P. ("**Scaleworks**") became aware of the *Declaration of Mark Milastsivy in Support of Motion to Reconsideration of Order Confirming Plan of Reorganization* (the "**Milastsivy Declaration**") [ECF No. 299] dated November 10, 2025, after it was filed and without the prior permission of Scaleworks. On November 10, 2025, Scaleworks promptly advised counsel to Mark Milastsivy ("**Mr. Milastsivy**"), the founder and CEO of Firstbase.io, Inc. (the "**Debtor**"), that the Milastsivy Declaration contained material misrepresentations regarding Scaleworks and that the record should be promptly corrected and requested that a draft notice be prepared for review by undersigned counsel. A draft notice was provided by counsel to Mr. Milastsivy the evening of November 10, and comments to the draft were promptly provided by the undersigned. Undersigned counsel received revisions to their comments a short time ago, but such revisions

were not acceptable to Scaleworks. Scaleworks feels compelled to correct the record, lest its silence be interpreted as acquiescence.

PLEASE TAKE FURTHER NOTICE that counsel to Scaleworks refutes the characterizations in paragraph 33 of the Milastsivy Declaration (or any similar references throughout the Milastsivy Declaration) that provides:

> The Debtor is now, however, in possession of a fully funded, materially higher offer from Scaleworks (the "Scaleworks Offer"). See Letter, attached hereto as Exhibit B.... I understand that the [*sic*] Scaleworks has amended the Scaleworks Offer to, among other things, provide for a $17 million purchase price.

Neither of those statements are accurate, and counsel to Scaleworks has instructed counsel to the Debtor that no pleading may be filed in the future in this case that references or characterizes Scaleworks without the advance written approval of counsel to Scaleworks.

Dated: November 11, 2025
     Austin, Texas

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: */s/ Morris D. Weiss*
    Morris D. Weiss
    New York Bar No. 2594695
    401 Congress Ave., Suite 2100
    Austin, Texas 78701
    Telephone: (512) 487-6650
    Email: mweiss@krcl.com

    -and-

    Rama Douglas
    New York Bar No. 5491220
    901 Main Street, Suite 5200
    Dallas, Texas 75202
    Telephone: (214) 777-4271
    Email: rdouglas@krcl.com

*Attorneys for Scaleworks Fund III, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, a true and correct copy of the foregoing pleading was served electronically via the Court's ECF/CM notification system to all parties receiving such notices.

/s/ *Morris D. Weiss*
Morris D. Weiss