DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Mark Milastsivy*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 Case |
| Firstbase.io, Inc., | Case No.: 24-11647 (LGB) |
| Debtor. | |

_____

## NOTICE OF WITHDRAWAL OF ECF NO. 299

PLEASE TAKE NOTICE that Mark Milastsivy, founder and CEO of the above-captioned Chapter 11 debtor (the "Debtor") hereby withdraws the *Declaration of Mark Milastsivy in Support of Motion for Reconsideration of Order Confirming Plan of Reorganization* (the "Milastsivy Declaration") [ECF No. 299] filed on November 10, 2025, as well as joinder of the *Motion For Reconsideration of The Bench Memorandum Regarding Confirmation of Chapter 11 Plan* [ECF No. 290] filed by Novel Capital, Inc.

PLEASE TAKE NOTICE, that Mark Milastsivy takes the position that on account of the exigent circumstances of the Debtor's case, the Milastsivy Declaration may have contained certain misrepresentations regarding a potential offer to purchase the assets of the Debtor.

Dated: New York, New York
November 11, 2025

By: */s/ Mark Milastsivy*
Mark Milastsivy
Chief Executive Officer, Firstbase.io, Inc.