**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone: (212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, 47th Floor**
**Philadelphia, PA 19103**
**Telephone: (215) 839-1000**
**Email: mfd@rccblaw.com**
**Frank H. Toub, Esquire***
**Telephone: (267) 546-0205**
**Email: ftoub@rccblaw.com**
***Admitted *Pro Hac Vice***
***Counsel to Plan Proponent, Harbor Business Compliance Corporation***

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647(LGB) |
| | : | |
| Debtor. | : | |
| | : | |

### NOTICE OF (I) THE OCCURRENCE OF THE EFFECTIVE DATE AND
### (II) FINAL DEADLINES FOR FILING CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that

1. **Confirmation of the Plan.** On November 6, 2025, the Honorable Lisa G. Beckerman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***") entered the *Findings of Fact, Conclusions of Law, and Order Confirming Creditor and Plan Proponent Harbor Business Compliance Corporation's Chapter 11 Plan for Debtor Firstbase.io, Inc.* [ECF No. 293] (the ***Confirmation Order***") confirming Harbor Business Compliance Corporation's ("***Harbor Compliance***" or "***Plan Proponent***") Plan of Reorganization [ECF No. 194-1] under Chapter 11 of the Bankruptcy Code filed for Debtor Firstbase.io, Inc. (the "***Debtor***"), as modified, supplemented, and amended on October 6, 2025 [ECF No. 216], October 9, 2025 [ECF No. 222], October 22, 2025 [ECF No. 268], and October 23, 2025 [ECF No. 272] as

well as all documents contained therein or attached thereto, and as further amended, supplemented, or otherwise modified from time to time (the "*Plan*").[1]

2. **Effective Date of the Plan**. All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date of the Plan occurred on November 21, 2025.

3. **Copies of the Plan and the Confirmation Order**. Copies of the Confirmation Order, the Plan, and related documents are available for a fee at the Bankruptcy Court's website at PACER at www.nysb.uscourts.gov.

4. **Post-Effective Date Administrative Expense Bar Date**. Pursuant to Article II.A.1 of the Plan, the deadline for filing requests for payment of Administrative Expenses is thirty (30) days after the Effective Date, which is **December 22, 2025 at 9:00 a.m. (ET)** (the "*Administrative Expense Bar Date*"). Administrative Expense Requests will be deemed timely filed only if actually filed with the Court on or before the Administrative Expense Bar Date and served on (i) FIRSTBASE.IO, INC. Plan Trust, Attn: Wayne P. Weitz, Trustee, 250 Park Avenue, 7th Floor, New York, New York 10177 (wweitz@glassratner.com); and (ii) counsel for FIRSTBASE.IO, INC. Plan Trust, Royer Cooper Cohen Braunfeld LLC, 1717 Arch St. Suite 4700, Philadelphia, PA 19103, Attn: Matthew Faranda-Diedrich, Esq. (mfd@rccblaw.com) and Royer Cooper Cohen Braunfeld LLC 1120 Avenue of the Americas, 4th Floor, New York, New York 10036-6700, Attn: Marc Skapof, Esq. (mskapof@rccblaw.com).

   **Holders of Administrative Expense Claims who fail to timely file an Administrative Expense Request on or before the Administrative Expense Bar Date (a) shall be forever barred, estopped, and enjoined from asserting such Administrative Expense claim against the Debtor, the Debtor's Estate, the Reorganized Debtor, the Plan Proponent, or the Plan Trust, as applicable; and (b) shall not be entitled to a distribution under the Plan with respect thereto.**

5. **Professional Fee Claims Bar Date**. Pursuant to Article II.A.2 of the Plan, the deadline for filing professional fee applications including, without limitation, a final fee application, is thirty (30) days after the Effective Date, which is **December 22, 2025 at 9:00 a.m. (ET)** (the "*Professional Fee Claims Bar Date*"). Professional Fee Applications will be deemed timely filed only if actually filed with the Court on or before the Professional Fee Claims Bar Date served on (i) FIRSTBASE.IO, INC. Plan Trust, Attn: Wayne P. Weitz, Trustee, 250 Park Avenue, 7th Floor, New York, New York 10177 (wweitz@glassratner.com); and (ii) counsel for FIRSTBASE.IO, INC. Plan Trust, Royer Cooper Cohen Braunfeld LLC, 1717 Arch St. Suite 4700, Philadelphia, PA 19103, Attn: Matthew Faranda-Diedrich, Esq. (mfd@rccblaw.com) and Royer Cooper Cohen Braunfeld LLC 1120 Avenue of the Americas, 4th Floor, New York, New York 10036-6700, Attn: Marc Skapof, Esq. (mskapof@rccblaw.com).

   **Holders of Professional Fee Claims who fail to timely file a Professional Fee Application on or before the Professional Fee Claims Bar Date (a) shall be forever barred, estopped, and enjoined from asserting such a claim for Professional Fees against the Debtor, the Debtor's**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

**Estate, the Reorganized Debtor, the Plan Proponent, or the Plan Trust, as applicable; and (b) shall not be entitled to a distribution under the Plan with respect thereto.**

6. **Contract Rejection Claims Filing Deadline**.  Pursuant to paragraph 15 of the Confirmation Order and Article VI.B of the Plan, on the Effective Date, all executory contracts and unexpired leases were deemed rejected as of the Effective Date, unless such executory contract or unexpired lease: (a) had previously been assumed or assumed and assigned by order of the Court in effect prior to the Effective Date (which order may be the Confirmation Order); (b) is the subject of a motion to assume filed on or before the Effective Date; (c) is identified on the Schedule of Assumed Executory Contracts or Unexpired Leases; or (d) has expired or terminated pursuant to its own terms.  Pursuant to Article VI.D of the Plan, any counterparty to a contract or lease that was rejected under the Plan and that asserts a Claim arising from such rejection must file a Proof of Claim for damages arising from such rejection with the Bankruptcy Court no later than thirty (30) days after the Effective Date which is **December 22, 2025 at 9:00 a.m. (ET)** (the "*Rejection Damages Claims Bar Date*").

   **Any counterparty to a rejected executory contract or unexpired lease who fails to timely file a Proof of Claim on or before the Rejection Damages Claims Bar Date (a) shall be forever barred, estopped, and enjoined from asserting such rejection damage Claim against the Debtor, the Debtor's Estate, the Reorganized Debtor, the Plan Proponent, or the Plan Trust, as applicable; and (b) shall not be entitled to a distribution under the Plan with respect thereto.**

7. **Binding Nature of Plan**. The Plan and its provisions are binding on the Debtor, the Reorganized Debtor, the Plan Trust and the Plan Trustee and any Holder of a Claim against, or Interest in, the Debtor, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is impaired by the Plan and whether or not such Holder voted to accept or reject the Plan.

   **PLEASE NOTE: Neither the staff of the Bankruptcy Court's Clerk's office nor the Plan Proponent's counsel can give you legal advice.**

Dated: November 21, 2025

By: */s/ Marc Skapof*
Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
T: (212) 994-0452; F: (484) 362-2630
E:  mhirschfield@rccblaw.com
Marc Skapof, Esquire
T: (212) 994-0452; F: (484) 362-2630
Email: mskapof@rccblaw.com

Matthew Faranda-Diedrich, Esquire*
Frank H. Toub, Esquire *
Three Logan Square
1717 Arch Street, 47th Floor

Philadelphia, PA 19103
T: (215) 839-1000; F: (484) 362-2630
E: mfd@rccblaw.com
E: ftoub@rccblaw.com
* Admitted *Pro Hac Vice*


*Attorneys for Plan Proponent, Harbor
Business Compliance Corporation*