**ROYER COOPER COHEN BRAUNFELD LLC**
**Marc Hirschfield, Esquire**
**1120 Avenue of the Americas, 4th Floor**
**New York, New York 10036-6700**
**Telephone: (212) 994-0451**
**Email: mhirschfield@rccblaw.com**
**Marc Skapof, Esquire**
**Telephone:(212) 994-0452**
**Email: mskapof@rccblaw.com**
**Matthew Faranda-Diedrich, Esquire***
**Three Logan Square**
**1717 Arch Street, 47th Floor**
**Philadelphia, PA 19103**
**Telephone: (267) 546-0275**
**Email: mfd@rccblaw.com**
**Frank H. Toub, Esquire***
**Telephone: (267) 546-0205**
**Email: ftoub@rccblaw.com**
**\*Admitted Pro Hac Vice**
**Counsel to Firstbase.io, Inc.**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647 |
| | : | |
| Reorganized Debtor. | : | |

### NOTICE OF WITHDRAWAL OF FIRSTBASE.IO, INC.'S
### NOTICE OF APPEAL OF CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that Firstbase.io, Inc., as the reorganized debtor herein, hereby withdraws, with prejudice, the Notice of Appeal of Confirmation Order filed on November 20, 2025 [Doc. No. 321].

[*signature page follows*]

1

                              Respectfully submitted,

                              **ROYER COOPER COHEN BRAUNFELD LLC]**

                              By:  */s/ Marc Skapof*

Dated: November 21, 2025         Marc Hirschfield, Esquire
                                     1120 Avenue of the Americas, 4th Floor
                                     New York, New York 10036-6700
                                     T: (212) 994-0452; F: (484) 362-2630
                                     E: mhirschfield@rccblaw.com
                                     Marc Skapof, Esquire
                                     T: (212) 994-0452; F: (484) 362-2630
                                     Email: mskapof@rccblaw.com

                                     Matthew Faranda-Diedrich, Esquire*
                                     Frank H. Toub, Esquire *
                                     Three Logan Square
                                     1717 Arch Street, 47th Floor
                                     Philadelphia, PA 19103
                                     T: (215) 839-1000; F: (484) 362-2630
                                     E: mfd@rccblaw.com
                                     E: ftoub@rccblaw.com
                                     *Admitted Pro Hac Vice*

                                   *Attorneys for Firstbase.io, Inc.*