**ROYER COOPER COHEN BRAUNFELD LLC**
Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
Telephone: (212) 994-0451
Email: mhirschfield@rccblaw.com
Marc Skapof, Esquire
Telephone:(212) 994-0452
Email: mskapof@rccblaw.com
Matthew Faranda-Diedrich, Esquire*
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
Telephone: (267) 546-0275
Email: mfd@rccblaw.com
Frank H. Toub, Esquire*
Telephone: (267) 546-0205
Email: ftoub@rccblaw.com
*Admitted Pro Hac Vice
Counsel to Firstbase.io, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Firstbase.io, Inc. | : | Case No. 24-11647 |
| | : | |
| Reorganized Debtor. | : | |

**NOTICE OF WITHDRAWAL OF FIRSTBASE.IO, INC.'S**
**NOTICE OF APPEAL OF ORDER DENYING MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that Firstbase.io, Inc., as the reorganized debtor herein, hereby withdraws, with prejudice, the Notice of Appeal [Doc. No. 321] filed on November 20, 2025 from the Court's Order [Doc. No. 317] denying the Motion for Reconsideration filed by Novel Capital, Inc. [Doc. No. 301].

[*signature page follows*]

1

Respectfully submitted,

**ROYER COOPER COHEN BRAUNFELD LLC]**

Dated: November 21, 2025

By: */s/ Marc Skapof*

Marc Hirschfield, Esquire
1120 Avenue of the Americas, 4th Floor
New York, New York 10036-6700
T: (212) 994-0452; F: (484) 362-2630
E: mhirschfield@rccblaw.com
Marc Skapof, Esquire
T: (212) 994-0452; F: (484) 362-2630
Email: mskapof@rccblaw.com

Matthew Faranda-Diedrich, Esquire*
Frank H. Toub, Esquire *
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
T: (215) 839-1000; F: (484) 362-2630
E: mfd@rccblaw.com
E: ftoub@rccblaw.com
*\*Admitted Pro Hac Vice*

*Attorneys for Firstbase.io, Inc.*